IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BARRY GILFAND et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 07 C 2566 |
| vs. | ) | |
| | ) | Judge Leinenweber |
| SGT. JEFFERY PLANEY et al., | ) | |
| | ) | Magistrate Judge Keys |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS**
**COUNSEL FOR DEFENDANT GREGORY BARNES**

NOW COME, attorneys DANIEL Q. HERBERT, PAUL D. GEIGER, and RONALD C. DAHMS, and move this court for leave to withdraw as counsel for Defendant, GREGORY BARNES. In support of their motion, counsel states that counsel and Defendant, GREGORY BARNES, have irreconcilable differences. Defendants, DEMETRIOS KEREAKES, VINCENT MATTHEWS, MATIAS PADILLA, JEFFERY PLANEY, and ERIKA WOOSLEY will remain with counsel.

WHEREFORE, attorneys DANIEL Q. HERBERT, PAUL D. GEIGER, and RONALD C. DAHMS, respectfully move this court to grant counsel's Motion for Leave to Withdraw as Counsel for Defendant, GREGORY BARNES.

Respectfully submitted,

*s/Daniel Q. Herbert*
DANIEL Q. HERBERT

Daniel Q. Herbert - # 6273940
Attorney for Defendants
1412 W. Washington Blvd.
Chicago, IL 60607
(312) 733-7776