**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BARRY GILFAND, AARON GILFAND, | ) | |
| ADAM MASTRUCCI, and SCOTT | ) | |
| LOWRANCE, | ) | |
| | ) | No. 07 C 2566 |
| Plaintiffs, | ) | |
| | ) | Judge Leinenweber |
| v. | ) | |
| | ) | |
| SGT. JEFFREY PLANEY, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

**PLAINTIFFS' EXHIBITS TO THEIR LOCAL**
**RULE 56.1(b)(3)(B)  STATEMENT OF ADDITIONAL FACTS**

Amanda Antholt
Christopher Smith
Robert W. Johnson
Smith, Johnson & Antholt LLC
112 S. Sangamon Street, 3rd Floor
Chicago, IL 60607
312.432.0400