DEFENDANTS PAUL POWERS AND GREGORY BARNES'S
LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

## INDEX OF EXHIBITS

**Exhibit 1:** Second Amended Complaint, Doc. No. 77

**Exhibit 2:** Excerpts from Barry Gilfand's Feb. 23, 2009 Deposition

**Exhibit 3:** Answer of Defendant Paul Powers to Plaintiffs' Second Amended Complaint, Doc. No. 85

**Exhibit 4:** Defendants' Answer to Plaintiffs' Second Amended Complaint at Law, Doc. No. 83

**Exhibit 5:** Diagram of JTAG Layout and Camera Views

**Exhibit 6:** Excerpts from Aaron Gilfand's Deposition - *Gilfand v. At The Tracks, Ltd.,* No. 07-L-3665 (Cir. Ct. Cook County, Ill. Jan. 30, 2008)

**Exhibit 7:** Plaintiffs' Amended and Supplemental Answers to Defendant City of Chicago's First Set of Interrogatories, Nos. 1-24

**Exhibit 8:** Security Video

**Exhibit 9:** Excerpts from Paul Powers' June 11, 2009 Deposition

**Exhibit 10:** Excerpts from Gregory Barnes' June 10, 2009 Deposition

**Exhibit 11:** Excerpts from Vincent Matthew's June 12, 2009 Deposition

**Exhibit 12:** Excerpts from Jeffery Planey's July 7, 2009 Deposition

**Exhibit 13:** Excerpts from Aaron Gilfand's March 6, 2009 Deposition

**Exhibit 14:** Excerpted Trial Transcript, March 31, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes,* Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County).

**Exhibit 15:** Excerpted Apr. 29, 2009 Hearing Transcript

**Exhibit 16:** Identification of All Relevant Persons on the Video

**Exhibit 17:** Picture of Defendant Planey's black Columbia-brand jacket under normal lighting conditions (left) and on JTAG video (right)

1

DEFENDANTS PAUL POWERS AND GREGORY BARNES'S
LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

**INDEX OF EXHIBITS, cont.**

**Exhibit 18:** Excerpts from Barry Gilfand's Deposition - *Gilfand v. At The Tracks, Ltd.,* No. 07-L-3665 (Cir. Ct. Cook County, Ill. Jan. 30, 2008)

**Exhibit 19:** Excerpts from David Gilfand's June 26, 2009 Deposition

**Exhibit 20:** *State of Arizona v. Barry Scott Gilfand, Nos. M-1041-CR-98282221, M-1041-CR-99221504, M-1041-CR-9051172 (City Ct. of Tucson, Ariz.)*

**Exhibit 21:** December 15, 2006 Report of OPS Investigator Maira Webb

**Exhibit 22:** December 16, 2006 Report of OPS Investigator Tiffany Williams

**Exhibit 23:** Incident Progress Report of CPD Detective Carlos Cortez

**Exhibit 24:** Excerpted Trial Transcript, March 27, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County).*

**Exhibit 25:** Barry Gilfand Statement to OPS/Cook County State's Attorney's Office ("SAO")

**Exhibit 26:** Aaron Gilfand Statement to OPS/Cook County SAO

**Exhibit 27:** Lowrance Statement to OPS/Cook County SAO

**Exhibit 28:** Excerpts from Scott Lowrance's Sept. 5, 2008 Deposition

**Exhibit 29:** Mastrucci Statement to OPS/Cook County SAO

**Exhibit 30:** Excerpts from Adam Mastrucci's Sept. 3, 2008 Deposition

**Exhibit 31:** Excerpted Trial Transcript, March 24, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County).*

**Exhibit 32:** Mastrucci OPS Photo-Spread

**Exhibit 33:** Excerpts from Adam Mastrucci's Feb. 8, 2008 Deposition

**Exhibit 34:** Aaron Gilfand OPS Photo-Spread

DEFENDANTS PAUL POWERS AND GREGORY BARNES'S
LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

**INDEX OF EXHIBITS, cont.**

**Exhibit 35:**  Excerpted Trial Transcript, March 26, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County).*

**Exhibit 36:**  Excerpts from Matias Padilla's Feb. 13, 2008 Deposition

**Exhibit 37:**  Excerpted Trial Transcript, March 25, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County).*

**Exhibit 38:**  Excerpted Trial Transcript, March 23, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County).*

**Exhibit 39:**  Barry Gilfand OPS Photo-Spread

**Exhibit 40:**  December 15, 2006 CPD Paramedic Report

**Exhibit 41:**  Excerpted Trial Transcript, March 30, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County).*

**Exhibit 42:**  Barry Gilfand's December 19, 2006 Emergency Room Medical Records from Saints Mary and Elizabeth Medical Center

**Exhibit 43:**  Excerpts from Dr. Nathan Svingen's Sept. 1, 2010 Deposition

**Exhibit 44:**  Plaintiffs' Answers to Defendant City of Chicago's First Set of Interrogatories to Plaintiffs

**Exhibit 45:**  May 16, 2008 Report of Robert A. Halvorsen, Jr., M.D., F.A.C.R

**Exhibit 46:**  Excerpts from Dr. Robert Halvorsen's Oct. 12, 2010 Deposition

**Exhibit 47:**  Curriculum Vitae of Dr. Robert A. Halvorsen, Jr., M.D., F.A.C.R.

**Exhibit 48:**  Excerpted Nov. 18, 2010 Hearing Transcript

**Exhibit 49:**  Barry Gilfand's December 23, 2006 Emergency Room Medical Records from Saints Mary and Elizabeth Medical Center

DEFENDANTS PAUL POWERS AND GREGORY BARNES'S
LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

**INDEX OF EXHIBITS, cont.**

**Exhibit 50:**   Excerpts from Dr. Scott Betzelos' June 30, 2010 Deposition

**Exhibit 51:**   § 1983 Complaint in Morgenstern v. Cook County Sheriffs Officers, No. 01 C 0267 (N.D.IL)

**Exhibit 52:**   November 12, 2010 Supplemental Report of Robert A. Halvorsen, Jr., M.D., F.A.C.R.

**Exhibit 53:**   December 11, 2010 Report of Frank L. Mannix, M.D.

**Exhibit 54:**   Exhibit 20 at *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County)*

**Exhibit 55:**   Curriculum Vitae of Frank L. Mannix, M.D.