# EXHIBIT 16

# Cast of Characters

**Defendants**



Barnes | Powers

**Off-duty Officers**



A. Gilfand | B. Gilfand | Lowrance | Mastrucci

**Jefferson Tap Employees**



Martin | Vanderford

**Other Off-duty Officers**



Planey | Kereakes | Matthews | Padilla | Woosley

*1*