# EXHIBIT 21

OFFICE OF PROFESSIONAL STANDARDS                      15 December 2006
                                                       LOG #1002011

TO:        Chief Administrator
           Office of Professional Standards

FROM:      Investigator Maira Webb #204

SUBJECT:   ATTEMPTS TO CONDUCT INTERVIEW

On 15 December 2006, at 0945 hours, the R/I called the complainant/victim, Barry Gilfand, at 312-208-0324, to schedule an appointment to come to OPS for an in-person interview and to learn of his status. An unknown female black answered the call and informed the R/I that the number dialed belong to her cellular phone and that she does not know anyone by the last name of Gilfand.

At 0948 hours, the R/I called Aaron Gilfand (complainant/victim) at 312-208-0394 and spoke with him to schedule an appointment to come to OPS. Gilfand refused to schedule an appointment or allow the R/I to meet with him to conduct an interview. Gilfand told the R/I that he was presently at Northwestern Medical Hospital seeking treatment for a possible fracture nose and did not want to come to OPS, did not want any OPS personnel to meet with him or any other Department member. Gilfand told the R/I that he does not know if the individuals that battered him, his brother, Barry Gilfand and his friend, Scott Lowrance, were police officers or not, but according to the manager and customers of the bar, they told him and his group that the individuals were "off-duty police officers." Gilfand stated that he is in fear of retaliation, does not want to proceed with this investigation and wants to consult his lawyer before making any other decisions about this matter. The R/I provided Gilfand with the number to OPS and his case log number and obtained his permission to allow an Evidence Technician to take photographs of his injuries. Gilfand agreed to allow the E.T. to take photographs, but refused to sign any papers or to allow someone from OPS to interview him.

At 1000 hours, the R/I called Scott Lowrance (complainant/victim) for the same reasons as above, but no one answered the call and his voice mailbox system was activated. The R/I left a message for Scott to contact OPS to schedule an appointment and additional follow up information.

                                                _____
                                                Investigator Maira Webb #204


APPROVED:

_____
OPS Supervisor

                                                          C. R. 1002011

                                                          ATTACHMENT # 8