# EXHIBIT 25

# Cook County State's Attorney's Office
## Investigations Bureau



# INVESTIGATIVE REPORT

| FILE/CONTROL#: 07Q01-0073 | DOCKET#: | REPORT#: |
|---|---|---|
| SUBJECT: CPD @ Jefferson's Tap & Grill | TYPE OF CASE: Professional Standards | DATE DRAFTED: 01-06-07 |
| SYNOPSIS OF REPORT: Interview of Barry S. Gilfand | PERIOD COVERED: Dec. 14 & 15, 2006 | INVESTIGATOR(S): G. Perez #497 R. Del Real #531 |

## PRESENT DURING INTERVIEW

**Assistant State's Attorney:** Tom Bilyk
Special Prosecutions Bureau
Office of Professional Standards

**Chicago Police Department**
**Office of Professional Standards:** Investigator Daniel Kobel #287
10 W. 35th Street
Chicago, Illinois 60616
Tel: (312) 745-3609

**Attorneys:** Sally H. Saltzberg & Steven H. Fine
53 W. Jackson Suite #1515
Chicago, Illinois 60604
Tel: (312) 913-2000

**Complaining/Witness:** Barry S. Gilfand
2329 W. Haddon Street #2F
Chicago, Illinois 60622

## INTRODUCTION

The following report contains information relative to a current investigation being conducted in conjunction with a Chicago Police Department Office of Professional Standards complaint against police personnel. The complaint alleges that officers while off duty committed a series of batteries against complaining witnesses listed in this report(s). The alleged offense is alleged to have occurred while at Jefferson's Tap & Grill located at 325 N. Jefferson Street in Chicago and continued outside onto the street.

On January 04, 2006, at 3:30 pm, Investigators Perez, Del Real, and Assistant State's Attorney Tom Bilyk met with all three complaining witnesses at the Cook County State's Attorney's Office located at 69 W. Washington Suite #3200 in downtown Chicago. Barry S. Gilfand, Scott A. Lowrence, and Aaron M. Gilfand arrived in the company of their attorneys: Sally H. Saltzberg and Barry H. Fine. This report was recorded in summary form and not verbatim.

C. R. _1002011_

ATTACHMENT # _43_

Interview of Barry S. Gilfand
Re: Chicago P.D. @ Jefferson's Tap & Grill

Barry S. Gilfand (Barry) was asked to relate any and all events prior and during the incident. Barry recounted by indicating that he has been the manager of Pisano's Pizza Restaurant located at 864 N. State Street in Chicago for the past four (4) years and that on the evening prior to the incident (Thursday, December 14, 2006), his friend Scott A. Lowrence (Scott) and his brother Aaron M. Gilfand (Aaron) had dinner at Pisano's. Upon finishing dinner, their friend, Scott, suggested for all of them to go to the Jefferson's Tap & Grill (325 N. Jefferson). According to Barry, Scott resides next door to Jefferson's and is also a regular patron.

At approximately 11:00-11:30 pm, Barry, his brother Aaron, and friend Scott, arrived at Jefferson's Tap & Grill. Barry stated that they all stood at the bar while ordering a couple of drinks. After several minutes, the pool table opened and they all started playing pool (two teams of two) with an additional patron. Barry indicated that he consumed two to three drinks (Stoli Vodka & 7up w/lime). Barry specified that other than a petite, short, blond-haired girl working as a bartender, no one else interacted with them.

Barry was asked about the first unusual thing he recalls. Barry responded that he remembers a guy walked over and approached his brother Aaron and said to him something casual but he could not hear what he said. As Aaron turned around, two additional guys followed and grabbed him from behind, pulling him to the floor. The initial guy did not appear to be threatening Aaron. Barry provided a description of the first person that approached Aaron:

- W/M 6'2"-6'3" 230lbs
  Muscular build/dark hair
  Wearing a button-down collar shirt/flannel pattern

Barry indicated that someone else grabbed Scott, however, he did not see the person. As this was unfolding, someone grabbed the cue stick from Barry's hands, and while holding his neck, threw him up against the vestibule wall. Barry recalls being forced outside the vestibule and thrown on the ground. Four or five men then started kicking and punching him. He described three of the people who threw him to the ground and starting kicking and punching him as:

- W/M 6'02" short hair
- W/M goat-tee glasses and black leather coat.
- W/M 5'10" short sleeve shirt Tattoos on his arm

Barry stated he then got up and observed his brother, Aaron, in the vestibule getting hit in the face by a real big guy wearing some sort of flannel-pattern shirt.

Barry was asked if there were any additional men involved in this incident. Barry responded that there were three to four (3-4) guys. Barry indicated that he was about to use his cellular telephone to call the police, but the same individual who put him up against the vestibule wall removed his cellular telephone, removed the battery and Barry was unable to recover his telephone.

Barry recalls seeing Chicago police cars, both marked and unmarked, along with a patty-wagon arriving at the scene. Barry related that he approached one of the marked squads and after informing them that he was being attacked, requested help from the officer. Barry said that he crouched by one of the marked squad passenger side door and began pleading for help. At this time Barry describes a guy wearing glasses came from behind and struck him. The officers started leaving the scene and as they were driving away, the officer shut the door leaving his coat stuck on the door.    C. R. _100201_

ATTACHMENT # __43__

**Interview of Barry S. Gilfand**
**Re: Chicago P.D. @ Jefferson's Tap & Grill**

The officer opened the door enough to release the coat. Barry recalls seeing an African-American officer attempting to exit his vehicle but for some reason he closed the door and left the scene also. An approximate total of four to five (4-5) police squads arrived and then immediately left the scene without rendering any assistance. All through this time, Barry's brother Aaron was laying on the sidewalk, while his friend Scott was unconscious inside the bar with an eye injury bleeding.

Barry was asked if he recalls seeing any police badges, identifications, or weapons on the individuals committing the attack. Barry responded that he did not see any badges, identifications, or weapons on any of them.

At one point Barry asked someone he believed to be the owner or manager of the bar to call the police and the person responded: "they are the police and get out of here!" At the same time Aaron, who was bleeding profusely from his face area, said to the man that he was not going anywhere until the police came even if he bled out in front of the bar. The man added if the police come it would only get worse for Barry and his companions.

Finally an officer came to the scene and told Barry to calm down while they spoke with Aaron and Scott. The blond-haired bartender came over to where they were talking and told the police that she had witnessed what had happened. The owner of the bar told the police that some of men involved in the attack were regular patrons and were off-duty police officers.

According to Barry, an ambulance arrived and the paramedics appeared very apathetic towards Aaron and Scott. Due to lack of trust and fear of receiving additional injuries, Barry decided to get his brother out of the ambulance. Instead, they all decided to go to Scott's place and get cleaned up. Before leaving, the officer issued Barry a police document sheet (Report Information Number).

Barry indicated that the following day his brother Aaron went to Northwestern Hospital Emergency and sought medical attention. Approximately two to three (2-3) days later, after excruciating pain, Barry went to St. Mary's Resurrection Hospital for medical attention. Barry stated x-rays revealed that he sustained four (4) fractured ribs. Barry stated that he could identify the offenders.

For additional comprehensive look at the events that unfolded, refer to reports gathered from additional witnesses.

No additional information. The investigation continues.

| | |
|---|---|
| INVESTIGATOR(S) | 01-05-07 DATE |
| SUPERVISOR'S APPROVAL | 1/12/07 DATE |

C. R. ____ 1002011

43

This document is the property of Cook County State's Attorney's Office Investigations Bureau. It and its contents are confidential and may not be disseminated outside your agency without authorization.