# EXHIBIT 26

Cook County State's Attorney's Office
Investigations Bureau



# INVESTIGATIVE REPORT

| FILE/CONTROL#: 07Q01-0072 | DOCKET#: | REPORT#: |
|---|---|---|
| SUBJECT: CPD @ Jefferson's Tap & Grill | TYPE OF CASE: Professional Standards | DATE DRAFTED: 01-06-07 |
| SYNOPSIS OF REPORT: Interview of Aaron M. Gilfand | PERIOD COVERED: Dec. 14 & 15, 2006 | INVESTIGATOR(S): G. Perez #497 R. Del Real #531 |

### PRESENT DURING INTERVIEW

**Assistant State's Attorney:**      Tom Bilyk
                                     Special Prosecutions Bureau
                                     Office of Professional Standards

**Chicago Police Department**
**Office of Professional Standards:**  Investigator Daniel Kobel #287
                                       10 W. 35th Street
                                       Chicago, Illinois 60616
                                       Tel: (312) 745-3609

**Attorneys:**                         Sally H. Saltzberg & Steven H. Fine
                                       53 W. Jackson Suite #1515
                                       Chicago, Illinois 60604
                                       Tel: (312) 913-2000

**Complaining/Witness:**               Aaron M. Gilfand
                                       700 N. Larabee Avenue
                                       Chicago, Illinois 60610

### INTRODUCTION

The following report contains information relative to a current investigation being conducted in conjunction with a Chicago Police Department Office of Professional Standards complaint against police personnel. The complaint alleges that officers while off duty committed a series of batteries against complaining witnesses listed in this report(s). The alleged offense is alleged to have occurred while at Jefferson's Tap & Grill located at 325 N. Jefferson Street in Chicago and continued outside onto the street.

On January 04, 2006, at 3:30 pm, Investigators Perez, Del Real, and Assistant State's Attorney Tom Bilyk met with all three complaining witnesses at the Cook County State's Attorney's Office located at 69 W. Washington Suite #3200 in downtown Chicago. Barry S. Gilfand (Barry), Scott A. Lowrence (Scott), and Aaron M. Gilfand (Aaron) were accompanied by their attorneys: Sally H. Saltzberg and Barry H. Fine. This report was recorded in summary form and not verbatim.

C.R. 1002011

ATTACHMENT # 45

Interview of Aaron M. Gilfand
Re: Chicago P.D. @ Jefferson's Tap & Grill

Aaron was asked to relate any and all events prior and during the incident. Aaron began by stating that he has been self-employed as a commodities trader for the past ten (10) years. On the evening prior to the incident (Thursday, December 14, 2006), he, Scott, and another friend named John Carroll, had dinner at Pisano's Pizza Restaurant located at 864 N. State Street in Chicago where his brother Barry is the manager. This is something they customarily do twice a month. While at Pisano's they ate pizza and drank soft drinks while they watched the football game on television. Aaron added that while at Pisano's they did not consume any alcoholic beverages. After dinner, Scott suggested they all go the Jefferson's Tap & Grill (325 N. Jefferson) next door to where he lives. According to Aaron, his friend John Carroll decided not to go to Jefferson's. They hired a taxi and went to Jefferson's Tap & Grill. Aaron has been there approximately three times.

Once at Jefferson's, Aaron ordered Jack Daniels & Coke placed money on the pool table to play pool. Aaron stated that he was feeling good and although he was drinking he was not drinking with the expectation of getting completely drunk and incoherent. Aaron stated he did not know or recognize anybody at the bar. Once the pool table became available, a fourth person joined them and they all played in teams of two.

After playing pool and drinking for a while, the bar announced last-call and the lights were turned brighter. While Aaron waited to take his next pool shot, an unknown gentleman approached Aaron and stood in front of him and said: "Hey man, what's going on?" Upon hearing this, Aaron was taken completely off guard and was taken to the floor. Aaron recalls the person who was facing him as a: Male/White 6'02"- 240lbs, with black hair, muscular build, wearing a *Tommy Bahama* style shirt. Aaron stated that he could not recall if anyone had him by the neck; however, he does recall being punched and kicked while on his way to the floor. As he was taken down, he saw his brother being taken towards the door. Aaron managed to get up and walk towards the vestibule looking for his brother. Aaron specified that he was terrified of what was unfolding mainly because he was not aware of the reason. As Aaron called out for his brother, he sustained a blow to his throat by what he describes to be a forearm. Aaron recovered and while gasping for air, felt dizzy and his eyes were tearing. At this time Aaron heard his brother screaming and yelling. Aaron stated that when he got to the vestibule he got hit at least three to four (3-4) times. He went to the floor with the first punch to his face and tried to cover up. Aaron described two of the people as a M/W with brownish hair and glasses and another M/W with reddish-brownish hair. Aaron also said that there were seven to nine guys in the vestibule and one of them was a small black guy. The male black was hovering over him pushing him down.

Aaron was covered in blood and somewhat disoriented and noticed police cars arriving at the scene and also saw his brother Barry trying to talk to police officers. Despite Aaron's condition, he noticed that the officers did not pay any attention to Barry's pleads for help. Aaron recalls seeing squad cars and one patty wagon make three-point turns and leave the scene. Barry came and got Aaron and they walked down the street. Barry was screaming. The big guy turned around and came down the street and told us to shut Barry up. Aaron said to the guy, "Why are you doing this?"

After going into Scott's for a brief time, Aaron, Scott and his brother Barry went back to Jefferson's and approached a man known as the owner or manager of the bar and asked him repeatedly to call the police. This man is described as a:

W/M – 5'06"-5'-08" heavy set/mid 40s/balding

C. R. 10-20-11

ATTACHMENT # 45

Interview of Aaron M. Gilfand
Re: Chicago P.D. @ Jefferson's Tap & Grill

This man responded to them to "Get the fuck off my property, its just going to get worse!" They kept saying, "Call the police." The man told Aaron, "Those are the police, you idiots." Several moments later a Chicago police sergeant (possible name of Kingsby) arrived at the scene looked at Scott and Aaron's injuries and suggested they go to the hospital on the ambulance. Aaron and Barry went over to the ambulance. Aaron asked the paramedic for some gauze. The paramedic said he could only treat him if he got in and went to the hospital. Aaron was afraid and thought the paramedics wouldn't help him because they were friends with the police. Aaron refused to go in the ambulance and instead went to Scott's apartment to tend their injuries.

At approximately 5:30 am, Scott drove Aaron to Northwestern Hospital where Aaron was treated for his injuries. Aaron related that while waiting in one of the examination rooms, a Chicago police officer entered the room and said: "What's this nonsense about you being beat-up by police officers?" Aaron stated that this officer took pictures of his injuries and left. Aaron was advised to consult a plastic surgeon in order to address the injury to his nose. Aaron underwent surgery on December 22, 2006. (See Aaron's medical records for additional information).

Aaron can identify offenders. This investigation continues. No additional information.

INVESTIGATOR(S)                                                01-05-07
                                                                 DATE

SUPERVISOR'S APPROVAL                                          1/12/07
                                                      C. R.      DATE    100201

                                                                           45

This document is the property of Cook County State's Attorney's Office Investigations Bureau ATTACHMENT #
It and its contents are confidential and may not be disseminated outside your agency without authorization.