# EXHIBIT 27



## Cook County State's Attorney's Office
## Investigations Bureau



# INVESTIGATIVE REPORT

| FILE/CONTROL#: 07Q01-0075 | DOCKET#: | REPORT#: |
|---|---|---|
| **SUBJECT:** CPD @ Jefferson's Tap & Grill | **TYPE OF CASE:** Professional Standards | **DATE DRAFTED:** 01-06-07 |
| **SYNOPSIS OF REPORT:** Interview of Scott A. Lowrance | **PERIOD COVERED:** Dec. 14 & 15, 2006 | **INVESTIGATOR(S):** G. Perez #497 R. Del Real #531 |

### PRESENT DURING INTERVIEW

**Assistant State's Attorney:** Tom Bilyk
Special Prosecutions Bureau
Office of Professional Standards

**Chicago Police Department**
**Office of Professional Standards:** Investigator Daniel Kobel #287
10 W. 35th Street
Chicago, Illinois 60616
Tel: (312) 745-3609

**Attorneys:** Sally H. Saltzberg & Steven H. Fine
53 W. Jackson Suite #1515
Chicago, Illinois 60604
Tel: (312) 913-2000

**Complaining/Witness:** Scott A. Lowrance
315 N. Jefferson Street
Chicago, Illinois 60661
Tel: (312) 363-7520

### INTRODUCTION

The following report contains information relative to a current investigation being conducted in conjunction with a Chicago Police Department Office of Professional Standards complaint against police personnel. The complaint alleges that officers while off duty committed a series of batteries against complaining witnesses listed in this report(s). The alleged offense is alleged to have occurred while at Jefferson's Tap & Grill located at 325 N. Jefferson Street in Chicago and continued outside onto the street.

On January 04, 2006, at 3:30 pm, Investigators Perez, Del Real, and Assistant State's Attorney Tom Bilyk met with all three complaining witnesses at the Cook County State's Attorney's Office located at 69 W. Washington Suite #3200 in downtown Chicago. Barry S. Gilfand (Barry), Scott A. Lowrence (Scott), and Aaron M. Gilfand (Aaron) were accompanied by their attorneys: Sally H. Saltzberg and Barry H. Fine. This report was recorded in summary form and not verbatim.

C. R. 100201

ATTACHMENT # J4

Interview of Scott A. Lowrance
Re: Chicago P.D. @ Jefferson's Tap & Grill

Scott was asked to relate any and all events prior and during the incident. Scott recounted by indicating that he has been employed at the Chicago Board of Trade as a broker/trader for the past 15 years. On the evening prior to the incident (Thursday, December 14, 2006), Scott had dinner at Pisano's Pizza Restaurant with his friend Aaron. Aaron's brother Barry, who manages Pisano's, joined them at 10:00 pm. While at Pisano's, they ate pizza and watched the football game on television. At 11:00 PM, Scott suggested they all go the Jefferson's Tap & Grill (325 N. Jefferson) next door to where he lives and frequents approximately once every couple of weeks.

Sometime between 11:30 pm and midnight, Scott arrived at Jefferson's with Barry and Aaron. They ordered some drinks and put some money on the pool table. Moments later they started playing pool with a fourth person, Adam Mastrucci, a friend of Scott's from the Board of Trade. Scott indicated that they played for one or two (1-2) hours until last-call was announced. Barry recalls standing and talking to Aaron while they were both drinking. According to Scott, they were drinking beer and Jack Daniels with Coke that evening. Suddenly someone approached him from behind and grabbed him in a chokehold while someone else punched him in the face. Scott stated that he dropped to the floor and remembered being kicked. Scott claims that he did not see the person(s) only someone wearing a pattern shirt.

Scott related that upon recovering from being unconscious, he recalls seeing Aaron in the vestibule with blood all over him. Scott stated that after that everything was a haze and he really does not recall anything in detail. He recalls the police coming and talking to the police. He recalls one of the bar staff telling the police that the men who beat them were off-duty police officers.

Scott recounted that sometime later he, Barry, and Aaron went to his apartment and cleaned up. Scott called his brother who is a police officer in St. Louis, Mo. They then left and went to Aaron's apartment on Larrabee Street due to Scott's apartment being close to Jefferson's bar and being in fear for their safety. Scott stated that once they arrived at Aaron's apartment, he was told by Aaron that he was in a lot of pain. Scott then decided to take Aaron to Northwestern Hospital and have his injuries looked at. According to Scott, he went home after Aaron was dropped off at Northwestern Hospital. Scott stated that on Saturday he went to Northwestern Hospital due to intense pain in his head and eye. Scott indicated that he sustained several lumps to his head area. Scott underwent a CT scan and was discharged.

Scott believes he can identify some of the offenders. No additional information. The investigation continues.

INVESTIGATOR(S)

SUPERVISOR'S APPROVAL

DATE 01-05-07

DATE 1/18/07

C. R. 100201 1

44

This document is the property of Cook County State's Attorney's Office Investigations Bureau. It and its contents are confidential and may not be disseminated outside your agency without authorization.