# EXHIBIT 11

```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION


BARRY GILFAND, AARON GILFAND,      )
ADAM MASTRUCCI and SCOTT           )
LOWRANCE,                          )
                                   )
                 Plaintiffs,       )
                                   )
vs.                                )  No. 07 C 2566
                                   )
CITY OF CHICAGO, et al.,           )
                                   )
                 Defendants.       )
```

             The Deposition of VINCENT MATTHEWS,

called by the Plaintiffs for examination, pursuant

to Notice and pursuant to the Federal Rules of Civil

Procedure for the United States District Courts,

taken before Victoria D. Rocks, CSR, and Notary

Public in and for the County of Cook, State of

Illinois, at 71 S. Wacker Drive, Suite 3200,

commencing 10:00 o'clock a.m., on the 12th day of

June 2009, A.D.

BY MS. ANTHOLT:

    Q    Did you observe Paul Powers interact with the guys at the pool table at any time prior to this accident?

    A    I did not observe that.

    Q    Did you hear any verbal exchanges between Paul Powers and the guys at the pool table prior to the incident?

    A    I did not.

    Q    Prior to the incident, did you hear anyone from your group say anything about the guys at the pool table?

    A    While I was having my conversation with the individuals from New York the female, she brought to my attention that she said it looks like something is wrong with one of your friends.

        I think that is what she said. I looked over, and Paul had his hands in his face. At that time, I excused myself to go over to find out what was going on.

    Q    What did you find when you went over to Paul?

    A    I remember either Mat or Kereakes told me that Paul was kind of emotional and one of the

```
 1  individuals told him that men don't cry in their
 2  beer.
 3       Q    In what?
 4       A    In their beer.  Men don't cry in their
 5  beer.
 6       Q    Who told him that?
 7       A    I don't know.
 8       Q    They referred to one of the individuals.
 9  Were they talking about somebody in your group or
10  somebody else at the bar?
11       A    The gentlemen that were standing over at
12  the pool table, adjacent to the juke box.
13       Q    How did Paul Powers appear to you at that
14  time?
15       A    He was upset.
16       Q    What was it about his appearance that
17  caused you to believe he was upset?
18       A    He was emotional and upset.  He gets red.
19       Q    Red in the face?
20       A    Yes.
21       Q    Was he actually crying?
22       A    Yes, he was.
23       Q    Do you know approximately when this was or
24  what time this was?
```

```
 1   STATE OF ILLINOIS    )
 2                        ) ss:
 3   COUNTY OF C O O K    )
 4
 5              I, VICTORIA D. ROCKS, C.S.R., Notary
 6   Public, within and for the County of Cook, State of
 7   Illinois, a Certified Shorthand Reporter of said
 8   state, do hereby certify:
 9              That previous the commencement of the
10   examination of the witness, VINCENT MATTHEWS, was
11   first duly sworn to testify to the whole truth
12   concerning the matters herein;
13              That the foregoing deposition
14   transcript was reported stenographically by me and
15   was thereafter reduced to typewriting via
16   computer-aided transcription under my personal
17   direction, and constitutes a true record of the
18   testimony given and the proceedings had;
19              That the said deposition was taken
20   before me at the time and place specified;
21              That the reading and signing by the
22   witness of the deposition transcript was not waived;
23              That I am not a relative or employee of
24   attorney or counsel, nor a relative or employee of
```

1  such attorney or counsel for any of the parties
2  hereto, nor interested directly or indirectly in the
3  outcome of this action.
4          IN WITNESS WHEREOF, I do hereunto set
5  my hand and affix my seal of office at Chicago,
6  Illinois this 25th day of August, 2009.

*Victoria Rocks*
VICTORIA D. ROCKS, C.S.R.
License No. 084-002692