DEFENDANTS PAUL POWERS AND GREGORY BARNES' REPLY IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT

## INDEX OF EXHIBITS

**Exhibit 63:** Excerpts from Barry Gilfand's Feb. 23, 2009 Deposition

**Exhibit 64:** Excerpts from Barry Gilfand's Deposition - *Gilfand v. At The Tracks, Ltd.,* No. 07-L-3665 (Cir. Ct. Cook County, Ill. Jan. 30, 2008)

**Exhibit 65:** Excerpted Trial Transcript, March 24, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County)*

**Exhibit 66:** Excerpts from Adam Mastrucci's Sept. 3, 2008 Deposition

**Exhibit 67:** Excerpts from Gregory Barnes' June 10, 2009 Deposition

**Exhibit 68:** Excerpts from Aaron Gilfand's March 6, 2009 Deposition