POWERS AND BARNES'S RESPONSE TO PLAINTIFFS'
LOCAL RULE 56.1(b)(3)(B) STATEMENT OF ADDITIONAL FACTS

## INDEX OF EXHIBITS

**Exhibit 56:** Excerpts from Gregory Barnes' June 10, 2009 Deposition

**Exhibit 57:** Excerpts from Paul Powers' June 11, 2009 Deposition

**Exhibit 58:** Excerpted Trial Transcript, March 31, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County)*

**Exhibit 59:** Excerpts from Jeffery Planey's July 7, 2009 Deposition

**Exhibit 60:** Excerpted Trial Transcript, March 27, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County)*

**Exhibit 61:** Excerpted Trial Transcript, March 25, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County)*

**Exhibit 62:** Excerpted Trial Transcript, March 23, 2009: *People v. Jeffery Planey, Paul Powers, and Gregory Barnes, Nos. 07 CR 12286-01, 02, 03 (Circuit Court, Cook County)*