# United States District Court
## Northern District of Illinois
### Eastern Division



Barry Gilfand, et al

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 2566

Sgt. Jeffery Planey, et al

- ■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that As to plaintiff AARON GILFAND the jury finds as follows: the Fourth Amendment Excessive Claim for Defendant Planey; the Fourth Amendment Claim for the City's Failure to Investigate and Discipline Off-Duty Excessive Force, for defendant for defendant City of Chicago; in favor of the plaintiff Aaron Gilfand's Battery Claim and against the defendant Planey and in favor of the defendants Powers, Barnes, Padilla and Matthews; the claim that defendant Planey was acting within the scope of his employment, the jury finds for defendant City of Chicago; as to the Assault Claim the jury finds in favor of defendant Barnes and against the defendant Matthews.     As to plaintiff BARRY GILFAND, the jury finds as follows: the Fourth Amendment Excessive Claim , against defendant Planey; the Fourth Amendment Claim for the City's Failure to Investigate and Discipline Off-Duty Excessive Force, for defendant City of Chicago; as to the Battery Claim for plaintiff against Planey and in favor of defendants, Powers, Matthews, Barnes and Kereakes against the plaintiff; as to the claim that defendant Planey was acting within the Scope of his employment, for defendant City of Chicago; as to the Assault claim the jury finds for the plaintiff and against the defendant Matthews and for the defendant Barnes against the plaintiff.     As to plaintiff SCOTT LOWRANCE: the Fourth Amendment Excessive Claim in favor of the plaintiff against Planey; the Fourth Amendment Claim for the City's failure to investigate and Discipline off-duty excessive force, in favor of the defendant City of Chicago; Battery Claim in favor of the plaintiff against defendants Planey and Padilla; the Claim that defendant Planey was acting within the scope of his employment in favor  defendant City of Chicago; the Assault Claim in favor of the defendant Matthews.     As to plaintiff ADAM MASTRUCCI: the Fourth Amendment Excessive Claim for defendant Planey; the Fourth Amendment Claim for the City's Failure to Investigate and Discipline Off-Duty Excessive Force for defendant City of Chicago; Battery Claim for defendant Planey, Padilla and Kereakes and against the defendant Barnes; the Claim that defendant Planey was acting within the scope of his employment for defendant City of Chicago; Assault Claim for defendant Matthews. IN ACCORDANCE WITH THE VERDICT, as to  Aaron Gilfand's claim, the total amount of Compensatory damages is $7,700. As to Barry Gilfand's claim, the total amount of Compensatory damages is $3,000. As to Adam Mastrucci's claim, the total amount of Compensatory damages is $3,000. As to Scott Lowrance's claim, the total amount of Compensatory damages is $6,000.  Punitive damages awarded as follows: $9,400 against Planey, zero dollars against Powers, $1,000 against Barnes, $2,400 against Padilla, $1,200 against Matthews, zero dollars against Kereakes.

Thomas G. Bruton, Clerk of Court

Date: 5/18/2012

/s/ Wanda A. Parker, Deputy Clerk