MJ Reporting
101 N. Virginia Street, Ste. 240-B
CRYSTAL LAKE, IL 60014

*83100918*

# INVOICE

| DATE | INVOICE # |
|---|---|
| 3/5/2008 | C5560 |

### BILL TO

Mr. Jordan Marsh
City of Chicago
20 North LaSalle Street, Suite 1720
Chicago, IL 60602

### CASE INFO

Date of Service: 2/13/08
Case: Gilfand v. Planey
#07 C 2566
Deps: Demetrios Kereakes & Matias Padilla

| DUE DATE | TAX ID NUMBER |
|---|---|
| 3/5/2008 | 36-4225977 |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Copy of Transcript | Kereakes = 284 pages @ $3.00/page | 852.00 |
| Copy of Transcript | Padilla = 154 pages @ $3.00/page | 462.00 |
| Condensed transcript | Kereakes & Padilla - $25/each | 50.00 |
| ASCII | Kereakes & Padilla - $20/each | 40.00 |
| Exhibit Reproduction | Kereakes & Padilla | 23.00 |
| Messenger delivery | | 30.00 |

*OK police*

It's been a pleasure working with you!
Office: 847.619.7155

## Total

1,457.00

MJ Reporting
101 N. Virginia Street, Ste. 240-B
CRYSTAL LAKE, IL  60014

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 5/9/2008 | C5666 |

| BILL TO |
|---------|
| Mr. Jordan Marsh<br>City of Chicago<br>30 North LaSalle Street, Suite 1720<br>Chicago, IL 60602 |

| CASE INFO |
|-----------|
| Date of Service: 4.22.08<br>Gilfand, et al. vs. Jefferson Tap<br>07 L 3665<br>Dep: Jodi Agee and Lindsay Vanderford |

| DUE DATE | TAX ID NUMBER |
|----------|---------------|
| 5/9/2008 | 36-4225977 |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Copy of Transcript | Jodi Agee - 187 pages @ $3.00/page | 561.00 |
| Copy of Transcript | Lindsay Vanderford - 185 pages @ $3.00/page | 555.00 |
| Condensed transcript | 2 @ $25.00/each | 50.00 |
| Keyword Index | 2 @ $5.00/each | 10.00 |
| Exhibit Reproduction | | 3.00 |
| Messenger delivery | | 30.00 |

*OK
police
07C 2366*

Please remit to above address.

| **Total** | 1,209.00 |

MJ Reporting
101 N. Virginia Street, Ste. 240-B
CRYSTAL LAKE, IL 60014

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 5/9/2008 | C5669 |

| BILL TO |
|---------|
| Mr. Jordan Marsh<br>City of Chicago<br>30 North LaSalle Street, Suite 1720<br>Chicago, IL 60602 |

| CASE INFO |
|-----------|
| Date of Service: 4.24.08<br>Gilfand, et al. vs. At The Tracks<br>07 C 2566<br>Dep: Melisa Smith and Emily Martin |

| DUE DATE | TAX ID NUMBER |
|----------|---------------|
| 5/9/2008 | 36-4225977 |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Copy of Transcript | Melisa Smith - 154 Pages @ $3.00/page | 462.00 |
| Copy of Transcript | Emily Martin - 137 pages @ $3.00/page | 411.00 |
| Condensed transcript | 2 @ $25.00/each | 50.00 |
| Keyword Index | 2 @ $5.00/each | 10.00 |
| Exhibit Reproduction | | 3.00 |

*OK police 07 C 2566*

Please remit to above address.

**Total**     936.00

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

MR. JORDAN MARSH
ASSISTANT CORPORATION COUNSEL
SPECIAL LITIGATION UNIT
30 N LASALLE ST STE 1720
CHICAGO, IL  60602-2502

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 69161 | 9/16/2008 | 300 |

| TOTAL | $2,046.00 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

**GILFAND v. CITY OF CHICAGO**

| 07 C 2566 | SCOTT LOWRANCE | 09/05/2008 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MR. JORDAN MARSH | | | |
| CITY TRANSCRIPT ORIGINAL | 353 | 4.25 | 1,500.25 |
| 09/05/2008  VIDEOTAPED DEPOSITION OF SCOTT A. LOWRANCE | | | |
| CITY CONDENSCRIPT | 353 | 0.25 | 88.25 |
| CITY COMPACT DISKETTE (CD)  (ELECTRONIC VERSION OF TRANSCRIPT) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 8 | 50.00 | 400.00 |
| CITY ATTENDANCE AFTER 6:00 P.M. & SATURDAY | 0.5 | 75.00 | 37.50 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

SEP 2 3 2008

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 69161 | **PAYABLE UPON RECEIPT** | **Total** $2,046.00 |
|---|---|---|---|

E-mail  urlaubbowen@sbcglobal.net          Web Site

  

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

MR. JORDAN MARSH
ASSISTANT CORPORATION COUNSEL
SPECIAL LITIGATION UNIT
30 N LASALLE ST STE 1720
CHICAGO, IL  60602-2502

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 69201 | 9/16/2008 | 300 |

| **TOTAL** | **$2,816.00** |
|---|---|

PAYABLE  UPON
RECEIPT

## CAUSE

**GILFAND v. CITY OF CHICAGO**

| 07 C 2566 | ADAM MASTRUCCI | 09/03/2008 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MR. JORDAN MARSH | | | |
| CITY TRANSCRIPT ORIGINAL | 513 | 4.25 | 2,180.25 |
| 09/03/2008  DEPOSITION OF ADAM PAUL MASTRUCCI | | | |
| CITY CONDENSCRIPT | 513 | 0.25 | 128.25 |
| CITY COMPACT DISKETTE (CD)  (ELECTRONIC VERSION OF TRANSCRIPT) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 7.5 | 50.00 | 375.00 |
| CITY ATTENDANCE AFTER 6:00 P.M. & SATURDAY | 1.5 | 75.00 | 112.50 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

SEP 2 3 2008

*OK police*

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 69201 | *PAYABLE UPON RECEIPT* | Total  $2,816.00 |
|---|---|---|---|

E-mail   urlaubbowen@sbcglobal.net          Web Site

  



# PATTI BLAIR
# COURT REPORTERS, PC

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL  60602

**INVOICE**
53435

| DATE | CLIENT | FILE |
|------|--------|------|
| 02/12/2009 | 801 | BACKWRITE ORIG |

Re: GILFAND, BARRY   CITY OF CHGO **JORDAN MARSH**
Assignment Date: February 09, 2009

ORIG TRANSCRIPT OF OFFICER ANA PINA

| CITY-DEP REGULAR DEL | 109.0 | Pages @ | 3.25 | 354.25 |
|---|---|---|---|---|

ORIG TRANSCRIPT OF OFFICER NICOLE MAYOSKI

| CITY-DEP REGULAR DEL | 91.0 | Pages @ | 3.25 | 295.75 |
| DISKETTE-CITY | 2.0 | @ | 20.00 | 40.00 |
| CONDENSED TRANSCRIPT-CITY | 200.0 | @ | 0.15 | 30.00 |

```
                                             ==========
                              Total Amount $     720.00
       Interest At A Rate Of 1.50% After 30 Days $       0.00
                          Less Paid To Date $       0.00
                                Total due $     720.00
```
THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

1. Case Name: _O7C2566_
2. Case Number: _Gilfand_
3. Client Dept: _CPD_
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

FEB 2 3 2009

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA  ☐ Mastercard

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

Credit Card # ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   Exp. Date ☐☐☐☐

Daytime Phone _____



**PATTI BLAIR
COURT REPORTERS, PC**

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL  60602

**INVOICE**
53503

| DATE | CLIENT | FILE |
|------|--------|------|
| 02/18/2009 | 801 | BACKWRITE ORIG |

Re: GILFAND   CITY OF CHGO **JORDAN MARSH**
Assignment Date: February 09, 2009

ORIG TRANSCRIPT OF DONALD LUPO

| | | | | |
|---|---|---|---|---|
| CITY-DEP-REGULAR DELIVERY | 180.0 | Pages @ | 4.25 | 765.00 |
| DISKETTE-CITY | 1.0 | @ | 20.00 | 20.00 |
| CONDENSED TRANSCRIPT-CITY | 180.0 | @ | 0.15 | 27.00 |

```
                                          ==========
                    Total Amount $      812.00
Interest At A Rate Of 1.50% After 30 Days $        0.00
              Less Paid To Date $        0.00
                       Total due $      812.00
```
THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

1. Case Name: _William Lupo_
2. Case Number: _08 C 6356_
3. Client Dept: _CPD_
4. Atty Signature: _Naomi Cu_
5. Date Approved: _4/17/09_
6. Law Dept. Division: _FCRLD_

