**Integrated e Solutions, Inc.**
**224 N. Des Plaines, Suite 1 North**
**Chicago, IL 60661**
**312-441-0022 - Phone**
**312-441-0992 - Fax**
**FED ID # 27-0073885**



Integrated **e** Solutions

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2008 | 8851 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Matthew Hurd<br>Deputy Special Litigation Unit<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Terms | Rep | Project | Client Billing Reference |
|-------|-----|---------|--------------------------|
| Net 30 | RR | 0801-256 Gilfand | Gilfand |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|----------------|------|------------|----------------|-------------|------|--------|
| | 1/23/2008 | | 526 | B&W Imaging; | 0.12 | 63.12 |
| | 1/23/2008 | | 526 | OCR (Optical Character Recognition); | 0.04 | 21.04 |
| GILFAND_002 | 1/23/2008 | | 2 | CD/DVD Burn; | 25.00 | 50.00 |
| | | | | Bates Range:<br>GILFAND 01001 - GILFAND 01526 | | |

OK
MAH
Pouce

| THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC. | **Total** | $134.16 |
|------|------|------|

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
**224 N. Des Plaines, Suite 1 North**
**Chicago, IL 60661**
**312-441-0022 - Phone**
**312-441-0992 - Fax**
**FED ID # 27-0073885**



Integrated **e** Solutions

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2008 | 8950 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Matthew Hurd<br>Deputy Special Litigation Unit<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Terms | Rep | Project | Client Billing Reference |
|-------|-----|---------|--------------------------|
| Net 30 | RR | 0801-336 Gilfand | Gilfand |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| GILFAND_004 | 1/31/2008<br>1/31/2008<br>1/31/2008 | | 166<br>166<br>1 | B&W Imaging;<br>OCR (Optical Character Recognition);<br>CD/DVD Burn;<br><br>Bates Ranges:<br>GD000001 - GD000007<br>Gilfand01527 - Gilfand01683 | 0.12<br>0.04<br>25.00 | 19.92<br>6.64<br>25.00 |

| THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC. | **Total** | $51.56 |
|---|---|---|

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

# Invoice

**Integrated e Solutions, Inc.**
**224 N. Des Plaines, Suite 1 North**
**Chicago, IL 60661**
**312-441-0022 - Phone**
**312-441-0992 - Fax**
**FED ID # 27-0073885**


Integrated **e** Solutions

| Date | Invoice # |
|---|---|
| 2/27/2008 | 9209 |

**Bill To**

City of Chicago
Attn: Matthew Hurd
30 N. LaSalle St., Suite
Chicago, IL 60602

| Terms | Rep | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0802-251 Gilfand | 0802-251 Gilfand |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 2/22/2008 | | 368 | B&W Imaging | 0.12 | 44.16 |
| | 2/22/2008 | | 368 | OCR (Optical Character Recognition) | 0.04 | 14.72 |
| | 2/22/2008 | | 2 | CD/DVD Burn | 25.00 | 50.00 |
| | 2/22/2008 | | | Objective Coding Doc Type & Title | 0.00 | 0.00 |
| GILFAND_005 | | | | (No Charge) | | |
| | | | | Bates Range: | | |
| | | | | SUBPOENA000048 - | | |
| | | | | SUBPOENA000403 | | |

| | **Total** | **$108.88** |
|---|---|---|

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
**224 N. Des Plaines, Suite 1 North**
**Chicago, IL 60661**
**312-441-0022 - Phone**
**312-441-0992 - Fax**
**FED ID # 27-0073885**



Integrated **e** Solutions

# Invoice

| Date | Invoice # |
| --- | --- |
| 3/13/2008 | 9382 |

| Bill To |
| --- |
| City of Chicago<br>Attn: Matthew Hurd<br>Deputy Special Litigation Unit<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Terms | Rep | Project | Client Billing Reference |
| --- | --- | --- | --- |
| Net 30 | RR | 0803-123 Gilfand 07C2566 | Gilfand 07C2566 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | 3/11/2008 | | 164 | B&W Imaging; | 0.12 | 19.68 |
| | 3/11/2008 | | 164 | OCR (Optical Character Recognition); | 0.04 | 6.56 |
| | 3/11/2008 | | 2 | CD/DVD Burn; | 25.00 | 50.00 |
| | | | | Bates Ranges:<br>GILFAND01527 - GILFAND01535<br>SUBPOENA000422 -<br>SUBPOENA000576<br><br>Volume:<br>GILFAND_007 | | |

| THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC. | **Total** | $76.24 |
| --- | --- | --- |

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

# Invoice

**Integrated e Solutions, Inc.**
**224 N. Des Plaines, Suite 1 North**
**Chicago, IL 60661**
**312-441-0022 - Phone**
**312-441-0992 - Fax**
**FED ID # 27-0073885**



Integrated **e** Solutions

| Date | Invoice # |
|------|-----------|
| 3/11/2008 | 9347 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Matthew Hurd<br>Deputy Special Litigation Unit<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Terms | Rep | Project | Client Billing Reference |
|-------|-----|---------|--------------------------|
| Net 30 | RR | 0803-110 Gilfand 07C2566 | Gilfand 07C2566 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|----------------|------|------------|----------------|-------------|------|--------|
| | 3/10/2008 | | 6 | B&W Imaging; | 0.12 | 0.72 |
| | 3/10/2008 | | 6 | OCR (Optical Character Recognition); | 0.04 | 0.24 |
| | 3/10/2008 | | 2 | CD/DVD Burn; | 25.00 | 50.00 |
| | 3/10/2008 | | | Objective Coding - Doc Title & Doc Type (NO CHARGE); | 0.00 | 0.00 |
| | | | | Bates Range:<br>SUBPOENA000416 -<br>SUBPOENA000421 | | |
| | | | | Volume:<br>Gilfand_006 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total** $50.

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

083102251



**THERE MEDIA** INC.
2040 WEST CORTLAND STREET
CHICAGO ILLINOIS 60647-4502
TEL 312 421 **0400**

*Date:* **May 15, 2008**

INVOICE  TT080-35

ID NUMBER   **32-0092111**

*To:* Jordan Marsh
City of Chicago
Office of the Corporation Counsel
Special Litigation Unit
30 North LaSalle Street, Suite 1720
Chicago, IL 60602

*Final Payment* —sync and reformat security camera feed—
Gilfand v. City, 07 C 2566

1300.00

OK
police

08 3102449

# Countrywide®

COUNTRYWIDE HOME LOAN,
SUBPOENA GROUP
7105 CORPORATE DRIVE PTX B-455
PLANO, TX 75024
(972) 526- 1457
(972) 526-4110 FAX

May 21, 2008

*Via Federal Express*

RECEIVED

JUN 0 6 2008

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

Matthew Hurd,
30 N. LaSalle Street, Suite 1720,
Chicago   IL   60602

RE:  Adam Mastrucci   ; Loan No:  Employee File

Dear Sir/Madam:

I am writing on behalf of Countrywide Home Loans ("Countrywide") in response to the above referenced Subpoena. Enclosed please find copies of the following responsive to the above-referenced subpoena[1]:

☐ Loan Application          ☐ Note              ☐ Mortgage / Deed of Trust
☐ Current Customer Information  ☐ HUD-1             ☐ Copies of Payments
☐ Loan Payment History      ☐ Monthly Statements    ☐ Loan Servicing History
☐ Tax documents (W-2, 1099, etc.)  ☐ Verification of Mortgage  ☐ 1098
☐ Complete Loan File        ☐ Other: Employee File

Please be informed Countrywide incurred the following expenses in complying with the subpoena, and we request reimbursement accordingly:

| | |
|---|---|
| **Reproduction Expense** | **$3.50** |
| **Administrative Expense** | **$16.00** |
| **Fed Ex Shipping** | **$7.50** |
| **Total** | **$27.00** |

Please make your check in the amount of **$27.00** payable to **"Countrywide Home Loans, Inc. /Legal Department,"** and return it at your earliest convenience.  Please reference Countrywide's borrower name and loan number as listed above directly on the check; otherwise, you may not receive appropriate credit for your reimbursement payment. Countrywide Home Loans' federal tax identification number is 13-2631719.

