U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352  Fax (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 571470 | 05/06/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362979-018 | 03/17/2009 | 07 C 2566 |
| **CASE CAPTION** | | |
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |
| **RECORDS PERTAINING TO** | | |
| Barry Gilfand | | |
| SSN : ***-**-**** | | DOB : **/**/****02/21/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

**RECORDS FROM**

ATT MIDWEST   CUSTODIAN OF RECORDS (Phone records)
C/O ATT SERVICE SUBPOENA CENTER 208 S. AKARD ST., 10TH FLOOR DALLAS, TX 75202

1 SET OF Phone records RECORDS OF :
   Barry Gilfand
               CD                                          25.00
               Report                                      20.00
               Service                                     18.00
               Subpoena Fee                                20.00

                              TOTAL   DUE  >>>>            83.00

FILE POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAY 0 8 2009

*Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.*

TAX ID NO. : 36-2639296      YOUR REF : Police           (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 571470
Date        : 05/06/2009
**TOTAL DUE** : $     83.00

Order No.  : 01-362979-018
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

# U.S. LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 572060 | 05/09/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-009 | 03/17/2009 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Barry Gilfand
SSN : \*\*\*-\*\*-\*\*\*\*   DOB : \*\*/\*\*/\*\*\*\*02/21/1'

**RECORDS FROM**

JP MORGAN CHASE BANK N.A. NATIONAL SUBPOENA PROCESSING CUSTODIAN OF RECORDS (Bank Records)
7610 W. WASHINGTON ST. MAILCODE IN1-4054 INDIANAPOLIS, IN 46231

1 SET OF Bank Records RECORDS OF :
    Barry Gilfand

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 40.00 |
| **TOTAL DUE >>>>** | **78.00** |

FI# Police

OK MAH 8-01-09

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAY 1 9 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296    YOUR REF : Police    (312) 744-7150  Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 572060
Date         : 05/09/2009
**TOTAL DUE** :  $     78.00


Order No.  : 01-362979-009
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chic

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 572739 | 05/13/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-013 | 03/17/2009 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Barry Gilfand

SSN : ***-**-****  DOB : **/**/****02/21/19[illegible]

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

**RECORDS FROM**

CHICAGO BOARD OF EDUCATION   LAW DEPARTMENT (Employment Records - Any & All)
125 S. CLARK  7TH FLOOR  CHICAGO, IL  60603

1 SET OF Employment Records - Any & All RECORDS OF
Barry Gilfand

| | |
|---|---|
| Report | 20.00 |
| Service | 18.00 |
| Subpoena Fee | 20.00 |
| **TOTAL DUE >>>>** | **58.00** |

FILE NO. POLICE

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept Division:

MAY 19 2009

Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296         YOUR REF : Police         (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 572739
Date       : 05/13/2009
**TOTAL DUE** : $     58.00

Order No.  : 01-362979-013
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

# US LEGAL SUPPORT
180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 495707 | 01/18/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-004 | 01/03/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Barry Gilfand
SSN :                           DOB : 02/21/1980

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602



DR. J.M. MORGENSTERN   CUSTODIAN OF RECOR
2649 N. LARAMIE   CHICAGO, IL 60639

*Record Copy*

1 SET OF Medical Records & X-Rays RE:
Barry Gilfand
  Subpoena Fee                     20.00
  Service                          18.00
  Report                           25.00

                TOTAL DUE >>>      63.00

ADD $10 SUBP FEE
RE # POLICE

TAX ID NO. : 36-2639296        YOUR REF : Police        (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 495707
Date        : 01/18/2008
**TOTAL DUE** : $      63.00

Order No.   : 01-362979-004
Cause No.   : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 495712 | 01/18/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-008 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

AARON GILFAND

SSN :                                DOB : 08/03/1975

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

CONSULTANTS IN GENERAL SURGERY S.C.   Medical Records (Medical Records & X-Rays)
767 PARK AVE WEST  SUITEz: 320  HIGHLAND PARK, IL 60035



1 SET OF Medical Records & X-Rays RECORDS ON
AARON GILFAND                                                    20.00
Subpoena Fee                                                     18.00
Service                                                          30.00
Report

                              TOTAL DUE >>>                      68.00

ADD $10 SUBP FEE
FT# POLICE

TAX ID NO. : 36-2639296        YOUR REF : Police        (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 495712
Date       : 01/18/2008
**TOTAL DUE** : $    68.00

Order No.  : 01-362904-008
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# U.S. LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 496222 | 01/23/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362978-006 | 01/03/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Adam Mastrucci
SSN :                                    DOB : 07/10/1976

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

DR. BALU NATARAJAN, M.D.   CUSTODIAN OF RECORDS (Medical Records & X-Rays)
711 W. NORTH AVE  SUITE: 202  CHICAGO, IL 60610

