# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 496568 | 01/25/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-002 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

AARON GILFAND
SSN :                                               DOB : 08/03/1975

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

NORTHWESTERN MEDICAL FACULTY FOUNDATION   MEDICAL RECORDS DEPT. (Medical Records from anytime whatsoever
675 N. ST. CLAIR  SUITE: 15-308  CHICAGO, IL 60611



1 SET OF Medical Records from anytime whatsoever RECORDS OF AARON GILFAND

| | | |
|---|---|---|
| Subpoena Fee | | 20.00 |
| Service | | 18.00 |
| Report | | 15.00 |
| **TOTAL DUE >>>** | | **53.00** |

TAX ID NO. : 36-2639296            YOUR REF : Police                (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 496568
Date       : 01/25/2008
**TOTAL DUE** : $     53.00

Order No.  : 01-362904-002
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# US Legal Support

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 496576 | 01/25/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-004 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

AARON GILFAND

SSN :                                       DOB : 08/03/1975

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

GOLD COAST ORTHOPEDICS & REHABILITATION   CUSTODIAN OF RECORDS (Medical Records & X-Rays)
2649 N. LARAMIE   CHICAGO, IL 60639



1 SET OF Medical Records & X-Rays RECORDS OF AARON GILFAND
Subpoena Fee                    20.00
Service                         18.00
Report                          15.00

TOTAL DUE >>>                   53.00

TAX ID NO. : 36-2639296          YOUR REF : Police               (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 496576
Date       : 01/25/2008
**TOTAL DUE** : $     53.00

Order No.  : 01-362904-004
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# U S LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 497512 | 01/31/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362991-003 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

SCOTT LOWRANCE
SSN :                                DOB : 01/16/1969

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602



**RECORDS FROM**

PEPOSE VISION INSTITUTE, P.C.   CUSTODIAN OF RECORDS (Medical Records & X-Rays)
1815 CLARKSON RD.   CHESTERFIELD, MO  63017

1 SET OF Medical Records & X-Rays RECORDS OF
SCOTT LOWRANCE

Subpoena Fee        20.00
Service        18.00
Report        15.00

TOTAL DUE >>>>     53.00

TAX ID NO. : 36-2639296      YOUR REF : Police      (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 497512
Date        : 01/31/2008
**TOTAL DUE** : $     53.00

Order No.  : 01-362991-003
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
               Mite/IL Records
               PO Box 671083
               Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 496860 | 01/28/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-006 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

AARON GILFAND
SSN :                                              DOB : 08/03/1975

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

NOVACARE REHABILITATION-LOGAN SQUARE   CUSTODIAN OF RECORDS (Medical Records & X-Rays)
2565 W. FULLERTON AVENUE   CHICAGO, IL 60647

1 SET OF Medical Records & X-Rays RECORDS OF AARON GILFAND

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 21.00 |
| Report | 22.00 |
| **TOTAL DUE >>>>** | **63.00** |

FEB 0 6 2008

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept Division:

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 496860
Date       : 01/28/2008
**TOTAL DUE : $    63.00**

Order No. : 01-362904-006
Cause No. : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:  U.S. Legal Support Inc.
           Mite/IL Records
           PO Box 671083
           Dallas, TX 75267-1083

# USLEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 496910 | 01/28/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-363377-016 | 01/15/2008 | 04 C 8134 |

| CASE CAPTION |
|---|
| ARTHUR BROWN VS. CITY OF CHICAGO, ET AL. |

| RECORDS PERTAINING TO |
|---|
| Author Grenay Brown |
| SSN : 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    DOB : 10/03/1976 |

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

### RECORDS FROM

PATHOLOGY CHP, S.C., CUSTODIAN OF RECORDS (Records any Including Med. Recs & Others)
5221 N. HARLEM AVE., CHICAGO, IL 60656

1 SET OF Records any Including Med. Recs & Others RECORDS OF
Author Grenay Brown

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 15.00 |
| **TOTAL DUE >>>>** | **53.00** |

NO REC ST

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

FEB 0 6 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296                                        (312) 744-7150  Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No. : 496910
Date        : 01/28/2008
**TOTAL DUE** : $      53.00

Order No.  : 01-363377-016
Cause No.  : 04 C 8134
ARTHUR BROWN VS. CITY OF CHICAGO, ET A

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 496916 | 01/28/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362978-002 | 01/03/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Adam Mastrucci