MAR 1 8 2009

**Please Make Checks Payable To:**
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA ☐ Mastercard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                     Exp. Date

Daytime Phone

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

## Invoice

**FIRM**

MR. JORDAN MARSH
ASSISTANT CORPORATION COUNSEL
SPECIAL LITIGATION UNIT
30 N LASALLE ST STE 1720
CHICAGO, IL  60602-2502

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 70684 | 3/3/2009 | 300 |

| TOTAL | $2,851.50 | PAYABLE UPON RECEIPT |
|-------|-----------|

## CAUSE

**GILFAND v. CITY OF CHICAGO**

| 07 C 2566 | BARRY GILFAND | 02/23/2009 |

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| MR. JORDAN MARSH | | | |
| CITY TRANSCRIPT ORIGINAL | 507 | 4.25 | 2,154.75 |
| 02/23/2009  DEPOSITION OF BARRY SCOTT GILFAND | | | |
| CITY CONDENSCRIPT | 507 | 0.25 | 126.75 |
| CITY COMPACT DISKETTE (CD)  (ELECTRONIC VERSION OF TRANSCRIPT) | 1 | 20.00 | 20.00 |
| ATTENDANCE | 8 | 50.00 | 400.00 |
| CITY ATTENDANCE AFTER 6:00 P.M. & SATURDAY | | 75.00 | 150.00 |

1. Case Name: Barry 2 Gilfand
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

*OK police*

MAR 0 6 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 70684 | PAYABLE UPON RECEIPT | Total | $2,851.50 |

E-mail  info@urlaubbowen.com        Web Site  www.urlaubbowen.com

  

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

## Invoice

**FIRM**

MR. JORDAN MARSH
ASSISTANT CORPORATION COUNSEL
SPECIAL LITIGATION UNIT
30 N LASALLE ST STE 1720
CHICAGO, IL  60602-2502

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 70746 | 3/13/2009 | 300 |

| TOTAL | $2,855.20 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

**GILFAND v. CITY OF CHICAGO**

**07 C 2566**          AARON GILFAND                    03/06/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MR. JORDAN MARSH | | | |
| CITY TRANSCRIPT ORIGINAL 2-3 DAY EXPEDITED 03/06/2009  VIDEOTAPED DEPOSITION OF AARON MICHAEL GILFAND | 468 | 4.90 | 2,293.20 |
| CITY CONDENSCRIPT | 468 | 0.25 | 117.00 |
| CITY COMPACT DISKETTE (CD)  (ELECTRONIC VERSION OF TRANSCRIPT) | 1 | 20.00 | 20.00 |
| CITY ATTENDANCE | 7 | 50.00 | 350.00 |
| CITY ATTENDANCE AFTER 6:00 P.M. & SATURDAY | 1 | 75.00 | 75.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAR 1 8 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 70746 | *PAYABLE UPON RECEIPT* | Total  $2,855.20 |
|---|---|---|---|

E-mail   info@urlaubbowen.com          Web Site   www.urlaubbowen.com

  



**PATTI BLAIR
COURT REPORTERS, PC**

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

**INVOICE**
54566

---

**DATE**           **CLIENT**    **FILE**
05/04/2009      801        BACKWRITE ORIG

Re: GILFAND    CITY OF CHGO **JORDAN MARSH**
Assignment Date: February 09, 2009

ORIG TRANSCRIPT OF FREDERICK COLLINS

CITY-DEP-REGULAR DELIVERY   120.0   Pages @      4.25          510.00
                                                                    ==========
                              Total Amount $       510.00
          Interest At A Rate Of 1.50% After 30 Days $         0.00
                       Less Paid To Date $         0.00
                              Total due $       510.00
THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

*OK
police
07C2J66*

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAY 1 3 2009

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

---

**Method of Payment:**

☐ Check Enclosed
  Please make check payable to:
  **Patti Blair court reporters p.c.**
  There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA  ☐ Mastercard

_____
Signature (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Credit Card #                          Exp. Date

_____
Print Name (as it appears on your credit card)

_____
Daytime Phone



**PATTI BLAIR COURT REPORTERS, PC**

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

**INVOICE**
53906

| DATE | CLIENT | FILE |
|------|--------|------|
| 03/16/2009 | 801 | 07 C 2566 |

Re: GILFAND    CITY OF CHICAGO
Assignment Date: March 03, 2009          Client Ref. #: JORDAN MARSH

1 COPY TRANSCRIPT OF ERIKA WOOSLEY

| | | | | |
|---|---|---|---|---|
| CITY COURT COPY REG DEL | 268.0 | Pages @ | 2.25 | 603.00 |
| DISKETTE-CITY | 1.0 | @ | 20.00 | 20.00 |
| CONDENSED TRANSCRIPT-CITY | 268.0 | @ | 0.15 | 40.20 |

==========
Total Amount $      663.20
Interest At A Rate Of 1.50% After 30 Days $      0.00
Less Paid To Date $      0.00
Total due $      663.20

THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: APR 2 8 2009

*OK police*

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA  ☐ Mastercard

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

Credit Card #          Exp. Date

Daytime Phone
_____



# PATTI BLAIR
# COURT REPORTERS, PC

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

**INVOICE**
54928

| DATE | CLIENT | FILE |
|------|--------|------|
| 06/01/2009 | 801 | 07 C 2566 |

Re: GILFAND   CITY OF CHICAGO**JORDAN MARSH
Assignment Date: February 05, 2009

ORIG TRANSCRIPT OF OFFICER COLLINS

CITY-DEP-REGULAR DELIVERY   110.0   Pages @   4.25        467.50
                                                      ==========
                            Total Amount $       467.50
        Interest At A Rate Of 1.50% After 30 Days $         0.00
                      Less Paid To Date $         0.00
                            Total due $       467.50

THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

OK
police

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 0 8 2009

**Please Make Checks Payable To:**
**PATTI BLAIR Court Reporters, PC**
**Federal Tax Id#: 363304432**

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
    Please make check payable to:
    **Patti Blair court reporters p.c.**
    There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA  ☐ Mastercard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #        Exp. Date        Daytime Phone

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

**FIRM**

MR. JORDAN MARSH
ASSISTANT CORPORATION COUNSEL
SPECIAL LITIGATION DIVISION
30 N LASALLE ST STE 1720
CHICAGO, IL 60602

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 71795 | 7/15/2009 | 300 |

| TOTAL | $392.00 | PAYABLE UPON RECEIPT |
|---|---|---|

---

## CAUSE

GILFAND v. CITY OF CHICAGO

| 07 C 2566 | DAVID GILFAND | 06/26/2009 |
|---|---|---|

---

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MR. JORDAN MARSH | | | |
| CITY TRANSCRIPT COPY | 102 | 2.25 | 229.50 |
| 06/26/2009  VIDEOTAPED DEPOSITION OF DAVID S. GILFAND | | | |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -4.59 |
| CITY CONDENSCRIPT | 102 | 0.25 | 25.50 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -0.51 |
| CITY COMPACT DISKETTE (CD)  (ELECTRONIC VERSION OF TRANSCRIPT) | 1 | 20.00 | 20.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -0.40 |
| CITY ATTENDANCE | 2.5 | 50.00 | 125.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -2.50 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

*ok poice*

JUL 1 6 2009

225 ILCS 415/18 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 71795 | **PAYABLE UPON RECEIPT** | Total    $392.00 |
|---|---|---|---|

E-mail   info@urlaubbowen.com        Web Site   www.urlaubbowen.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

### FIRM

MR. JORDAN MARSH
ASSISTANT CORPORATION COUNSEL
SPECIAL LITIGATION UNIT
30 N LASALLE ST STE 1720
CHICAGO, IL  60602

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 71756 | 7/13/2009 | 300 |

| TOTAL | $122.50 |
|---|---|

**PAYABLE  UPON
RECEIPT**

### CAUSE

GILFAND v. CITY OF CHICAGO

07 C 2566                 JOHN CARROLL                 07/10/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MR. JORDAN MARSH | | | |
| CITY ATTENDANCE W/NO WRITE | 2.5 | 50.00 | 125.00 |
| 07/10/2009  DEPOSITION OF JOHN CARROLL | | | |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -2.50 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

*ok police*

JUL 1 6 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637 | INVOICE #

71756 | *PAYABLE
UPON
RECEIPT* | Total | $122.50 |

E-mail   info@urlaubbowen.com          Web Site   www.urlaubbowen.com           



**PATTI BLAIR COURT REPORTERS, PC**

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

# INVOICE

59371

| DATE | CLIENT | FILE |
|------|--------|------|
| 04/30/2010 | 801 | BACKWRITE/COPY |

Re: GILFAND, BARRY   CITY OF CHICAGO #07 C 2566
Assignment Date: April 23, 2010        Client Ref. #: MATT HADER