Thank you for your prompt attention to this request.

Sincerely,

---
[1] *If documents requested are not provided, they are either non-responsive or out of our custody and control.*

**Integrated e Solutions, Inc.**
**224 N. Des Plaines, Suite 1 North**
**Chicago, IL 60661**
**312-441-0022 - Phone**
**312-441-0992 - Fax**
**FED ID # 27-0073885**



Integrated **e** Solutions

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/14/2008 | 8753 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Matthew Hurd<br>Deputy Special Litigation Unit<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Terms | Rep | Project | Client Billing Reference |
|-------|-----|---------|--------------------------|
| Net 30 | RR | 0801-089 Gilfand | Gilfand 07C2566 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|----------------|------|------------|----------------|-------------|------|--------|
| GILFAND_001 | 1/9/2008<br>1/9/2008<br>1/9/2008 | | 292<br>292<br>1 | B&W Imaging;<br>OCR (Optical Character Recognition);<br>CD/DVD Burn;<br><br>Bates Range:<br>GILFAND000001 - GILFAND000292 | 0.12<br>0.04<br>25.00 | 35.04<br>11.68<br>25.00 |

| THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC. | **Total** | $71.72 |
|---|---|---|

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
**224 N. Des Plaines, Suite 1 North**
**Chicago, IL 60661**
**312-441-0022 - Phone**
**312-441-0992 - Fax**
**FED ID # 27-0073885**



Integrated **e** Solutions

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/3/2008 | 9606 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Matthew Hurd<br>Deputy Special Litigation Unit<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Terms | Rep | Project | Client Billing Reference |
|-------|-----|---------|--------------------------|
| Net 30 | RR | 0804-007 Gilfand 07C2566 | Gilfand 07C2566 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|----------------|------|------------|----------------|-------------|------|--------|
| | 4/2/2008 | | 3 | B&W Imaging; | 0.12 | 0.36 |
| | 4/2/2008 | | 3 | OCR (Optical Character Recognition); | 0.04 | 0.12 |
| | 4/2/2008 | | 2 | CD/DVD Burn; | 25.00 | 50.00 |
| | | | | Bates Range:<br>SUBPOENA000577 -<br>SUBPOENA000579 | | |
| | | | | Volume:<br>GILFAND_008 | | |

| THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC. | **Total** | $50.48 |
|---|---|---|

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073885



Integrated **e** Solutions

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2008 | 10958 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite<br>Chicago, IL 60602 |

| Terms | Rep | Project | Client Billing Reference |
|-------|-----|---------|--------------------------|
| Net 30 | RR | 0807-250 Gilfand 07C2566 | Gilfand 07C2566 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 7/22/2008 | | 19 | B&W Imaging; | 0.12 | 2.28 |
| | 7/22/2008 | | 19 | OCR (Optical Character Recognition); | 0.04 | 0.76 |
| | 7/22/2008 | | 1 | Master CD Burn; | 25.00 | 25.00 |
| | | | | Bates Range:<br>GILFAND01684 -<br>GILFAND01702 | | |
| | | | | Volume:<br>Gilfand_009 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total** $28.04

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

# CITY OF CHICAGO
## DEPARTMENT OF LAW

**FORM M3**

### - Reimbursement Request Form -
### *(to be submitted to Administrative Services Division)*

**RECEIVED**

DEC 1 7 2008

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

DATE: 12/17/08

PURPOSE (check one):

☐ Photocopy Request

Daley Center: _____ pages @ $ _____ per page
Dirksen Federal Building: _____ pages @ $ _____ per page
Certified Copies: _____ pages @ $ _____ per page
Other Copies: _____ pages @ $ _____ per page

☑ Other Reimbursement (please explain):

Cell phone number (user search)

AMOUNT OF REQUEST: $ 19.90

PAYABLE TO: Matthew Hurd

AUTHORIZATION: *[signature]*

DIVISION: SLU

CASE# OR MATTER: Gilfand v. City  07 C 2566

CLIENT DEPARTMENT: LAW

## MANDATORY FOR REQUESTS OVER $20

ADDRESS: _____

CITY/ZIP CODE: _____

SOCIAL SECURITY #: _____

## TO BE COMPLETED BY ADMINISTRATIVE DIVISION:

RECEIVED BY: _____

Print    Reset

# CISION

1-800-621-0561
www.cision.com
TAX ID: 36-4011543

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 4/29/2009 | 3962204438 |

**Bill To:**

Darwin Olortegui
City of Chicago Law Department
30 North Lasalle, suite 1720
Chicago IL 60602
United States

**Ship To:**

Darwin Olortegui
City of Chicago Law Department
30 North Lasalle, suite 1720
Chicago IL 60602
United States

| Payment Due | Terms | Client Ref / PO# | Sales Order No. | Account Executive |
|---|---|---|---|---|
| 5/29/2009 | Net 30 | | Sales Order #S322760 | Thompson, Brandon |

| Shipping Method | Shipping Memo | Tracking No. |
|---|---|---|
| *Pick Up/Drop Off | | |