1 SET OF Medical Records & X-Rays RECORDS OF
Adam Mastrucci

Subpoena Fee                              20.00
Service                                   18.00
Report                                    20.00

TOTAL DUE >>>                             58.00

FL# POLICE
CL# POLICE

TAX ID NO.: 36-2639296        YOUR REF : Police        (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 496222
Date       : 01/23/2008
**TOTAL DUE** : $    58.00

Order No.  : 01-362978-006
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **PO Box 671083**
            **Dallas, TX 75267-1083**

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 496223 | 01/23/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362978-001 | 01/03/2008 | 07 C 2566 |

**CASE CAPTION**
Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**
Adam Mastrucci
SSN :                                DOB : 07/10/1976

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

DR. RAVI BADLANI    CUSTODIAN OF RECORDS (Medical Records & X-Rays)
550 W. WEBSTER 1ST FLOOR CHICAGO, IL 60614

1 SET OF Medical Records & X-Rays RECORDS OF Adam Mastrucci

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 20.00 |
| **TOTAL DUE >>>** | **58.00** |

TAX ID NO. : 36-2639296      YOUR REF : Police      (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.:   496223
Date        :   01/23/2008
**TOTAL DUE**   :   $       58.00

Order No.   :   01-362978-001
Cause No.   :   07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:     U.S. Legal Support Inc.
               Mite/IL Records
               PO Box 671083
               Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street  
Chicago, IL 60602  
312-236-8352

MATT HURD  
CORPORATION COUNSEL  
30 N. LA SALLE ST., SUITE 1720  
SPECIAL LITIGATION UNIT  
CHICAGO, IL 60602

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 496398 | 01/24/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-010 | 01/08/2008 | 07 C 2566 |

**CASE CAPTION**  
Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**  
AARON GILFAND  
SSN :                                    DOB : 08/03/1975



**RECORDS FROM**

ENH MEDICAL GROUP SPECIALTY PRACTICE     454 (Bills Only)  
8151 W. 183RD STREET     TINLEY PARK, IL 60487

1 SET OF BILLS ONLY RECORDS OF:  
AARON GILFAND

Subpoena Fee                                                              20.00  
Service                                                                    18.00  
Report                                                                     15.00

TOTAL DUE >>>>                                                             53.00

N/R STMT  
ETH POLICE  
CIT POLICE

OK MATT Police

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD  
CORPORATION COUNSEL  
30 N. LA SALLE ST., SUITE 1720  
SPECIAL LITIGATION UNIT  
CHICAGO, IL 60602

Invoice No.: 496398  
Date       : 01/24/2008  
**TOTAL DUE** : $     53.00

Order No.  : 01-362904-010  
Cause No.  : 07 C 2566  
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.  
            Mite/IL Records  
            PO Box 671083  
            Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 496008 | 01/22/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362991-001 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

SCOTT LOWRANCE
SSN :                               DOB : 01/16/1969

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602



**RECORDS FROM**

NORTHWESTERN MEDICAL FACULTY FOUNDATION    MEDICAL RECORDS DEPT. (Medical Records from anytime whatsoever
675 N. ST. CLAIR SUITE: 15-308 CHICAGO, IL 60611

1. SET On Medical Records From anytime whatsoever RECORDS OF SCOTT LOWRANCE

    Subpoena Fee                                20.00
    Service                                         18.00
    Report                                          15.00

                     TOTAL DUE >>>        53.00

RECEIVED JAN 29 2008 CORPORATION COUNSEL ADMINISTRATIVE SERVICES

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

JAN 29 2008

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150    Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No. : 496008
Date        : 01/22/2008
**TOTAL DUE : $      53.00**

Order No. : 01-362991-001
Cause No. : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:     U.S. Legal Support Inc.
                Mite/IL Records
                PO Box 671083
                Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 496564 | 01/25/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-002 | 01/03/2008 | 07 C 2566 |

### CASE CAPTION
Barry Gilfand, etal. vs. City of Chicago and et. al.

### RECORDS PERTAINING TO
Barry Gilfand
SSN :                DOB : 02/21/1980



### RECORDS FROM
RESURRECTION HEALTH CARE ST. MARY OF NAZARETH HOSPITAL    MEDICAL RECORDS DEPT. (Medical Records from a
2233 W. DIVISION ST.    CHICAGO, IL 60622

1 SET of Medical Records from anytime whatsoever RECORDS OF:
Barry Gilfand

| | |
|---|---:|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 55.00 |
| **TOTAL DUE >>>** | **93.00** |

ADD $35 SUBP FEE
FI# POLICE

TAX ID NO. : 36-2639296      YOUR REF : Police      (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 496564
Date      : 01/25/2008
**TOTAL DUE**  : $     93.00

Order No.  : 01-362979-002
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:     U.S. Legal Support Inc.
               Mite/IL Records
               PO Box 671083
               Dallas, TX 75267-1083