SSN :                                           DOB : 07/10/1976

**RECORDS FROM**

LINCOLN PARK HOSPITAL    MEDICAL RECORDS DEPT. (Medical Records from anytime whatsoever)
550 W. WEBSTER ST.    CHICAGO, IL  60614

1 SET OF Medical Records from anytime whatsoever RECORDS OF
Adam Mastrucci

Subpoena Fee                                      55.00
Service                                           18.00
Report                                            20.00

TOTAL DUE >>>>                                    93.00

FILE POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

FEB 0 6 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296          YOUR REF : Police                    (312) 744-7150  Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 496916
Date       : 01/28/2008
**TOTAL DUE** : $     93.00

Order No.  : 01-362978-002
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# U.S. LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 496919 | 01/28/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-005 | 01/15/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Barry Gilfand

SSN :     DOB : 02/21/1980

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

VILLAGE IMAGING PROFESSIONALS, LLC    CUSTODIAN OF RECORDS (Medical Records & X-Rays)
9410 COMPUBILL DR.    ORLAND PARK, IL 60462

1 SET OF Medical Records & X-Rays RECORDS OF :
Barry Gilfand

| | |
|---|---|
| CUSTODIAN FEE | 30.00 |
| Subpoena Fee | 20.00 |
| Service | 55.00 |
| Returned Mail | 15.00 |
| Report | 15.00 |
| **TOTAL DUE >>>** | **135.00** |

FILE POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

FEB 0 6 2008

*Please contact us immediately with questions or corrections regarding billing or payment.*
*No adjustments or refunds will be made after 120 days from date of payment.*

TAX ID NO.: 36-2639296     YOUR REF : Police     (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 496919
Date     : 01/28/2008
**TOTAL DUE** : $    135.00

Order No.  : 01-362979-005
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:    U.S. Legal Support Inc.
Mite/IL Records
PO Box 671083
Dallas, TX 75267-1083

# U.S. LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 498455 | 02/08/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-007 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

AARON GILFAND
SSN :                                    DOB : 08/03/1975

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

DR. J.M. MORGENSTERN   CUSTODIAN OF RECORDS (Medical Records & X-Rays)
2649 N. LARAMIE   CHICAGO, IL 60639



1 SET Of Medical Records & X-Rays RECORDS OF
AARON GILFAND
  Subpoena Fee                                          20.00
  Service                                               18.00
  Report                                                25.00

                            TOTAL DUE >>>>              63.00

ADD $10 SUBP FEE
TO POLICE

Please contact us immediately with questions or corrections regarding billing or payment
No adjustments or refunds will be made after 120 days from date of payment

TAX ID NO.: 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 498455
Date       : 02/08/2008
**TOTAL DUE** : $     63.00

Order No.  : 01-362904-007
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 498459 | 02/08/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-009 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

AARON GILFAND
SSN : DOB : 08/03/1975

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

WALGREENS CUSTODIAN OF RECORDS (Pharmacy Records)
1901 E. VOORHEES ST. P.O. BOX 4039, MS#735 DANVILLE, IL 61834-4039



1 SET OF Pharmacy Records RECORDS OF AARON GILFAND
Subpoena Fee                    20.00
Service                         18.00
Report                          50.00

TOTAL DUE >>>                   88.00

ADD $25 SUB FEE
IF POLICE

*Please contact us immediately with any questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.*

TAX ID NO.: 36-2639296          YOUR REF : Police          (312) 744-7150  Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 498459
Date       : 02/08/2008
**TOTAL DUE** : $     88.00

Order No.  : 01-362904-009
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 499065 | 02/13/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362978-004 | 01/03/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| Adam Mastrucci |

SSN :                                    DOB : 07/10/1976

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

## RECORDS FROM

NOVACARE REHABILITATION-LOGAN SQUARE  CUSTODIAN OF RECORDS (Medical Records & X-Rays)
2565 W. FULLERTON AVENUE  CHICAGO, IL 60647

1 SET OF Medical Records & X-Rays RECORDS OF
Adam Mastrucci

Subpoena Fee                          20.00
Service                               18.00
Report                                40.00

TOTAL DUE >>>                         78.00

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept Division:

FEB 20 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296        YOUR REF : Police           (312) 744-7150  Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 499065
Date       : 02/13/2008
**TOTAL DUE** : $     78.00

Order No.  : 01-362978-004
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083