1 COPY TRANSCRIPT OF SHANNON HAYES

CITY-COPY DEP-REGULAR DEL   102.0   Pages @      2.25          229.50
                                                          ==========
                                 Total Amount $      229.50
       Interest At A Rate Of 1.50% After 30 Days $       -4.59
                            Less Paid To Date $        0.00
                                   Total due $      224.91
THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

1. Case Name: _Gilfand_
2. Case Number: _07C2560_
3. Client Dept: _CPD_
4. Atty Signature: _____
5. Date Approved: _5-17-10_
6. Law Dept. Division: _FCRLD_

MAY 11 2010

## Please Make Checks Payable To:
## PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
   Please make check payable to:
   **Patti Blair court reporters p.c.**
   There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
   ☐ VISA  ☐ Mastercard

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

☐☐☐☐☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Credit Card #                    Exp. Date

Daytime Phone



PATTI BLAIR
COURT REPORTERS, PC

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

**INVOICE**
56259

DATE 08/26/2009    CLIENT 001    FILE BACKWRITE/COPY

Re: GILFAND, BARRY    CITY OF CHICAGO #07 C 2566
Assignment Date: August 11, 2009        Client Ref. #: JORDAN MARSH

1 COPY TRANSCRIPT OF PAUL POWERS

|                              |       |       |       |        |
|------------------------------|-------|-------|-------|--------|
|                              | 283.0 | Pages @ | 2.40  | 679.20 |
| DISKETTE-CITY                | 1.0   | @     | 20.00 | 20.00  |
| CONDENSED TRANSCRIPT-CITY    | 283.0 | @     | 0.15  | 42.45  |
| DELIVERY                     | 1.0   | @     | 15.00 | 15.00  |

```
                                                    ==========
                        Total Amount $      756.65
    Interest At A Rate Of 1.50% After 30 Days $        0.00
                   Less Paid To Date $        0.00
                          Total due $      756.65
```
THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

OK
police

AUG 3 1 2009

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA ☐ Mastercard

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

Credit Card #    Exp. Date

Daytime Phone
_____



**PATTI BLAIR COURT REPORTERS, PC**

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL  60602

**INVOICE**
56261

| DATE | CLIENT | FILE |
|---|---|---|
| 08/26/2009 | 001 | BACKWRITE/COPY |

Re: GILFAND, BARRY   CITY OF CHICAGO #07 C 2566
Assignment Date: August 11, 2009      Client Ref. #: JORAN MARSH

1 COPY TRANSCRIPT OF GREGORY BARNES

```
CITY-COPY DEP-REGULAR DEL    334.0   Pages @      2.25        751.50
DISKETTE-CITY                  1.0         @     20.00         20.00
CONDENSED TRANSCRIPT-CITY    334.0         @      0.15         50.10
                                                          ==========
                             Total Amount $                  821.60
        Interest At A Rate Of 1.50% After 30 Days $            0.00
                           Less Paid To Date $                 0.00
                                 Total due $                 821.60
```
THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

*OK police*

AUG 3 1 2009

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA  ☐ Mastercard

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

Credit Card #        Exp. Date

Daytime Phone
_____



# PB
# CR
## PATTI BLAIR
## COURT REPORTERS, PC

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL  60602

**INVOICE**
56252

---

DATE 08/26/2009     CLIENT 001     FILE BACKWRITE/COPY

Re: GILFAND, BARRY    CITY OF CHICAGO #07 C 2566
Assignment Date: August 11, 2009       Client Ref. #: JORDAN MARSH


1 COPY TRANSCRIPT OF VINCENT MATTHEWS

| | | | |
|---|---|---|---|
| CITY-COPY DEP-REGULAR DEL | 245.0 Pages @ | 2.25 | 551.25 |
| DISKETTE-CITY | 1.0 @ | 20.00 | 20.00 |
| CONDENSED TRANSCRIPT-CITY | 245.0 @ | 0.15 | 36.75 |
| DELIVERY | 1.0 @ | 15.00 | 15.00 |

==========
Total Amount $        623.00
Interest At A Rate Of 1.50% After 30 Days $          0.00
Less Paid To Date $          0.00
Total due $        623.00
THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

OK
police

AUG 3 1 2009

Please Make Checks Payable To:
PATTI BLAIR Court Reporters, PC
Federal Tax Id#: 363304432

Tax Number
36-3304432

Terms: Payable upon
receipt: 1.5% per month

---

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA  ☐ Mastercard

_____
Signature (as it appears on your credit card)

_____
Print Name (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Credit Card #                    Exp. Date

_____
Daytime Phone



**PATTI BLAIR**
**COURT REPORTERS, P.C.**

**REMIT TO:**

Patti Blair Court Reporters, P.C.
105 West Adams
Suite 2500
Chicago, Illinois 60603

Phone: (312) 782-8376
Fax: (312) 782-8377

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

## INVOICE

35450

| DATE | CLIENT | FILE |
|------|--------|------|
| 04/17/2012 | 801 | BARRY GILFAND VS. CITY OF CHICAGO |

COPY TRANSCRIPT - JILL MADERAK
64 PAGES @ 3.25                                          208.00

ATTY~JORDAN MARSH

1. Case Name: _Gilfand_
2. Case Number: _07 C 2566_
3. Client Dept: _Wat_
4. Atty Signature: _5/9/12_
5. Date Approved: _____
6. Law Dept. Division: _FCRLD_

MAY 0 7 2012

Total Amount: 208.00

10% City of Chicago Discount: -20.80

Less Paid To Date: 0.00

Total Due: 187.20

Tax Number: 36-3304432

**Method of Payment:**

☐ Check Enclosed
   Please make check payable to: Patti Blair Court Reporters, P.C.

☐ Charge my credit card:
   ☐ Visa
   ☐ Mastercard

Signature (as it appears on your card)

Print Name (as it appears on your card

Daytime Phone:

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   ☐☐☐☐
Credit Card #                          Expiration Date
There will be a $10.00 service fee applied to all credit card payments

# INVOICE

Abrams, Mah & Kahn
4101 Birch Street, Suite 130
Newport Beach, CA 92660
Phone:800-622-0226 Fax:949-261-6688

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130924 | 2/2/2011 | 30052 |
| **Job Date** | **Case No.** | |
| 1/20/2011 | 07CV02566 | |
| **Case Name** | | |
| Gilfand v. City of Chicago | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Matthew A. Hurd, Deputy Corporation Counsel
Office of The Corporation Counsel
Special Litigation Unit, Suite 1720
30 North LaSalle Street
Chicago, IL 60602

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Richard McCleary, Ph.D., expert | 85.00 Pages | 216.75 |
| Exhibits | 49.00 | 24.50 |
| Condensed, Index, CD | | 25.00 |
| Handling/ Delivery | | 35.00 |
| | **TOTAL DUE >>>** | **$301.25** |

Condensed Transcript, Word Index, E-transcript & CD
available only with certified copy order.

**Tax ID:** 33-0408353

Phone: 312.742.0234   Fax:312.744.8373

*Please detach bottom portion and return with payment.*

Matthew A. Hurd, Deputy Corporation Counsel
Office of The Corporation Counsel
Special Litigation Unit, Suite 1720
30 North LaSalle Street
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 130924 |
| Invoice Date | : | 2/2/2011 |
| **Total Due** | : | **$ 301.25** |

Remit To: **Abrams, Mah & Kahn**
**4101 Birch Street, Suite 130**
**Newport Beach, CA 92660**

| | | |
|---|---|---|
| Job No. | : | 30052 |
| BU ID | : | 1-NB |
| Case No. | : | 07CV02566 |
| Case Name | : | Gilfand v. City of Chicago |

# INVOICE

Abrams, Mah & Kahn
4101 Birch Street, Suite 130
Newport Beach, CA  92660
Phone:800-622-0226   Fax:949-261-6688

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130925 | 2/2/2011 | 30053 |
| **Job Date** | **Case No.** | |
| 1/21/2011 | 07CV02566 | |
| **Case Name** | | |
| Gilfand v. City of Chicago | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Matthew A. Hurd, Deputy Corporation Counsel
Office of The Corporation Counsel
Special Litigation Unit, Suite 1720
30 North LaSalle Street
Chicago, IL  60602