| Cision Item | Qty | Subject / Description | Market | Station | Program Title | Air Date | Time | TRT | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WFLD | Good Day Chicago | 4/29/2009 | 8:44 am | 03:20 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WGN | WGN Morning News | 4/29/2009 | 8:16 am | 00:22 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WLS | ABC7 News | 4/29/2009 | 6:42 am | 00:28 | 0.00 | 0.00 |
| License Fee | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WLS | ABC7 News | 4/29/2009 | 6:42 am | 00:28 | 20.00 | 20.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WMAQ | NBC 5 News | 4/29/2009 | 6:33 am | 00:24 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WBBM | CBS 2 News | 4/28/2009 | 10:06 pm | 00:27 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WFLD | The Ten | 4/28/2009 | 10:00 pm | 00:46 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WLS | ABC7 News | 4/28/2009 | 10:00 pm | 01:12 | 0.00 | 0.00 |
| License Fee | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WLS | ABC7 News | 4/28/2009 | 10:00 pm | 01:12 | 20.00 | 20.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WMAQ | NBC 5 News | 4/28/2009 | 10:00 pm | 02:55 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WFLD | FOX News at Nine | 4/28/2009 | 9:03 pm | 05:49 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WGN | WGN News at Nine | 4/28/2009 | 8:11 pm | 02:15 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WTTW | Chicago Tonight | 4/28/2009 | 7:02 pm | 00:20 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WLS | ABC7 News | 4/28/2009 | 6:04 pm | 02:59 | 0.00 | 0.00 |
| License Fee | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WLS | ABC7 News | 4/28/2009 | 6:04 pm | 02:59 | 20.00 | 20.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WBBM | CBS 2 News | 4/28/2009 | 5:00 pm | 01:52 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WMAQ | NBC 5 Chicago | 4/28/2009 | 5:00 pm | 02:14 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WSNS | Telemundo Chicago News | 4/28/2009 | 5:05 pm | 00:19 | 0.00 | 0.00 |
| City of Chicago Law Dept., DVD-150 | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WLS | ABC 7 News | 4/28/2009 | 4:33 pm | 03:23 | 0.00 | 0.00 |
| License Fee | 1 | Jefferson Tap verdict coverage | CH: Chicago. IL [3] | WLS | ABC 7 News | 4/28/2009 | 4:33 pm | 03:23 | 20.00 | 20.00 |

# CISION

# Invoice

1-800-621-0561
www.cision.com
TAX ID: 36-4011543

| Cision Item | Qty | Subject / Description | Market | Station | Program Title | Air Date | Time | TRT | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| | |
|---|---|
| Subtotal | 80.00 |
| Shipping Cost (*Pick Up/Drop Off) | 0.00 |
| Total | 80.00 |
| Amount Due | $80.00 |

**OUR REMITANCE ADDRESS HAS CHANGED. PLEASE SEND ALL PAYMENTS TO:
Cision US, Inc.
P.O. Box 98869
Chicago, IL 60693-8869

## Cision US, Inc.

Remittance Slip

| Amount Paid | Client | Invoice # |
|---|---|---|
| | City of Chicago Law Depar... | 3962204438 |

### Please Enter Your Credit Card Information

Type: ____ Discover ____ Master Card ____ Visa ____ AMEX
Credit Card #: _____
Expiration Date: _____ Month _____ Year
Signature: _____

### Make Checks Payable To

Cision US, Inc.
P.O. Box 98869
Chicago, IL
60693-8869

**Integrated e Solutions, Inc.**
**224 N. Des Plaines, Suite 1 North**
**Chicago, IL 60661**

**312-441-0022 - Phone**
**312-441-0992 - Fax**
**FED ID# 27-0073885**



# Invoice

| Date | Invoice # |
|------|-----------|
| 4/29/2009 | 13819 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite<br>Chicago, IL 60602 |

| Terms | Rep | Project | Client Billing Reference |
|-------|-----|---------|--------------------------|
| Net 30 | RR | 0904-290 Gilfand 07C2566 | Gilfand 07C2566 |

| Box No./CD... | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---------------|------|------------|----------------|-------------|------|--------|
| | 4/27/2009 | | 18 | OCR (Optical Character Recognition); | 0.03 | 0.54 |
| | 4/27/2009 | | 20 | eDiscovery File Conversion PDF to TIFF; | 0.04 | 0.80 |
| | 4/27/2009 | | 1 | Master CD Burn; | 25.00 | 25.00 |
| | | | | Bates Ranges:<br>GILFAND01727 - GILFAND01738<br>POWERS-CV00174 -<br>POWERS-CV000179<br><br>Volume:<br>GILFAND_010 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

| **Total** | **$26.34** |
|-----------|------------|

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

 **Landmark**
Legal Solutions

Chicago | Philadelphia | Washington D.C. | Dallas

*Rec'd by Dancin 5/6/09*

# Invoice

| Delivery Date | Invoice # |
|---|---|
| 4/30/2009 | 4236-09 |

200 West Adams, Suite 1700
Chicago, IL 60606
Ph. (312) 845-1000
Fax (312) 726-9027

| Bill To |
|---|
| City of Chicago
Office of Corp. Counsel
Matthew Hurd
30 N. Lasalle #1720
Chicago, Illinois 60602 |

| Billing Reference | Terms | Payment Due | Rep | Order Date | Delivery Time | Grade |
|---|---|---|---|---|---|---|
| 07 C 2566 (Gilfand) | Net 10 | 5/10/2009 | MTB | 4/30/2009 | 12:00 PM | C |

| Quantity | Description | Price | Total |
|---|---|---|---|
| 1,656 | Level C Black and White | 0.16 | 264.96 |

*DK MAH Police*

FEIN # 36-4446570

Accepted By:

| | Total | $264.96 |
|---|---|---|

Terms of payment are ten (10) days from the date of invoice. All delinquent accounts shall
bear interest at a rate of 1.5% per month (18% per annum), or the maximum legal rate of
interest, if less, commencing ten (10) days after the invoice date.

| | Balance Due | $264.96 |
|---|---|---|

- **Reimbursement Request Form -**
*(to be submitted to Administrative Services Division)*

DATE: 3-5-09

PURPOSE (check one):

☐ Photocopy Request

Daley Center: _____ pages @ $ _____ per page
Dirksen Federal Building: _____ pages @ $ _____ per page
Certified Copies: _____ pages @ $ _____ per page
Other Copies: _____ pages @ $ _____ per page

☐ Other Reimbursement (please explain):

taxi receipt

AMOUNT OF REQUEST: $ 7.00

PAYABLE TO: Matthew Hurd

AUTHORIZATION: _____ Barrett E. Rusen

DIVISION: SLU

CASE# OR MATTER: Gilfand v. City  07 C 2566

CLIENT DEPARTMENT: _____

**MANDATORY FOR REQUESTS OVER $20**

ADDRESS: _____

CITY/ZIP CODE: _____

SOCIAL SECURITY #: _____

**TO BE COMPLETED BY ADMINISTRATIVE DIVISION:**

RECEIVED BY: _____

 

**For Cab Service Call**
**1-800-TAXI-123**

- Flat rates to airports
- Corporate Accounts

**Most major credit cards accepted**

Date___3/3/09___Time_____

From_____

To_____

Cab No._____Driver_____

Cab Fare___7.00_____

Visit **CabMarket.com**
for all your taxi industry needs

TRIALVISION/DEPOVISION LTD.

July 1, 2009

Jordan Eric Marsh Esq.
Asst. Corp. Counsel, City of Chicago
30 N. LaSalle St., Ste 1720
Chicago, IL 60602

Re: Barry Gilfand, et al v City of Chicago, a municipal
corporation, et al

Witness: David S. Gilfand

Scheduled videotaped deposition on 6/26/09 at
30 N. LaSalle St. Chicago, IL.