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Jeffrey J. Noble, Esq., expert | 219.00 | Pages | 558.45 |
| Exhibits | 102.00 | | 51.00 |
| Condensed, Index, CD | | | 25.00 |
| Handling/ Delivery | | | 35.00 |
| | | **TOTAL DUE  >>>** | **$669.45** |

Condensed Transcript, Word Index & ASCII
included with O&1

**Tax ID:** 33-0408353

Phone: 312.742.0234   Fax:312.744.8373

*Please detach bottom portion and return with payment.*

Matthew A. Hurd, Deputy Corporation Counsel
Office of The Corporation Counsel
Special Litigation Unit, Suite 1720
30 North LaSalle Street
Chicago, IL  60602

Invoice No.    :  130925
Invoice Date   :  2/2/2011
**Total Due**      :  **$ 669.45**

Remit To:  **Abrams, Mah & Kahn
4101 Birch Street, Suite 130
Newport Beach, CA  92660**

Job No.      :  30053
BU ID        :  1-NB
Case No.     :  07CV02566
Case Name    :  Gilfand v. City of Chicago

**Urlaub Bowen & Associates, Inc.**
20 N. Clark Street
Suite 1260
Chicago, IL 60602
**Phone:** (312) 781-9586 **Fax:** (312) 781-9228

Job Date: 05/24/2010
Order Date: 05/24/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 75330
**Inv.Date:** 06/09/2010
**Balance:** $525.76

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Gilfand
vs
**City of Chicago**
**Action #:** 07 C 2566
**Rep:** NDB
**Cert:** 084-1660

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|---|
| | Kathy Broderick | Original Certified Transcript | Pages | 97 | $4.25 | $8.25 | $404.00 |
| | | Condensed Transcript | Pages | 97 | $0.25 | $0.49 | $23.76 |
| | | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $2.00 | $98.00 |

1. Case Name: _Gilfand v. City_
2. Case Number: _07 C 2566_
3. Client Dept: _Police_
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _SLU_

JUN 14 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $525.76 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $525.76 |
| Payment | $0.00 |
| **Balance Due** | $525.76 |

Federal Tax I.D.: 36-3368198 | **Terms:** Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

**Invoice #:** 75330
**Inv.Date:** 06/09/2010
**Balance:** $525.76
**Job #:** 100524NDB
**Job Date:** 05/24/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

**Phone:** (312) 781-9586
**Fax:** (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586     Fax: (312) 781-9228

Job #: 100525CML
Job Date: 05/25/2010
Order Date: 05/25/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 75230
**Inv.Date:** 05/28/2010
**Balance:** $117.60

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Gilfand
vs
**City of Chicago**
**Action #:** 07 C 2566
**Rep:** CML
**Cert:** 084-004631

| Items | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| | James Finister-NO TAKE | Cancellation Fee | Session | 1.00 | $120.00 | $120.00 |
| | | City of Chicago 2% price reduction | Session | 1.00 | $-2.40 | $-2.40 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 0 2 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198      **Terms:** Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $117.60 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $117.60 |
| Payment | $0.00 |
| **Balance Due** | $117.60 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

**Invoice #:** 75230
**Inv.Date:** 05/28/2010
**Balance:** $117.60
**Job #:** 100525CML
**Job Date:** 05/25/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: **(312) 781-9586**    Fax: **(312) 781-9228**

Job Date: 06/09/2010
Order Date: 06/09/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

| | |
|---|---|
| Invoice #: | 75489 |
| Inv.Date: | 06/25/2010 |
| Balance: | $122.50 |

Bill To:
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Gilfand**
vs
**City of Chicago**
Action #: **07 C 2566**
Rep: **ST**
Cert:

*Police*

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|---|
| 2 | Vlademir Tkach   NO WRITE<br>Connor Broderick   NO TAKE | Attendance (Hourly Ext)<br>Cancellation Fee | Hours<br>Session | 2.50<br>0.00 | $50.00<br>$120.00 | $2.50<br>$0.00 | $122.50<br>$0.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 3 0 2010

*OK*
*MAH*

Comments:

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198

Terms: **Net 30 Days @ 1.5%**

| | |
|---|---|
| Sub Total | $122.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $122.50 |
| Payment | $0.00 |
| **Balance Due** | $122.50 |

*Please KEEP THIS PART for YOUR RECORDS.*
*FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

CITY OF CHICAGO
2% PRICE REDUCTION

Bill To:
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Deliver To:
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

Invoice #: 75489
Inv.Date: 06/25/2010
Balance: $122.50
Job #: 100609ST
Job Date: 06/09/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586      Fax: (312) 781-9228

Job Date: 06/15/2010
Order Date: 06/15/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 75490
**Inv.Date:** 06/25/2010
**Balance:** $98.00

---

*Bill To:*
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

*Action:* **Gilfand**
*vs*
**City of Chicago**
*Action #:* 07 C 2566
*Rep:* CML
*Cert:* 084-004631

Police

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| | Robert Goldman–NO WRITE | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $2.00 | $98.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 3 0 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $98.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $98.00 |
| Payment | $0.00 |
| Balance Due | $98.00 |

*Federal Tax I.D.:* 36-3368198      *Terms:* Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*• FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

CITY OF CHICAGO
2% PRICE REDUCTION

---

*Bill To:*
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

*Deliver To:*
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Invoice #:** 75490
**Inv.Date:** 06/25/2010
**Balance:** $98.00
**Job #:** 100615CML2
**Job Date:** 06/15/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

**Urlaub Bowen & Associates, Inc.**
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

**Phone:** (312) 781-9586    **Fax:** (312) 781-9228

Job Date: 06/14/2010
Order Date: 06/14/2010
DB Ref.#:
Date of Loss:   / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 75517
**Inv.Date:** 06/28/2010
**Balance:** $109.66

---

**Bill To:**
Ms.  Barrett E. Rubens
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Gilfand, Barry
vs
**City of Chicago**

**Action #:** 07 C 2566
**Rep:** JMP
**Cert:** 084-004197

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|-------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Jacob M. Morgenstern, M.D. | Certified Transcript | Pages | 46 | $2.25 | $2.07 | $101.43 |
| 2 | | Exhibits - Black & White | Copy | 24.00 | $0.35 | $0.17 | $8.23 |

*Rizzy Police* (handwritten)

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 3 0 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $109.66 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $109.66 |
| Payment | $0.00 |
| Balance Due | $109.66 |

Federal Tax I.D.: 36-3368198     **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

CITY OF CHICAGO
2% PRICE REDUCTION

---

**Bill To:**
Ms.  Barrett E. Rubens
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Ms.  Barrett E. Rubens
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

**Phone:** (312) 781-9586
**Fax:** (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

**Invoice #:** 75517
**Inv.Date:** 06/28/2010
**Balance:** $109.66
**Job #:** 100614JMP
**Job Date:** 06/14/2010
**DB Ref.#:**
**Date of Loss:**   / /
**Your File #:**
**Your Client:**

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

Job Date: 06/18/2010
Order Date: 06/18/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #:     75544
Inv.Date:     06/29/2010
Balance:     $98.00

Bill To:
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action:  Gilfand, Barry
            vs
         City of Chicago
Action #:  07 C 2566
Rep:  CML
Cert:  084-004631

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Robert Young-NO WRITE | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $0.00 | $100.00 |
| 2 | | City of Chicago 2% price reduction | Hours | 2.00 | $-1.00 | $0.00 | $-2.00 |

CITY OF CHICAGO
2% PRICE REDUCTION

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUL 0 8 2010

Comments:

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $98.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $98.00 |
| Payment | $0.00 |
| Balance Due | $98.00 |

Federal Tax I.D.: 36-3368198      Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Deliver To:
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Phone: (312) 781-9586
Fax: (312) 781-9228

Invoice #: 75544
Inv.Date: 06/29/2010
Balance: $98.00
Job #: 100618CML
Job Date: 06/18/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

Job Date: 06/21/2010
Order Date: 06/21/2010
DB Ref.#:
Date of Loss:  /  /
Your File #:
Your Client:

# Invoice

**Invoice #:** 75549
**Inv.Date:** 06/30/2010
**Balance:** $98.00

Bill To:
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: Gilfand, Barry
vs
City of Chicago
Action #: 07 C 2566
Rep: CML
Cert: 084-004631

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Kathy Broderick-NO WRITE | Attendance (Hourly Ext) | Hours | 0.00 | $50.00 | $0.00 | $0.00 |
| 2 | Connor Broderick-NO WRITE | Attendance (Hourly Ext) | Hours | 0.00 | $50.00 | $0.00 | $0.00 |
| 3 | | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $2.00 | $98.00 |

CITY OF CHICAGO
2% PRICE REDUCTION

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUL 0 8 2010

Comments:

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $98.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $98.00 |
| Payment | $0.00 |
| **Balance Due** | $98.00 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Deliver To:
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

**Invoice #:** 75549
**Inv.Date:** 06/30/2010
**Balance:** $98.00
**Job #:** J00621CML
**Job Date:** 06/21/2010
**DB Ref.#:**
**Date of Loss:**  /  /
**Your File #:**
**Your Client:**

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

## Invoice

Job Date: 06/04/2010
Order Date: 06/04/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice #:** 75558
**Inv.Date:** 06/30/2010
**Balance:** $914.34

---

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Gilfand, Barry
vs
**City of Chicago**
**Action #:** 07 C 2566
**Rep:** BES
**Cert:** 084-001525

---

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|-------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Robert M. Heller, Ph.D. | Original Certified Transcript | Pages | 164 | $4.25 | $13.94 | $683.06 |
| 2 | | Condensed Transcript | Pages | 164 | $0.25 | $0.82 | $40.18 |
| 3 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $0.40 | $19.60 |
| 4 | | Attendance (Hourly Ext) | Hours | 3.50 | $50.00 | $3.50 | $171.50 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

OK

CITY OF CHICAGO
2% PRICE REDUCTION

JUL 0 8 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $914.34 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $914.34 |
| Payment | $0.00 |
| Balance Due | $914.34 |

*Federal Tax I.D.:* 36-3368198    **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

**Invoice #:** 75558
**Inv.Date:** 06/30/2010
**Balance:** $914.34
**Job #:** 100604BES
**Job Date:** 06/04/2010
**DB Ref.#:**
Date of Loss: / /
Your File #:
Your Client:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job Date: 06/16/2010
Order Date: 06/16/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| Invoice #: | 75567 |
| Inv. Date: | 06/30/2010 |
| Balance: | $285.00 |

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Gilfand, Barry
vs
City of Chicago
**Action #:** 07 C 2566
**Rep:** CON
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Dorain Swain, NO-WRITE | Attendance (Hourly Ext) | Hours | 0.00 | $50.00 | $0.00 | $0.00 |
| 2 | Mark Crossman, NO-WRITE | Attendance (Hourly Ext) | Hours | 0.00 | $50.00 | $0.00 | $0.00 |
| 3 | | Attendance (Hourly Ext) | Hours | 3.00 | $95.00 | $0.00 | $285.00 |
| 4 | | Deposition took place in Indianapolis, IN. This Invoice reimburses UBA for their payment to reporting firm. | Text | 0.00 | $0.00 | $0.00 | $0.00 |
| 5 | | | Text | 0.00 | $0.00 | $0.00 | $0.00 |
| 6 | | | Text | 0.00 | $0.00 | $0.00 | $0.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUL 0 8 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $285.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $285.00 |
| Payment | $0.00 |
| Balance Due | $285.00 |

**Federal Tax I.D.:** 36-3368198    **Terms:** Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

**Invoice #:** 75567
**Inv. Date:** 06/30/2010
**Balance:** $285.00
**Job #:** 100616CON
**Job Date:** 06/16/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586      Fax: (312) 781-9228

Job #: 100708JMP
Job Date: 07/08/2010
Order Date: 07/08/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #:      75706
Inv.Date:      07/16/2010
Balance:      $135.00

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action:  **Gilfand, Barry**
                    vs
              **City of Chicago**

Action #: **07 C 2566**
Rep: **JMP**
Cert: **084-004197**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| | Scott Yilk, M.D.-NO WRITE | Attendance (Hourly Ext) | Hours | 3.00 | $50.00 | $15.00 | $135.00 |

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

JUL 2 2 2010

CITY OF CHICAGO
10% PRICE REDUCTION
(JULY 2010)

SPECIFICATION#45020 (2006)
CONTRACT #13957

| | |
|---|---|
| Sub Total | $135.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $135.00 |
| Payment | $0.00 |
| Balance Due | $135.00 |

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity
personally responsible for payment of shorthand reporting services rendered at the request of that
attorney, firm or entity."

Federal Tax I.D.: 36-3368198          **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Invoice #: 75706
Inv.Date: 07/16/2010
Balance: $135.00
Job #: 100708JMP
Job Date: 07/08/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
 Phone: (312) 781-9586     Fax: (312) 781-9228

Job #: 100716CML
Job Date: 07/16/2010
Order Date: 07/16/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| Invoice #: | 75779 |
| Inv.Date: | 07/21/2010 |
| Balance: | $108.00 |

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Gilfand, Barry**
*vs*
**City of Chicago**
Action #: **07 C 2566**
Rep: **CML**
Cert: **084-004631**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| | Marcia Slomowitz, M.D.-NO TAKE | Cancellation Fee | Session | 1.00 | $120.00 | $12.00 | $108.00 |

CITY OF CHICAGO
10% PRICE REDUCTION
(JULY 2010)
SPECIFICATION #45020 (2006)
CONTRACT #13957

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

JUL 26 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $108.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $108.00 |
| Payment | $0.00 |
| Balance Due | $108.00 |

Federal Tax I.D.: 36-3368198          Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

| | |
|---|---|
| Invoice #: | 75779 |
| Inv.Date: | 07/21/2010 |
| Balance: | $108.00 |
| Job #: | 100716CML |
| Job Date: | 07/16/2010 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 100622MY
Job Date: 06/22/2010
Order Date: 06/22/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 75807
Inv.Date: 07/23/2010
Balance: $499.04

**Bill To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: Gilfand, Barry
vs
City of Chicago
Action #: 07 C 2566
Rep: MY
Cert: 084-003537

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|
| | Ravi Badlani, M.D. | Original Certified Transcript | 91 | $4.25 | $38.68 | $348.07 |
| | | Condensed Transcript | 91 | $0.25 | $2.28 | $20.47 |
| 1. Case Name: | | Transcript in e-Tran Format | 1.00 | $20.00 | $2.00 | $18.00 |
| 2. Case Number: | | Attendance (Hourly Ext) | 2.50 | $50.00 | $12.50 | $112.50 |
| 3. Client Dept: | | | | | | |
| 4. Atty Signature: | | | | | | |
| 5. Date Approved: | | | | | | |
| 6. Law Dept. Division: | | | | | | |

CITY OF CHICAGO
10% PRICE REDUCTION
(JULY 2010)

SPECIFICATION #45020 (2006)
CONTRACT #13957

AUG 0 3 2010

OK poice 2566

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198

Terms: Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $499.04 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $499.04 |
| Payment | $0.00 |
| Balance Due | $499.04 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

Invoice #: 75807
Inv.Date: 07/23/2010
Balance: $499.04
Job #: 100622MY
Job Date: 06/22/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job Date: 06/29/2010
Order Date: 06/29/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: Defendant

# Invoice

Invoice #:        76008
Inv.Date:   08/10/2010
Balance:    $604.34

**Bill To:**
Mr.  Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action:  **Gilfand, Barry**
vs
**City of Chicago**
Action #:  07 C 2566
Rep:  MY
Cert:  084-003537

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|
| 1 | Dennis Michael Kelly, Jr., MPT | Original Certified Transcript | 117 | $4.25 | $49.73 | $447.52 |
| 2 | | Condensed Transcript | 117 | $0.25 | $2.93 | $26.32 |
| 3 | | Transcript in e-Tran Format | 1.00 | $20.00 | $2.00 | $18.00 |
| 4 | | Attendance (Hourly Ext) | 2.50 | $50.00 | $12.50 | $112.50 |

OK
police
07C2566

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

AUG 1 1 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity
personally responsible for payment of shorthand reporting services rendered at the request of that
attorney, firm or entity."