Shipping:

|  | 383.00 |
|---|---|
|  | 0.00 |
| Total Due $ | 383.00 |

OK
police
07 C 2566

Please remit a copy of the bill with payment

INV.# 20826

77 W. WASHINGTON ST., SUITE 1110 • CHICAGO, ILLINOIS 60602 • (312) 332-4288 • FAX (312) 214-4618

 TRIALVISION/DEPOVISION LTD•

July 15, 2009

Jordan Eric Marsh Esq.
Asst. Corp. Counsel, City of Chicago
30 N. LaSalle St., Ste 1720
Chicago, IL 60602

Re: Barry Gilfand, et al v City of Chicago, a municipal
    corporation, et al

Witness: John P. Carroll

Scheduled videotaped deposition on 7/10/09 at
30 N. LaSalle St. Chicago, IL.

|  |  |  |
|---|---|---|
|  |  | 442.50 |
| Shipping: |  | 0.00 |
|  |  | ----------- |
|  | Total Due $ | 442.50 |

OK police 07C2566

Please remit a copy of the bill with payment          INV.#  20854

77 W. WASHINGTON ST., SUITE 1110 • CHICAGO, ILLINOIS 60602 • (312) 332-4288 • FAX (312) 214-4618

*id*

April 29, 2010

Dear Mr.Darwin

Based on our discussion, the costs for the deposition re: Mr. Gilfand will be $2000.00 for four hours of testimony from 11am to 3pm. It is my understanding that this will take place on June 3 at 30 North LaSalle street.

These services are billed per the attached pricing sheet. After you have received financial approval for these professional services from your agency, please send or fax us a copy of the approval so we may schedule the necessary activities as soon as possible.

Interaction Dynamics is a psychological consulting group serving a wide range of clientele since 1970 and incorporated in 1985. The principal is Robert (Uri) Heller, Ph.D., a clinical organizational psychologist with a staff of clinical psychologists, social workers and other professional staff members. The practice is specialized in *comprehensive psychological evaluations* and *psychotherapeutic treatment*. We also specialize in *family bonding and p-arenting attachment assessments* to assist agencies and the courts on parenting competencies and child placement issues. Our practice is considered to be a preferred provider by many managed care organizations due to our clinical efficiency and to outcomes which meets the highest standards in the industry.

Please let us know if there is anything we can do to expedite the process on behalf of your client.

Sincerely,

Robert M. Heller, Ph.D.
President, Licensed Clinical Psychologist
Illinois # 071-002999

*Gilfand v. City*
*07C 2566*

*Police*

**interaction dynamics** One east Superior Street 310          Chicago,Illinois 60611
**312 988 7792**          F:312 988 4040          idpsych@sbcglobal.net




**Balu Natarajan, M.D.S.C.**
*Sports Medicine*
711 W. North Avenue, Suite 202
Chicago, IL. 60610
312-616-7778
Fax: 312 276-4304

sportsmedicine@sbcglobal.net
www.chicagosportsmd.com

# INVOICE

May 19, 2010

To: Darwin, Attorney
   City of Chicago
   312-742-7046
   Fax: 312-744-8373

Re: Deposition of Dr. Balu Natarajan
   Tax ID Number:  76-0724607

Ref. Case No: 07C2566 (Gilfand vs. City of Chicago)
Date of Deposition:  Monday, June 7, 2010
Time:  8:00am-10:00am
Place of Deposition:  711 W. North Avenue, Suite 202
                      Chicago, IL. 60610
Dr. Natarajan's Fee per Hour:  $450.00
Estimated number of hours:  2
Total Fee for Deposition:  $900.00

If you have any questions, please feel free to call me.

Sincerely,
*Ruby Aquino*
Ruby Aquino
Office Manager



**NovaCare**
REHABILITATION

*a Select Medical company*

*Patient Focused, Quality Driven*

Friday, May 28, 2010

### Invoice for Deposition

90 minutes at $300.00 per hour

Total due: $450.00

Please make check payable to: Tod Miner

Tax ID: 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

Mail Check to:

Tod Miner
1932 N. Wilmot ave
Chicago, Il
60647

*Attention— Darrin*

*GilFund v. City*
*07C 2566*

*Matthew Award ₵a*

---



**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Special Litigation Unit
Suite 1720
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-8373 (FAX)
(312) 744-8677 (TTY)
www.cityofchicago.org

June 14, 2010

Ms. Angie Fuentes
City of Chicago
30 N. LaSalle
Suite 1720

**RE:** **Gilfand v. City of Chicago**
**Court No. 07 C 2566**
Attorney: Jordan Marsh

Dear Angie:

    I am requesting a $800.00 check for **Dr. J. M. Morgenstern 's** deposition in the above referenced case. The Doctor's Tax I.D. # number is 510595155. The Doctor's address: 2649 North Laramie, Chicago, IL 60639 312/237-1411. If you have further questions, please do not hesitate to call me.

***Please do NOT mail check directly to the Doctor***. Please give me a call to let me know when the check will be available for pick up.

Sincerely,

Darwin Olortegui
Supervising Paralegal
(312)742-7046

Client Dept.   Police

Attorney Signature _____





# Vendor

## Jackson, Christine

**Sent:** Friday, June 18, 2010 10:04 AM
**To:** Fuentes, Angelina
**Cc:** Olortegui, Darwin

*[handwritten notes]*

---

Angie,


Dr. Scott Betzelos is being deposed in *Gilfand v. City*, No. 07 C 2566 on **Wednesday, June 30th at 3 p.m.; the fee for his service is** $400.00 per hour; I do not know the length of time.


Name of Company for check is:

Diversified Medical Consultants FEIN # 36-4064805

Address:  5757 North Lincoln Avenue. Suite 27, Chicago, 60646

Phone:  773: 728-5133


Thanks, Angie.



Chris - 4-5113

I, Dr. Scott Yilk can render services for deposition and questioning in the amount of $500 per hour with a two-hour minimum. Payment is to be completed at the end of deposition. For every 1 minute over the 2 hour mark a new hour billing will be charged in the amount of $500 per hour. My Tax ID number is 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. Deposition will be held at Edward Hospital on a day to be determined and will be held in the emergency medicine conference room. Addresses is 801 S. Washington, Naperville Illinois. I can be reached at 312-402-0754 if any questions need to be answered. If possible I would like medical records faxed or FedEx to my current home address for my review prior to deposition. My home address is 28W673 Perkins Court, Naperville, IL 60564

Sincerely, Scott Yilk MD

Gilfand v. City
07 C 2566

MEMORANDUM

TO:        Angelina Fuentes
FROM:     Jordan Marsh
RE:        Gilfand v. Planey et al. 07 C 2566
DATE:     June 30, 2010

RECEIVED

JUN 3 0 2010

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

I am requesting a check for Dr. Marcia Slomowitz, 333 N. Michigan Avenue, Suite 1125, Chicago IL 60601. Dr. Slomowitz' Federal Tax ID is 36: 4386117. Check amount: $900. I need the check on or before July 16, 2010.

Thank you!