Federal Tax I.D.: 36-3368198        Terms: Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $604.34 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $604.34 |
| Payment | $0.00 |
| Balance Due | $604.34 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr.  Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr.  Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Invoice #: 76008
Inv.Date: 08/10/2010
Balance: $604.34
Job #: 100629MY
Job Date: 06/29/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: Defendant



**PATTI BLAIR COURT REPORTERS, PC**

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

## INVOICE

60062

| DATE | CLIENT | FILE |
|------|--------|------|
| 06/22/2010 | 801 | 07 C 2566 |

*Police*

Re: GIFAND   CITY OF CHICAGO *GEORGE YAMIN
Assignment Date: June 15, 2010

ORIG TRANSCRIPT OF MARIA ELENA OLVERA

CITY DEPOSITION ORIG REG    68.0   Pages @    4.16      282.88
                                                    ==========
*10% City of Chicago Discount*    Total Amount $     282.88
                                                     -28.28
                              Less Paid To Date $      0.00
                                  Total due $       254.60

*OK TO PAY*
*George J. Yamin Jr.*
*8-18-10*

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUL 2 2 2010

Tax Number
36-3304432

## Please Make Checks Payable To:
### PATTI BLAIR Court Reporters, PC

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
  Please make check payable to:
  **Patti Blair court reporters p.c.**
  There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA ☐ Mastercard

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

Credit Card # ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   Exp. Date ☐☐☐☐ ☐☐☐☐

Daytime Phone _____



**PATTI BLAIR**
**COURT REPORTERS, PC**

(312) 782-8376
FAX (312) 782-8377

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL 60602

**INVOICE**

60140

| DATE | CLIENT | FILE |
|------|--------|------|
| 06/29/2010 | 801 | 07 C 2566 |

Re: GILFAND    CITY OF CHICAGO *GEORGE YAMIN
Assignment Date: May 26, 2010

*POLICE*

ORIG TRANSCRIPT OF MICHAEL DUFFY, PART II

| | | | | |
|--|--|--|--|--|
| CITY DEPOSITION ORIG REG | 87.0 | Pages @ | 4.16 | 361.92 |
| ASCII DISK/E-TRANSCRIPT | 1.0 | @ | 25.00 | 25.00 |
| CONDENSED TRANSCRIPT-CITY | 87.0 | @ | 0.15 | 13.05 |
| DEPOSITION MINIMUM - CITY | 1.0 | @ | 100.00 | 100.00 |

==========
Total Amount $    499.97
*10% City of Chicago Discount*    -49.97
Less Paid To Date $    0.00
Total due $    450.00

*OK TO PAY*

*George J. Yamin, Jr.*

*8-18-10*

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUL 2 2 2010

Tax Number
36-3304432

**Please Make Checks Payable To:**
**PATTI BLAIR Court Reporters, PC**

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA  ☐ Mastercard

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

Credit Card #    Exp. Date

Daytime Phone



(312) 782-8376
FAX (312) 782-8377

# PATTI BLAIR
# COURT REPORTERS, PC

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL  60602

## INVOICE

60193

*Paice* (handwritten, circled)

| DATE | CLIENT | FILE |
|------|--------|------|
| 07/01/2010 | 801 | |

Re: GIFAND, ADAMS & PADILLA    CITY OF CHICAGO  *George Yamin* (handwritten)
Assignment Date: May 20, 2010

ORIG TRANSCRIPT OF MICHAEL DUFFY

| | | | | |
|---|---|---|---|---|
| CITY DEPOSITION ORIG REG | 227.0 | Pages @ | 4.16 | 944.32 |
| DISKETTE-CITY | 1.0 | @ | 20.00 | 20.00 |
| CONDENSED TRANSCRIPT-CITY | 227.0 | @ | 0.15 | 34.05 |

==========

Total Amount $    998.37

*2% City of Chicago Discount* (handwritten)       -19.97

Less Paid To Date $       0.00

Total due $     978.40

*OK TO PAY* (handwritten)

*George J. Yamin, Jr.* (handwritten signature)

*9-18-10* (handwritten)

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 2 2 2010

Tax Number
36-3304432

## Please Make Checks Payable To:
## PATTI BLAIR Court Reporters, PC

Terms: Payable upon
receipt: 1.5% per month

## Method of Payment:

☐ Check Enclosed
  Please make check payable to:
  **Patti Blair court reporters p.c.**
There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA ☐ Mastercard

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card #                    -              Exp. Date

Daytime Phone
_____



(312) 782-8376
FAX (312) 782-8377

# PATTI BLAIR
# COURT REPORTERS, PC

REMIT TO:
Patti Blair court reporters p.c.
Suite 2501
105 West Adams
Chicago, Illinois 60603

ANGIE FUENTES
CORPORATION COUNSEL
30 NORTH LASALLE STREET
SUITE 1720
CHICAGO, IL  60602

## INVOICE

60384

| DATE | CLIENT | FILE |
|------|--------|------|
| 07/19/2010 | 801 | 07 C 2566 |

*POLICE* (handwritten)

Re: GIFAND, BARRY   CITY OF CHICAGO*GEORGE YAMIN
Assignment Date: June 14, 2010

ORIG TRANSCRIPT OF LEONARD BENEFICO

| | | | | |
|---|---|---|---|---|
| CITY DEPOSITION ORIG REG | 98.0 | Pages @ | 4.16 | 407.68 |
| DISKETTE-CITY | 1.0 | @ | 20.00 | 20.00 |

==========
Total Amount $  427.68
*10% City of Chicago Discount* (handwritten)   -42.76
Less Paid To Date $  0.00
Total due $  384.92

THANK YOU FOR YOUR CONFIDENCE IN OUR SERVICES.

*OK TO PAY* (handwritten)

*George J. Yamin, Jr.* (handwritten)

*8-18-10* (handwritten)

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 2 2 2010

Tax Number
36-3304432

## Please Make Checks Payable To:
## PATTI BLAIR Court Reporters, PC

Terms: Payable upon
receipt: 1.5% per month

**Method of Payment:**

☐ Check Enclosed
  Please make check payable to:
  **Patti Blair court reporters p.c.**
  There will be a $10.00 service fee applied to all credit card payments.

☐ Charge my credit card:
☐ VISA ☐ Mastercard

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)
_____

Credit Card # ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐      Exp. Date

Daytime Phone
_____

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

Job Date: 06/09/2010
Order Date: 06/09/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

| | |
|---|---|
| Invoice #: | 76047 |
| Inv.Date: | 08/13/2010 |
| Balance: | $263.24 |

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: Gilfand, Barry
vs
City of Chicago
Action #: 07 C 2566
Rep: ST
Cert:

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|
| 1 | Vladimir Tkach | Certified Transcript | 109 | $2.25 | $24.53 | $220.72 |
| 2 | | Condensed Transcript | 109 | $0.25 | $2.73 | $24.52 |
| 3 | | Transcript in e-Tran Format | 1.00 | $20.00 | $2.00 | $18.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

AUG 1 6 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $263.24 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $263.24 |
| Payment | $0.00 |
| Balance Due | $263.24 |

Federal Tax I.D.: 36-3368198          Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

| | |
|---|---|
| Invoice #: | 76047 |
| Inv.Date: | 08/13/2010 |
| Balance: | $263.24 |
| Job #: | 100609ST |
| Job Date: | 06/09/2010 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job Date: 06/21/2010
Order Date: 06/21/2010

DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 76059
**Inv.Date:** 08/13/2010
**Balance:** $108.00

---

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Gilfand, Barry
*vs*
**City of Chicago**

**Action #:** 07 C 2566
**Rep:** CML
**Cert:** 084-004631

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|----------|-------|------------|--------|
| | Kathy Broderick | Certified Transcript | 40 | $2.25 | $9.00 | $81.00 |
| | | Condensed Transcript | 40 | $0.25 | $1.00 | $9.00 |
| | | Transcript in e-Tran Format | 1.00 | $20.00 | $2.00 | $18.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

AUG 1 6 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

**Federal Tax I.D.:** 36-3368198

**Terms:** Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $108.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $108.00 |
| Payment | $0.00 |
| **Balance Due** | $108.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

**Invoice #:** 76059
**Inv.Date:** 08/13/2010
**Balance:** $108.00
**Job #:** 100621CML
**Job Date:** 06/21/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586     Fax: (312) 781-9228

Job Date: 06/18/2010
Order Date: 06/18/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

| | |
|---|---|
| Invoice #: | 76061 |
| Inv.Date: | 08/13/2010 |
| Balance: | $167.84 |

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Gilfand, Barry**
*vs*
**City of Chicago**
Action #: **07 C 2566**
Rep: **CML**
Cert: **084-004631**

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|
| 1 | Robert Young | Original Certified Transcript | 37 | $4.25 | $15.73 | $141.52 |
| 2 | | Condensed Transcript | 37 | $0.25 | $0.93 | $8.32 |
| 3 | | Transcript in e-Tran Format | 1.00 | $20.00 | $2.00 | $18.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

AUG 1 6 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $167.84 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $167.84 |
| Payment | $0.00 |
| **Balance Due** | $167.84 |

Federal Tax I.D.: 36-3368198     Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

| | |
|---|---|
| Invoice #: | 76061 |
| Inv.Date: | 08/13/2010 |
| Balance: | $167.84 |
| Job #: | 100618CML |
| Job Date: | 06/18/2010 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# Invoice

Order Date: 06/30/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Invoice #: 75713
Inv.Date: 07/16/2010
Balance: $283.49