# WORKSTRATEGIES®
## Keeping America on the Job!

*Re: Dep of D. Michael Kelly*

Invoice #: 062910
Date: June 30, 2010
Account #: 420128331

**City of Chicago Law Department**
**Attn: Darwin Olortegui**
**30 North Lasalle Street, Suite 1720**
**Chicago, IL 60602**

*Gilfand v. City*

CASE #: 07C2566

*07C 2566*

**(312) 744-8373 fax**

| Date | Description | Hours | Rate | Total Due |
|------|-------------|-------|------|-----------|
| 29-Jun-10 | Deposition for Adam Mastrucci - Gilfand v. the City of Chicago | 2.5 | $ 300/hr | $       750.00 |

| | |
|---|---|
| Total Amount Due: | **$    750.00** |

*Please remit payment to:*
**RCI (WRS), Inc.**
**Attn: Terri Smith**
**400 Technology Drive, Suite 240**
**Canonsburg, PA 15317**

724.745.7788 ext 5203
717.412.9134 fax

Tax ID# 36-3879850

We will accept VISA, MasterCard and Discover. If you wish to pay your account with your credit card, please complete the following:

☐ VISA   ☐ MasterCard   ☐ Discover

Acct. No. ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Exp. Date ☐☐☐☐   Amt. ☐☐☐☐.☐☐

Signature_____

*Jordan Marsh*

*OK
police
07 c 2566*

## Provided by NovaCare Rehabilitation and Select Physical Therapy



**Innovative Litigation Solutions**

# Invoice

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Date | Invoice # |
|------|-----------|
| 4/16/2012 | 80011664 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Kevin Gallardo<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 4/13/2012 | 1204-155 | Gilfand 07C2566 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| OCR Conversion | 3,590 | 0.03 | 107.70 |
| PDF to TIFF Conversion | 3,590 | 0.03 | 107.70 |
| CD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Volume: | | | |
| GIL_041312 | | | |

| **Total** | $240.40 |
|-----------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $240.40 |



**Innovative Litigation Solutions**

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/6/2011 | 80009526 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 10/4/2011 | 1110-036 | Gilfand 07C2566 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 1,714 | 0.12 | 205.68 |
| OCR Conversion | 1,714 | 0.04 | 68.56 |
| CD Creation | 2 | 25.00 | 50.00 |
| | | | |
| Bates range: | | | |
| Various Ranges | | | |
| | | | |
| Volume: | | | |
| GILFAND_DEP_100411 | | | |

| | |
|---|---|
| **Total** | $324.24 |
| **Payments/Credits** | $-324.24 |
| **Balance Due** | $0.00 |



Innovative Litigation Solutions

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2010 | 80005283 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 10/28/2010 | 1010-396 | Gilfand 07C2566 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| OCR Conversion | 400 | 0.03 | 12.00 |
| PDF to TIFF Conversion | 400 | 0.03 | 12.00 |
| CD/DVD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Bates range: | | | |
| Gilfand03030 - Gilfand03428 | | | |
| | | | |
| Volume: | | | |
| GILFAND_016 | | | |

| Total | $49.00 |
|-------|--------|
| Payments/Credits | $-49.00 |
| Balance Due | $0.00 |



**Innovative Litigation Solutions**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/28/2010 | 80005241 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| City of Chicago<br>attn: Darwin Olortegui<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 10/28/2010 | 1010-395 | Gilfand 07C2566 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| OCR Conversion | 5,501 | 0.03 | 165.03 |
| PDF to TIFF Conversion | 5,501 | 0.03 | 165.03 |
| CD/DVD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Bates range: | | | |
| Various Exhibits | | | |
| | | | |
| Volume: | | | |
| GARCIA EX_001 | | | |

| **Total** | $355.06 |
|-----------|---------|
| **Payments/Credits** | $-355.06 |
| **Balance Due** | $0.00 |



Innovative Litigation Solutions

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/14/2010 | 80005060 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 10/8/2010 | 1010-092 | Gilfand 07C2566 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 1,228 | 0.12 | 147.36 |
| OCR Conversion | 1,228 | 0.03 | 36.84 |
| CD/DVD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Bates range: | | | |
| PL05000 - PL06917 w/gaps | | | |
| | | | |
| Volume: | | | |
| PL_001 | | | |

| | |
|---|---|
| **Total** | $209.20 |
| **Payments/Credits** | $-209.20 |
| **Balance Due** | $0.00 |



**Innovative Litigation Solutions**

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2010 | 80004553 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 8/31/2010 | 1008-382 | Gilfand 06C2566 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| OCR Conversion | 68 | 0.03 | 2.04 |
| PDF to TIFF Conversion | 68 | 0.03 | 2.04 |
| CD/DVD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Bates range: | | | |
| Gilfand02962 - Gilfand03029 | | | |
| | | | |
| Volume: | | | |
| GILFAND_015 | | | |

| | |
|------|------|
| **Total** | $29.08 |
| **Payments/Credits** | $-29.08 |
| **Balance Due** | $0.00 |



Innovative Litigation Solutions

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/10/2010 | 80003181 |

**Bill To**

City of Chicago
Attn: Darwin Olortegui
30 N. LaSalle St., Suite 1720
Chicago, IL 60602

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | | 5/4/2010 | 1005-040 | Gilfand 07C2566 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 5,430 | 0.12 | 651.60 |
| OCR Conversion | 5,430 | 0.03 | 162.90 |
| CD/DVD Creation | 2 | 25.00 | 50.00 |
| CD/DVD Duplication | 1 | 10.00 | 10.00 |
| | | | |
| Bates range: | | | |
| CR05671 - CR11100 | | | |
| | | | |
| Volume: | | | |
| GILFAND_014 | | | |

| Total | $874.50 |
|-------|---------|
| **Payments/Credits** | $-874.50 |
| **Balance Due** | $0.00 |



**Innovative Litigation Solutions**

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2010 | 80003073 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | | 4/29/2010 | 1004-387 | Gilfand 07C2566 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| OCR Conversion | 14 | 0.03 | 0.42 |
| PDF to TIFF Conversion | 14 | 0.03 | 0.42 |
| CD/DVD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Bates range: | | | |
| GILFAND002394 - 002407 | | | |
| | | | |
| Volume: | | | |
| GILFAND_013 | | | |

| | |
|---|---|
| **Total** | $25.84 |
| **Payments/Credits** | $-25.84 |
| **Balance Due** | $0.00 |



**Altep**

Innovative Litigation Solutions

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/27/2010 | 80003000 |

**Bill To**

City of Chicago
Attn: Darwin Olortegui
30 N. LaSalle St., Suite 1720
Chicago, IL 60602

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | | 4/22/2010 | 1004-297 | Gilfand 0762566 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 8,027 | 0.12 | 963.24 |
| OCR Conversion | 8,027 | 0.03 | 240.81 |
| CD/DVD Creation | 2 | 25.00 | 50.00 |
| CD/DVD Duplication | 1 | 15.00 | 15.00 |
| | | | |
| Bates range: | | | |
| CR00001 - CR14038 w/gaps | | | |
| | | | |
| Volume: | | | |
| GILFAND_012 | | | |

| | |
|---|---|
| **Total** | $1,269.05 |
| **Payments/Credits** | $-1,269.05 |
| **Balance Due** | $0.00 |



**Innovative Litigation Solutions**

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/15/2010 | 80001956 |

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 2/12/2010 | 1002-186 | Gilfand 07C2566 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| OCR Conversion | 46 | 0.03 | 1.38 |
| PDF to TIFF Conversion | 46 | 0.03 | 1.38 |
| CD/DVD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Bates range: | | | |
| GILFAND023489 - GILFAND02393 | | | |
| | | | |
| Volume: | | | |
| GILFAND_011 | | | |

| Total | $27.76 |
|-------|--------|
| Payments/Credits | $-27.76 |
| Balance Due | $0.00 |