**Bill To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Gilfand, Barry**
vs
**City of Chicago**
Action #: **07 C 2566**
Rep: **NDB**
Cert: **084-1660**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|------|-------------------|-------------|-------|----------|-------|-----------|--------|
| | Scott Betzelos, M.D. | Certified Transcript | Pages | 43 | $2.25 | $9.68 | $87.07 |
| | | Condensed Transcript | Pages | 43 | $0.25 | $1.08 | $9.67 |
| | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |
| | | Attendance OT (Hourly Ext) | Hours | 2.50 | $75.00 | $18.75 | $168.75 |

CITY OF CHICAGO
10% PRICE REDUCTION
(JULY 2010)
SPECIFICATION#45020 (2006)
CONTRACT #13957

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: JUL 2 2 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $283.49 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $283.49 |
| Payment | $0.00 |
| Balance Due | $283.49 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

OK
Police
07 C
2566

# Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

Invoice #: 75713
Inv.Date: 07/16/2010
Balance: $283.49
Job #: 100630NDB
Job Date: 06/30/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586     Fax: (312) 781-9228

| | |
|---|---|
| Job Date: | 05/27/2010 |
| Order Date: | 05/27/2010 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

## Invoice

| | |
|---|---|
| Invoice #: | 75514 |
| Inv.Date: | 06/28/2010 |
| Balance: | $470.40 |

**Bill To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

| | |
|---|---|
| Action: | Gilfand, Barry |
| | vs |
| | City of Chicago |
| Action #: | 07 C 2566 |
| Rep: | JMP |
| Cert: | 084-004197 |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Tod T. Miner, PT | Original Certified Transcript | Pages | 80 | $4.25 | $6.80 | $333.20 |
| 2 | | Condensed Transcript | Pages | 80 | $0.25 | $0.40 | $19.60 |
| 3 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $0.40 | $19.60 |
| 4 | | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $2.00 | $98.00 |

*OK police 07 C 2566*

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 3 0 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $470.40 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $470.40 |
| Payment | $0.00 |
| Balance Due | $470.40 |

Federal Tax I.D.: 36-3368198          Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

CITY OF CHICAGO
2% PRICE REDUCTION

Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

| | |
|---|---|
| Invoice #: | 75514 |
| Inv.Date: | 06/28/2010 |
| Balance: | $470.40 |
| Job #: | 100527JMP |
| Job Date: | 05/27/2010 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

**Invoice**

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

Job Date: 06/07/2010
Order Date: 06/07/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

Invoice #:    75597
Inv.Date:    06/30/2010
Balance:    $448.34

| Bill To: | Action: Gilfand, Barry |
|---|---|
| Mr. Jordan E. Marsh | vs |
| Mara S. Georges, Corporation Counsel | City of Chicago |
| Special Litigation Unit | Action #: 07 C 2566 |
| 30 N La Salle Street | Rep: NDB |
| Suite 1720 | Cert: 084-1660 |
| Chicago, IL 60603 | |

*OK Police 07 C 2566*

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| | Balakrishnan Natarajan, M.D. | Original Certified Transcript | Pages | 75 | $4.25 | $6.38 | $312.37 |
| | | Condensed Transcript | Pages | 75 | $0.25 | $0.38 | $18.37 |
| | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $0.40 | $19.60 |
| | | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $2.00 | $98.00 |

CITY OF CHICAGO
2% PRICE REDUCTION

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUL 08 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $448.34 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $448.34 |
| Payment | $0.00 |
| Balance Due | $448.34 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Invoice**

Bill To:
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Deliver To:
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Phone: (312) 781-9586
Fax: (312) 781-9228

* Urlaub Bowen & Associates, Inc.
   20 N. Clark Street
   Suite 1260
   Chicago, IL 60602

Invoice #: 75597
Inv.Date: 06/30/2010
Balance: $448.34
Job #: 100607NDB
Job Date: 06/07/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: **(312) 781-9586**    Fax: **(312) 781-9228**

Job #: 100723CCS
Order Date: 07/23/2010
Order Date: 07/23/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 76111 |
| **Inv.Date:** | 08/24/2010 |
| **Balance:** | $476.32 |

**Bill To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

| | |
|---|---|
| **Action** | Gilfand, Barry |
| | *vs* |
| | City of Chicago |
| **Action #:** | 07 C 2566 |
| **Rep:** | CCS |
| **Cert:** | 084-003543 |

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|
| | Marcia Slomowitz, M.D. | Original Certified Transcript | 101 | $4.25 | $42.93 | $386.32 |
| | | Attendance - 2 Hr Minimum | 1.00 | $100.00 | $10.00 | $90.00 |

*OK*
*07 C 2566*
*police*

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

SEP 0 1 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $476.32 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $476.32 |
| Payment | $0.00 |
| **Balance Due** | $476.32 |

Federal Tax I.D.: 36-3368198    Terms: *Net 30 Days @ 1.5%*

Please *KEEP THIS PART for YOUR RECORDS.*
Please *FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

| | |
|---|---|
| **Invoice #:** | 76111 |
| **Inv.Date:** | 08/24/2010 |
| **Balance:** | $476.32 |
| **Job #:** | 100723CCS |
| **Job Date:** | 07/23/2010 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: **(312) 781-9586**    Fax: **(312) 781-9228**

Job #: 100607CCS
Job Date: 06/07/2010
Order Date: 06/07/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 76113 |
| **Inv.Date:** | 08/24/2010 |
| **Balance:** | $191.24 |

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Gilfand, Barry
vs
City of Chicago
**Action #:** 07 C 2566
**Rep:** CCS
**Cert:** 084-003543

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|
| | Brian Kinney | Certified Transcript | 77 | $2.25 | $17.33 | $155.92 |
| | | Condensed Transcript | 77 | $0.25 | $1.93 | $17.32 |
| | | Transcript in e-Tran Format | 1.00 | $20.00 | $2.00 | $18.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

SEP 0 1 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $191.24 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $191.24 |
| Payment | $0.00 |
| **Balance Due** | $191.24 |

*Federal Tax I.D.:* 36-3368198      *Terms:* Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

**Invoice #:** 76113
**Inv.Date:** 08/24/2010
**Balance:** $191.24
**Job #:** 100607CCS
**Job Date:** 06/07/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

**Urlaub Bowen & Associates, Inc.**
**20 N. Clark Street**
**Suite 1260**
**Chicago, IL 60602**

Phone: **(312) 781-9586**
Fax: **(312) 781-9228**

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 101014KH2
Job Date: 10/14/2010
Order Date: 10/14/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| Invoice #: | 77063 |
|---|---|
| Inv.Date: | 11/16/2010 |
| Balance: | $333.67 |

**Bill To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Gilfand, Barry
vs
City of Chicago
**Action #:** 07 C 2566
**Rep:** KH
**Cert:** 084-004093

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|
| 1 | Jacob M. Morganstern, M.D., VOL II | Original Certified Transcript | 59 | $4.25 | $25.08 | $225.67 |
| 2 | | Transcript in e-Tran Format | 1.00 | $20.00 | $2.00 | $18.00 |
| 3 | | Attendance - 2 Hr Minimum | 1.00 | $100.00 | $10.00 | $90.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

DEC 0 6 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $333.67 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $333.67 |
| Payment | $0.00 |
| Balance Due | $333.67 |

Federal Tax I.D.: 36-3368198      Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

OK
PO GIE
07 C
2566

| Invoice #: | 77063 |
|---|---|
| Inv.Date: | 11/16/2010 |
| Balance: | $333.67 |
| Job #: | 101014KH2 |
| Job Date: | 10/14/2010 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
  Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 101112KMK
Job Date: 11/12/2010
Order Date: 11/12/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

**Invoice #:** 77098
**Inv.Date:** 11/17/2010
**Balance:** $1,351.26

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Gilfand, Barry**
vs
**City of Chicago**
Action #: **07 C 2566**
Rep: **KMK**
Cert:

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|
| | Dennis K. Waller | Original Certified Transcript | 26 | $5.80 | $15.08 | $135.72 |
| | | Transcript in e-Tran Format | 1.00 | $20.00 | $2.00 | $18.00 |
| | Dennis K. Waller - Confidential | Original Certified Transcript | 157 | $5.80 | $91.06 | $819.54 |
| | | Transcript in e-Tran Format | 1.00 | $20.00 | $2.00 | $18.00 |
| | | Attendance (Hourly Ext) | 8.00 | $50.00 | $40.00 | $360.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _Police_
4. Atty Signature: _Mary_
5. Date Approved: _12/1/10_
6. Law Dept. Division: _FCU_

DEC 0 6 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198          Terms: Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $1,351.26 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,351.26 |
| Payment | $0.00 |
| Balance Due | $1,351.26 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