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 311 WACKER

**Any Inquiries Call:** 312-386-2200

City Of Chicago
30 N. LaSalle
Suite 1720
Chicago, IL 60606
**Attn:** Georgia Beloso

**Invoice #:** 1083272
**Invoice Date:** 30-JUN-10
**Merrill Order #:** 002-1405156
**Client Matter #:** Dennis Waller Deps
**Date Received:** 28-JUN-10
**Salesperson:** K. Ryan

**Terms:** Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|-----------|-------|
| | **Dennis Waller Deps** | | |
| 3220 | Blowbacks with Separators-STD | $.10 | $322.00 |
| | | | |
| | **Subtotal:** | | $322.00 |
| | **Messenger and Freight:** | | $.00 |
| | **Postage and Handling:** | | $.00 |
| | **Tax:** | | $.00 |
| | **Total Invoice:** | | $322.00 |

*6(UFXOD 07 c 2566*
*Matth...*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page 1 of 1

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 311 WACKER

**Any Inquiries Call:** 312-386-2200

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60606 US
**Attn:** Darwin Olortegui

*GilFand*
*Yamin*

| | |
|---|---|
| **Invoice #:** | 1047601 |
| **Invoice Date:** | 31-MAR-10 |
| **Merrill Order #:** | 002-1388118 |
| **Client Matter #:** | 07 C 2566 |
| **Date Received:** | 25-MAR-10 |
| **Salesperson:** | K. Ryan |

**Terms:** Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 6428 | Black & White Copies, Light *Police* | $.11 | $707.08 |
| 545 | Label, Bates | $.05 | $27.25 |

*OK TO PAY*
*George J. Yamin, Jr.*
*5-15-10*

| | |
|---|---|
| **Subtotal:** | $734.33 |
| **Messenger and Freight:** | $.00 |
| **Postage and Handling:** | $.00 |
| **Tax:** | $.00 |
| **Total Invoice:** | $734.33 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
**MERRILL COMMUNICATIONS LLC**
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007274

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 311 WACKER

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602 US
**Attn** George Yamin

**Any Inquiries Call:** 312-386-2200

| | |
|---|---|
| **Invoice #:** | 1043340 |
| **Invoice Date:** | 24-MAR-10 |
| **Merrill Order #:** | 002-1383124 |
| **Client Matter #:** | 07 C 2566 |
| **Date Received:** | 25-FEB-10 |
| **Salesperson:** | K. Ryan |

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Re: Gilfand v. City** | | |
| 5224 | Black & White Copies, Medium | $.12 | $626.88 |
| 446 | Color Copies, 8.5 x 11 | $.95 | $423.70 |
| 5670 | Label, Bates - CR00001 - CR05670 | $.05 | $283.50 |
| 5670 | Label, Confidential | $.05 | $283.50 |

*[handwritten: OK to Pay, George J. Yamin, 5-15-10]*

| | |
|---|---|
| **Subtotal:** | **$1,617.58** |
| **Messenger and Freight:** | $.00 |
| **Postage and Handling:** | $.00 |
| **Tax:** | $.00 |
| **Total Invoice:** | $1,617.58 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page 1 of 1

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 311 WACKER

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602
Attn: Georgia Beloso

| | |
|---|---|
| **Any Inquiries Call:** | 312-386-2200 |
| **Invoice #:** | 1071267 |
| **Invoice Date:** | 28-MAY-10 |
| **Merrill Order #:** | 002-1399756 |
| **Client Matter #:** | 07 C 2566 |
| **Date Received:** | 25-MAY-10 |
| **Salesperson:** | K. Ryan |

**Terms:** Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Gilfand v. City of Chicago | | |
| 530 | Label, Bates | $.05 | $26.50 |
| 530 | Label, Confidential | $.05 | $26.50 |
| 530 | Litigation, Heavy | $.12 | $63.60 |
| | **Subtotal:** | | **$116.60** |
| | **Messenger and Freight:** | | **$.00** |
| | **Postage and Handling:** | | **$.00** |
| | **Tax:** | | **$.00** |
| | **Total Invoice:** | | **$116.60** |

*OK MAL.*
*Pouce*
*6/10/10*
*07 C 2566*
*GILFAND v CITY*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
**MERRILL COMMUNICATIONS LLC**
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page 1 of 1

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 311 WACKER

**Any Inquiries Call:** 312-386-2200

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602
**Attn:** George Yamin

| | |
|---|---|
| **Invoice #:** | 1071326 |
| **Invoice Date:** | 28-MAY-10 |
| **Merrill Order #:** | 002-1399366 |
| **Client Matter #:** | 07 C 2566 |
| **Date Received:** | 24-MAY-10 |
| **Salesperson:** | K. Ryan |

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Gilfand v. City** | | |
| 1849 | Black & White Copies, Medium | $.11 | $203.39 |
| 1849 | Label, Bates | $.05 | $92.45 |
| 7396 | Litigation, Medium | $.11 | $813.56 |
| | Subtotal: | | $1,109.40 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $.00 |
| | Total Invoice: | | $1,109.40 |

*OK TO PAY*
*George J. Yamin, Jr.*
*7-19-10*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
  MERRILL COMMUNICATIONS LLC
  CM-9638
  ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 311 WACKER

Any Inquiries Call: **312-386-2200**

City Of Chicago
30 N. LaSalle
Floor 16
Chicago, IL 60606 US
Attn: Darwin Olortegui

Invoice #: **1054917**
Invoice Date: **30-APR-10**
Merrill Order #: **002-1391393**
Client Matter #: **07 C 2566**
Date Received: **09-APR-10**
Salesperson: **K. Ryan**

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Re: Gilfand v. City | | |
| 8319 | B/W Copies, Medium | $.11 | $915.09 |
| 49 | Color Copies, 8.5 x 11 | $.95 | $46.55 |
| 8368 | Label, Bates - CR05671 - CR14038 | $.05 | $418.40 |
| 8368 | Label, Confidential | $.05 | $418.40 |
| 8368 | Redaction, Manual | $.05 | $418.40 |
| | Subtotal: | | $2,216.84 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $.00 |
| | Total Invoice: | | $2,216.84 |

*ACC Yamin*

*Police*

*OK to Pay George J. Yamin, Jr. 5-15-10*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page 1 of 1

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/25/2010 | 40739 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Matt Hader

CASE INFO
Barry Gilfand
vs.
City of Chicago, et al.
07 C 2566

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 360.00 |
| | |
| 2 Subpoenas | |
| 1. Mark Crossman | |
| 2. Nicholas Michelin | |
| Calls at addresses given in Indianapolis & Crown Point, IN | |
| FedEx. | |

1. Case Name: *Gilfand*
2. Case Number: *07C2566*
3. Client Dept: *CPD*
4. Atty Signature: *maria au*
5. Date Approved: *6/4/10*
6. Law Dept. Division: *FCRLVS*

**JUN 0 1 2010**

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**   $360.00


**Location:** DMS-CHICAGO 311 WACKER

**Any Inquiries Call: 800-688-4400**

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602
Attn: George Yamin

**Invoice #:** 1100196
**Invoice Date:** 02-SEP-10
**Merrill Order #:** 002-1411777
**Client Matter #:** 07 C 2566
**Date Received:** 09-AUG-10
**Salesperson:** K Ryan

*POHO*

**Terms:** Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|------------|-------|
| | **Guilford v. City** | | |
| 5676 | Black & White Copies, Heavy. | $.12 | $681.12 |

| | |
|---|---|
| **Subtotal:** | **$681.12** |
| **Messenger and Freight:** | **$.00** |
| **Postage and Handling:** | **$.00** |
| **Tax:** | **$.00** |
| **Total Invoice:** | **$681.12** |

*OK TO PAY*
*George J. Yamin, Jr.*
*9-16-10*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:

MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# WORKSTRATEGIES®
## Keeping America on the Job!