**Invoice #:** 77098
**Inv.Date:** 11/17/2010
**Balance:** $1,351.26
**Job #:** 101112KMK
**Job Date:** 11/12/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

Phone: (312) 781-9586
Fax: (312) 781-9228

**Urlaub Bowen & Associates, Inc.**
20 N. Clark Street
Suite 1260
Chicago, IL 60602

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586     Fax: (312) 781-9228

Order Date: 09/15/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice #:** 76761
**Inv.Date:** 10/22/2010
**Balance:** $123.48

| Bill To: | Action: | Gilfand, Barry |
|---|---|---|
| Mr. Jordan E. Marsh | | vs |
| Mara S. Georges, Corporation Counsel | | **City of Chicago** |
| Special Litigation Unit | Action #: | 07 C 2566 |
| 30 N La Salle Street | Rep: | DMU |
| Suite 1720 | Cert: | 084-000993 |
| Chicago, IL 60603 | | |

| Item | Proceeding/Witness | Description | Quantity | Price | Disc.Amt. | Amount |
|---|---|---|---|---|---|---|
| | Ana Pina | Original Certified Transcript | 8 | $4.65 | $3.72 | $33.48 |
| | | Attendance - 2 Hr Minimum | 1.00 | $100.00 | $10.00 | $90.00 |

*OK*
*Police*
*07 C*
*2566*

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

OCT 2 7 2010

| Comments: | | | Sub Total | $123.48 |
|---|---|---|---|---|
| | | | Shipping | $0.00 |
| 225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity." | | | Tax | N/A |
| | | | **Total Invoice** | $123.48 |
| | | | Payment | $0.00 |
| Federal Tax I.D.: 36-3368198 | Terms: Net 30 Days @ 1.5% | | **Balance Due** | $123.48 |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

Bill To:
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Deliver To:
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Invoice #:** 76761
**Inv.Date:** 10/22/2010
**Balance:** $123.48
Job #: 100915DMU2
Job Date: 09/15/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Phone: (312) 781-9586
Fax: (312) 781-9228

**Urlaub Bowen & Associates, Inc.**
20 N. Clark Street
Suite 1260
Chicago, IL 60602

**Urlaub Bowen & Associates, Inc.**
20 N. Clark Street
Suite 1260
Chicago, IL 60602
  Phone: **(312) 781-9586**    Fax: **(312) 781-9228**

Job Date: 09/01/2010
Order Date: 09/01/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| Invoice #: | 76620 |
| Inv.Date: | 10/08/2010 |
| Balance: | $290.43 |

**Bill To:**
Mr.  Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Gilfand, Barry**
        vs
        **City of Chicago**
Action #: **07 C 2566**
Rep: **NDB**
Cert: **084-1660**

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|
| | Nathan N. Svingen, M.D. | Certified Transcript | 118 | $2.25 | $26.55 | $238.95 |
| | | Condensed Transcript | 118 | $0.25 | $2.95 | $26.55 |
| | | Exhibits - Legal | 22.00 | $0.35 | $0.77 | $6.93 |
| | | Transcript in e-Tran Format | 1.00 | $20.00 | $2.00 | $18.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

OK
Police
BYE BYE
07 C
2566

OCT 2 1 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $290.43 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $290.43 |
| Payment | $0.00 |
| Balance Due | $290.43 |

Federal Tax I.D.: 36-3368198          Terms: **Net 30 Days @ 1.5%**

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr.  Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr.  Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

| | |
|---|---|
| Invoice #: | 76620 |
| Inv.Date: | 10/08/2010 |
| Balance: | $290.43 |
| Job #: | 100901NDB |
| Job Date: | 09/01/2010 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

Phone: **(312) 781-9586**
Fax: **(312) 781-9228**

**Urlaub Bowen & Associates, Inc.**
20 N. Clark Street
Suite 1260
Chicago, IL 60602

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586     Fax: (312) 781-9228

Job #: 100526CML
Job Date: 05/26/2010
Order Date: 05/26/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 75378 |
| **Inv.Date:** | 06/14/2010 |
| **Balance:** | $537.28 |

---

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Gilfand
**vs**
**City of Chicago**
**Action #:** 07 C 2566
**Rep:** CML
**Cert:** 084-004631

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Erjan J. Fortson | Original Certified Transcript | Pages | 89 | $4.25 | $7.57 | $370.68 |
| 2 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $0.40 | $19.60 |
| 3 | | Attendance (Hourly Ext) | Hours | 3.00 | $50.00 | $3.00 | $147.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 2 4 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $537.28 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $537.28 |
| Payment | $0.00 |
| **Balance Due** | $537.28 |

**Federal Tax I.D.:** 36-3368198     **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

**Invoice #:** 75378
**Inv.Date:** 06/14/2010
**Balance:** $537.28
**Job #:** 100526CML
**Job Date:** 05/26/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 100607CCS
Job Date: 06/07/2010
Order Date: 06/07/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 75423
Inv.Date: 06/17/2010
Balance: $98.00

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: Gilfand
vs
City of Chicago
Action #: 07 C 2566
Rep: CCS
Cert: 084-003543

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| | Brian Kinney NO-WRITE | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $2.00 | $98.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

*OK Mott Police*

JUN 24 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $98.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $98.00 |
| Payment | $0.00 |
| Balance Due | $98.00 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Matthew A. Hurd
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Invoice #: 75423
Inv.Date: 06/17/2010
Balance: $98.00
Job #: 100607CCS
Job Date: 06/07/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Kathleen P. Lipinski, C.S.R., INC.
100 West Monroe Street, Suite 2200
Chicago, Illinois 60603
(708) 702-0938

--------------------------------------------------------------

March 28, 2012                          Invoice No. 2415


To:   Mr. Darwin Olortequi
      (Cprporation Counsel, City of Chicago)
      30 North LaSalle Street, Suite 900
      Chicago, Illinois, 60602

                                      *ACC*
                                      *Kevin Gallardo*

Description of services:

--------------------------------------------------------------

CASE NAME:  GILFAND vs. JEFFERSON TAP
CASE NO:  07 L 3665
DATE OF DEP:  2/08/8

ORDER:  E- TRAN AND PDF COPY OF ADAM MASTRUCCI

PAGES OF TRANSCRIPT:  97          1.Case Name: *Gilfand V. City*
                                 2.Case #: *07 C 2566*
E-TRAN:  1                        3.Client Dept.: *POLICE*
                                 4.Atty Signature: *[signature]*
REPORTER:  KPL                   5.Date Approved: *3/29/12*
                                 6.Law Dept. Division: *FCRL*


--------------------------------------------------------------

                              ***  TOTAL:  $292.20


PLEASE MAKE CHECK PAYABLE TO:  KATHLEEN P. LIPINSKI, C.S.R. INC.


Please remit one copy with payment and retain other copy for your
records.  Thank you for your business!


*** Late fees will be applied after 90 days AND PUT YOU A COD PAYMENT
    STATUS WITH OUR OFFICE ***

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586  Fax: (312) 781-9228

Job #: 090710AH
Job Date: 07/10/2009
Order Date: 07/10/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:


# Invoice

| | |
|---|---|
| **Invoice #:** | 82616 |
| **Inv.Date:** | 04/13/2012 |
| **Balance:** | $307.79 |

---

**Bill To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 900
Chicago, IL 60602

**Action:** Gilfand, Barry
*vs*
**City of Chicago**

**Action #:** 07 C 2566
**Rep:** AH
**Cert:** 084-004682

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | John P. Carroll | Certified Transcript | Pages | 115 | $2.55 | $29.33 | $263.92 |
| 2 | | Condensed Transcript | Pages | 115 | $0.25 | $2.88 | $25.87 |
| 3 | | Transcript in e-Tran Format | Disk | 1.00 | $20.00 | $2.00 | $18.00 |

1. Case Name: *Gilfand*
2. Case Number: *07 C 2566*
3. Client Dept: *CL*
4. Atty Signature: *(signature)*
5. Date Approved: *4/13/12*
6. Law Dept Division: *FCLD*

APR 17 2012

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

**Federal Tax I.D.:** 36-3368198    **Terms:** Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $307.79 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $307.79 |
| Payment | $0.00 |
| **Balance Due** | $307.79 |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 900
Chicago, IL 60602

**Deliver To:**
Mr. Jordan E. Marsh
Stephen R. Patton Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 900
Chicago, IL 60602


# Invoice

| | |
|---|---|
| **Invoice #:** | 82616 |
| **Inv.Date:** | 04/13/2012 |
| **Balance:** | $307.79 |
| **Job #:** | 090710AH |
| **Job Date:** | 07/10/2009 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

REMIT PAYMENT TO:
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