*Re: Dep of D. Michael Kelly*

| | |
|---|---|
| Invoice #: | 062910 |
| Date: | June 30, 2010 |
| Account #: | 420128331 |

**City of Chicago Law Department**
**Attn: Darwin Olortequi**
30 North Lasalle Street, Suite 1720
Chicago, IL  60602

*Gilfand v. City*

**CASE #: 07C2566**

(312) 744-8373 fax

*07C 2566*

| Date | Description | Hours | Rate | Total Due |
|---|---|---|---|---|
| 29-Jun-10 | Deposition for Adam Mastrucci – Gilfand v. the City of Chicago | 2.5 | $ 300/hr | $   750.00 |

| | |
|---|---|
| **Total Amount Due:** | **$   750.00** |

*Please remit payment to:*

**RCI (WRS), Inc.**
**Attn: Terri Smith**
**400 Technology Drive, Suite 240**
**Canonsburg, PA 15317**

724.745.7788 ext 5203
717.412.9134 fax

Tax ID# 36-3879850

We will accept VISA, MasterCard and Discover. If you wish to pay your account with your credit card, please complete the following:

☐ VISA    ☐ MasterCard    ☐ Discover

Acct. No.  ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Exp. Date ☐☐ ☐☐   Amt. ☐☐☐☐.☐☐

Signature _____

*Jordan Marsh*

*OK police 07 C 2566*

## Provided by NovaCare Rehabilitation and Select Physical Therapy

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 101001DMU
Job Date: 10/01/2010
Order Date: 10/01/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 77097
Inv.Date: 11/17/2010
Balance: $41.76

**Bill To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

*Action:* **Gilfand, Barry**
vs
**City of Chicago**
*Action #:* **07 C 2566**
*Rep:* **DMU**
*Cert:* **084-000993**

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|----------|-------|------------|--------|
| | Nicole Mayoski, (statement) | Original Certified Transcript | 8 | $5.80 | $4.64 | $41.76 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

DEC 0 6 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $41.76 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $41.76 |
| Payment | $0.00 |
| **Balance Due** | $41.76 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

OK police
07C
2566

**Bill To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Jordan E. Marsh
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Invoice #: 77097
Inv.Date: 11/17/2010
Balance: $41.76
Job #: 101001DMU
Job Date: 10/01/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# INVOICE



**CONNOR+ASSOCIATES**
1650 One American Square
Indianapolis, IN 46282
317-236 6022
317 236 6015(f)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24685 | 6/18/2010 | 21291 |

| Job Date | Case No. |
|---|---|
| 6/16/2010 | |

| Case Name |
|---|
| Gifand vs. City of Chicago |

| Payment Terms |
|---|
| Due upon receipt |

Bill Huron
Urlaub Bowen & Associates
20 North Clark Street
Suite 1200
Chicago, IL 60602

REPORTING TIME FOR THE DEPOSITIONS OF:
   Dorain Swain and Mark Crossman-Not transcribed
   Not Transcribed

| | | | |
|---|---|---|---|
| 3.00 | @ | 95.00 | 285.00 |
| | **TOTAL DUE >>>** | | **$285.00** |

*[handwritten: PAID 6/28/10 UBA $285⁰⁰]*

*[handwritten: PU MPM RW]*

*[handwritten: Angie, We set it up so they wouldn't C.O.D. The city  BM]*

**Tax ID:** 35-1349523

*Please detach bottom portion and return with payment.*

Bill Huron
Urlaub Bowen & Associates
20 North Clark Street
Suite 1200
Chicago, IL 60602

Job No.    : 21291          BU ID      : 1-MAIN
Case No.   :
Case Name  : Gifand vs. City of Chicago

Invoice No.  : 24685          Invoice Date : 6/18/2010
**Total Due  : $ 285.00**

Remit To:  **Connor+Associates**
           **1650 One American Square**
           **Box 82020**
           **Indianapolis, IN 46282**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# JEFFREY J. NOBLE
### 3 VIA LIEBRE, RANCHO SANTA MARGARITA, CA 92688

*Police*

November 19, 2010

George J. Yamin, Jr.
City of Chicago
Department of Law
30 N. LaSalle Street, Suite #1720
Chicago, Ill. 60602

Re:     Gilfand v. City of Chicago

*OK to pay*
*George J. Yamin, Jr.*
*3-1-11*

Dear Mr. Yamin:

Please accept this invoice for expert witness services in the matter of *Gilfand v. City of Chicago*. This billing statement is from October 17, 2010 to November 19, 2010.

I have completed my report and it is enclosed.

**Fees:**     **$6,187.50**

Please send payment to:

Jeff Noble
3 Via Liebre
Rancho Santa Margarita, CA 92688

**TAXPAYER ID:**     **26-3001039**

I appreciate the opportunity to work with you on this matter and look forward to working with you in the future.

Sincerely,

JEFF NOBLE

**Gilfand v. City of Chicago**
Fees for Services
Jeffrey J. Noble

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 10/22/2010 | Review CRs | 6.5 |
| 10/23/2010 | Review CRs | 7 |
| 10/24/2010 | Review CRs | 5.5 |
| 10/25/2010 | Review deposition of Dennis Waller in the Garcia matter | 1 |
| 11/4/2010 | Conference call Matt Hurd | 0.5 |
| 11/17/2010 | Review Waller deposition in Gilfand | 1.5 |
| 11/18/2010 | Prepare report | 5.5 |

Hours 27.5
Fees $225/hr $6,187.50

**Richard McCleary, PhD**
**28061 Modjeska Grade Road**
**Silverado, CA 92676**

(949) 824-7280      Voice
(949) 285-7620      Cell
mccleary@uci.edu

George Yamin
Deputy Corporation Counsel
Special Litigation Unit
Chicago, IL 60602

October 23rd, 2011

Re:   *Barry Gilfand, et al. v. Sgt. Jeffery Planey et al.*



Dear Mr. Yamin:

This letter is a bill for time and expenses working in *Barry Gilfand, et al. v. Sgt. Jeffery Planey et al.* (U.S. District Court, Northern District of Illinois, Case No. 07 C 2566). This bill covers the period from November 23rd, 2010 through October 23rd, 2011 and does not include the three hours of deposition time that are to paid by Plaintiff. During this period, I spent a three hours working on this case, detailed as

| | | |
|---|---|---|
| Jan 20th | Deposition preparation | 1.00 hrs. |
| Feb 7th | Review, correct, return deposition transcript | 2.00 hrs. |
| | (Total) | 3.00 hrs. |

The billed hours are rounded down to the quarter-hour and are charged at my standard rate for governments of $350 per hour. This rate is discounted from $450 per hour for payment within 30 days of billing. Please remit a check for $1,050.00 to the address listed above. Should you need to discuss this bill, please phone me at 949-285-7620.

Sincerely,

Richard McCleary, Ph.D.

*OK to Pay*
*George J. Yamin, Jr.*
*10-24-11*

**Richard McCleary, PhD**
**28061 Modjeska Grade Road**
**Silverado, CA 92676**

(949) 824-7280       **Voice**
(949) 285-7620       **Cell**
mccleary@uci.edu

Matthew Hurd
Deputy Corporation Counsel
Special Litigation Unit
Chicago, IL 60602

November 22nd, 2010

Re:   *Barry Gilfand, et al. v. Sgt. Jeffery Planey et al.*

Dear Mr. Hurd:

This letter is a bill for time and expenses working in *Barry Gilfand, et al. v. Sgt. Jeffery Planey et al.* (U.S. District Court, Northern District of Illinois, Case No. 07 C 2566). This bill covers the period from November 1st, 2010 through November 22nd, 2010. During this period, I spent a total of sixteen hours working on this case. These hours are detailed as

| | | |
|---|---|---|
| Nov 6th | Bibliographic search, review | 4.00 hrs. |
| Nov 7th | Bibliographic search, review | 4.00 hrs. |
| Nov 13th | Write reports | 4.00 hrs. |
| Nov 14th | Write reports | 4.00 hrs. |
| | (Total) | 16.00 hrs. |

The billed hours are rounded down to the quarter-hour and are charged at my standard rate for governments of $350 per hour. This rate is discounted from $450 per hour for payment within 30 days of billing. Please remit a check for $5,600.00 to the address listed above. Should you need to discuss this bill, please phone me at 949-285-7620.

Sincerely,

Richard McCleary, Ph.D.

# JEFFREY J. NOBLE
## 3 VIA LIEBRE, RANCHO SANTA MARGARITA, CA 92688

October 16, 2010

George J. Yamin, Jr.
City of Chicago
Department of Law
30 N. LaSalle Street, Suite #1720
Chicago, Ill. 60602

Re:     Gilfand v. City of Chicago

Dear Mr. Yamin:

Please accept this invoice for expert witness services in the matter of *Gilfand v. City of Chicago*. This billing statement is current as of October 16, 2010. I have received the additional materials that include Mr. Waller's report in the *Garcia* matter and the additional CRs. I have not yet had the opportunity to review those items and his billing statement does not include that material.

**Fees:**      **$10,406.25**

Please send payment to:

Jeff Noble
3 Via Liebre
Rancho Santa Margarita, CA 92688

**TAXPAYER ID:**     **26-3001039**

I appreciate the opportunity to work with you on this matter and look forward to working with you in the future.

Sincerely,

JEFF NOBLE

Memorandum

From:     Jordan Marsh
To:       Angie Fuentes
RE:       Gilfand v. Planey et al. 07 C 2566
Date:     October 14, 2010

**RECEIVED**

OCT 1 4 2010

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

    Angie, can you please order a check for Dr. Jacob Michael Morgenstern for eight hundred dollars ($800) for the second hour of his deposition which took place today? You can have it mailed to the address on file.

Thanks!

OK
police

V# 10022909 A
GOLD COAST ORTHOPAEDICS
2649 NORTH LARAMIE
CHICAGO, IL 60639

# WALLER & ASSOCIATES, LLC

14665 W. Lisbon Road, Suite 2F
Brookfield, Wisconsin 53005
(262) 782-5515 • Fax (262) 782-5521

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/16/2010 | Gilfand |

**BILL TO**

Attorney Amanda C. Antholt
Smith, Johnson & Antholt, LLC
112 S. Sangamon Street
3rd Floor
Chicago, IL 60607



*POLICE*

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Re: Gilfand v. City of Chicago, et al. | |
| c/o Attorney Amanda Antholt for City of Chicago | |
| Deposition fee for Dennis Waller | 2,000.00 |
| Estimated 4 hours of travel time - to/from Milwaukee/Chicago | 800.00 |
| Miscellaneous expenses - parking, train fare, taxi | 100.00 |

*OK TO PAY*
*George J. Yamin, Jr.*
*8-16-10*

Waller & Associates, LLC
Federal Tax #39-2002184

| **Total** | $2,900.00 |

SERVICE PROVIDED BY:
**Professor Mark D. Rosen**

# SERVICE INVOICE

Please send invoice to:
Professor Mark D. Rosen
Chicago-Kent College of Law
565 West Adams Street
Chicago, Illinois 60661

| | |
|---|---|
| **INVOICE NUMBER:** | 1 |
| **TAX NUMBER:** | 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 |
| **JOB DESCRIPTION:** | Legal Consulting |
| **DATE:** | AUGUST 5, 2010 |

**BILL TO:**
George Yamin, Jr.
City of Chicago
30 N. LaSalle St.
 Suite 1720
 Chicago, Illinois 60602


*Paid*

| DATE | SERVICE DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| July 2010 | Reviewing Second Amended Complaint in Gilfand; Monell and Harris analysis; analyzing delegation theory; researching deliberate indifference case law; considering deliberate indifference doctrine's applicability to inaction on part of municipal councils; considering distinction between discretionary/legislative judgment and executive/ministerial action; considering what is question of law amenable to motions to dismiss or SJ versus questions for factfinder; multiple telephone conferences with GY to learn about case and discuss various legal theories | 15.5 | $485.00 | $7,517.50 |

**MAKE CHECKS PAYABLE TO:**
**Professor Mark D. Rosen**

*OK TO PAY*
*George J. Yamin, Jr.*
*8-9-10*

| | |
|---|---|
| **TOTAL DUE** | **$7,517.50** |

# RAVI BADLANI MD SC

312 OTTAWA LANE
OAK BROOK, IL 60523
(773)883-3953

7/29/2010

| Patient: | ADAM MASTRUCCI |
| | 2219 N CLEVLAND |
| | CHICAGO, IL 60614 |
| Chart #: | MASAD000 |
| Case #: | 8437 |

**Instructions:**
Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Units | Charge |
|------|-------------|-----------|-------|--------|
| 6/22/2010 | HOURLY BILLING CHARGES FOR | DEPOSITIO | 2 | 900.00 |

7/30/10

GilFand v. City

07C 2566

Police

Matthew Hord

*Matthew Hord P.O.* (signature)

**Provider Information**

| Provider Name: | RAVI BADLANI |
| License: | 036095133 |
| SSN or EIN: | 200463547 |

| | |
|---|---|
| Total Charges: | $900.00 |
| Total Payments: | $0.00 |
| Total Adjustments: | $0.00 |
| **Total Due This Visit:** | **$900.00** |

Assign and Release: I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim

Patient Signature: _____     Date: _____