# INVOICE

**U.S. LEGAL SUPPORT**
180 West Washington Street
Chicago, IL 60602
312-236-8352

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 498960 | 02/12/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-001 | 01/03/2008 | 07 C 2566 |

**CASE CAPTION**
Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**
Barry Gilfand
SSN :                                         DOB : 02/21/1980

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

THE KLEVEN INSTITUTE    CUSTODIAN OF RECORDS (Medical Records & X-Rays)
3820 S. JONES    LAS VEGAS, NV 89103

1 SET OF Medical Records & X-Rays RECORDS OF
Barry Gilfand

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 63.50 |
| **TOTAL DUE >>>** | **101.50** |

FEB 20 2008

TAX ID NO.: 36-2639296        YOUR REF : Police        (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 498960
Date        : 02/12/2008
**TOTAL DUE** : $    101.50

Order No.  : 01-362979-001
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 499483 | 02/14/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-003 | 01/03/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Barry Gilfand
SSN :                                        DOB : 02/21/1980

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

RESURRECTION HEALTH CARE ST. MARY OF NAZARETH   RADIOLOGY DEPT. (X-Rays from Anytime Whatsoever)
2233 W. DIVISION STREET   CHICAGO, IL 60622

A SET OF X-Rays from Anytime Whatsoever RECORDS OF Barry Gilfand

| | |
|---|---|
| Service | 18.00 |
| Report | 175.00 |
| **TOTAL DUE** | **193.00** |

PLT POLICE
1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

FEB 20 2008

TAX ID NO.: 36-2639296          YOUR REF : Police                    (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 499483
Date       : 02/14/2008
**TOTAL DUE** : $     193.00

Order No. : 01-362979-003
Cause No. : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 499555 | 02/15/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362991-002 | 01/04/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| SCOTT LOWRANCE |
| SSN :                              DOB : 01/16/1969 |

## RECORDS FROM

NORTHWESTERN MEMORIAL HOSPITAL  MEDICAL RECORDS DEPT. (Medical Records & X-Rays)
251 E. HURON  MEZZANINE LEVEL  CHICAGO, IL  60611

1 SET OF Medical Records & X-Rays RECORDS OF
SCOTT LOWRANCE

| | |
|---|---:|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 20.00 |
| CD | 75.00 |
| **TOTAL DUE >>>** | **133.00** |

FI# POLICE
CI# POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

FEB 28 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296      YOUR REF : Police      (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 499555
Date     : 02/15/2008
**TOTAL DUE**  : $    133.00

Order No.  : 01-362991-002
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
           Mite/IL Records
           PO Box 671083
           Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 499949 | 02/20/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362991-004 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

SCOTT LOWRANCE
SSN :             DOB : 01/16/1969

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

## RECORDS FROM

DR. URI HELLER, INTERACTION DYNAMICS CUSTODIAN OF RECORDS (Medical Records & X-Rays)
ONE EAST SUPERIOR SUITE: 308 CHICAGO, IL 60611

1 SET OF Medical Records & X-Rays RECORDS OF:
SCOTT LOWRANCE

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 21.00 |
| Report | 15.00 |
| **TOTAL DUE >>>>** | **56.00** |

FILE=POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

FEB 28 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296     YOUR REF : Police     (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 499949
Date       : 02/20/2008
**TOTAL DUE** : $     56.00

Order No. : 01-362991-004
Cause No. : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:    U.S. Legal Support Inc.
Mite/IL Records
PO Box 671083
Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 501496 | 02/28/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-001 | 01/04/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| AARON GILFAND |
| SSN :               DOB : 08/03/1975 |

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602



**RECORDS FROM**

NORTHWESTERN MEMORIAL HOSPITAL  MEDICAL RECORDS DEPT. (Medical Records & X-Rays)
251 E. HURON  MEZZANINE LEVEL  CHICAGO, IL  60611

1 SET OF Medical Records & X-Rays RECORDS OF
AARON GILFAND

| | |
|---|---:|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 139.00 |
| CD | 75.00 |
| **TOTAL DUE >>** | **252.00** |

E## POLICE
CL## POLICE

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept Division:

MAR 05 2008

TAX ID NO.: 36-2639296      YOUR REF : Police      (312) 744-7150  Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No. : 501496
Date      : 02/28/2008
**TOTAL DUE** : $    252.00

Order No. : 01-362904-001
Cause No. : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:     U.S. Legal Support Inc.
               Mite/IL Records
               PO Box 671083
               Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 501010 | 02/27/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362978-003 | 01/03/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Adam Mastrucci
SSN :                                             DOB : 07/10/1976

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602



**RECORDS FROM**

LINCOLN PARK HOSPITAL    X-RAY FILE ROOM (X-Rays from Anytime Whatsoever)
550 W. WEBSTER AVE.    CHICAGO, IL 60614

1 SET OF X-Rays from Anytime Whatsoever RECORDS OF
Adam Mastrucci

Subpoena Fee                                    20.00
Service                                              18.00
X-Rays                                              44.00

**TOTAL DUE >>>>          82.00**

FILE POLICE
CL# POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAR 05 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 501010
Date       : 02/27/2008
**TOTAL DUE**   :   $      82.00

Order No.   : 01-362978-003
Cause No.   : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:    U.S. Legal Support Inc.
                Mite/IL Records
                PO Box 671083
                Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 500727 | 02/25/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-005 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

AARON GILFAND
SSN :                                    DOB : 08/03/1975

**RECORDS FROM**

ADVANTAGE MRI OF LOGAN SQUARE   MERCY (Medical Records & X-Rays)
2008 N. PULASKI   CHICAGO, IL 60636

1 SET OF Medical Records & X-Rays RECORDS OF
AARON GILFAND

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| X-Rays | 70.00 |
| **TOTAL DUE >>>>** | **108.00** |

FILE POLICE
1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

MAR 0 5 2008

Please contact us immediately with questions or corrections regarding billing or payment
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296          YOUR REF : Police          (312) 744-7150  Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 500727
Date       : 02/25/2008
**TOTAL DUE** : $    108.00

Order No.  : 01-362904-005
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# U.S. LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 500611 | 02/25/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-004 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

AARON GILFAND
SSN :                                           DOB : 08/03/1975

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

GOLD COAST ORTHOPEDICS & REHABILITATION   CUSTODIAN OF RECORDS (Medical Records & X-Rays)
2649 N. LARAMIE   CHICAGO, IL 60639

1 SET OF Medical Records & X-Rays RECORDS OF :
AARON GILFAND
                    Report                                                                              15.00

                                          TOTAL   DUE   >>>>                 15.00

FI# POLICE
CL# POLICE      1. Case Name: _____
                2. Case Number: _____
                3. Client Dept: _____
                4. Atty Signature: _____
                5. Date Approved: _____
                6. Law Dept. Division: _____

MAR 0 5 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296         YOUR REF : Police                    (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 500611
Date       : 02/25/2008
**TOTAL DUE** :  $      15.00

Order No.  : 01-362904-004
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chic

Remit To:    U.S. Legal Support Inc.
             Mite/IL Records
             PO Box 671083
             Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 502160 | 03/05/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362978-005 | 01/03/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Adam Mastrucci
SSN :                                                  DOB : 07/10/1976

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

DR. MARCIA SLOMOWITZ   CUSTODIAN OF RECORDS (Medical Records & X-Rays)
333 N. MICHIGAN AVENUE  SUITE: 1125  CHICAGO, IA 60601

1 SET OF Medical Records & X-Rays RECORDS OF
Adam Mastrucci

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 20.00 |
| **TOTAL DUE >>>** | **58.00** |

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept Division:

MAR 12 2008

TAX ID NO. : 36-2639296           YOUR REF : Police           (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 502160
Date       : 03/05/2008
**TOTAL DUE** : $     58.00

Order No.  : 01-362978-005
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 502487 | 03/06/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-003 | 01/04/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| AARON GILFAND |

SSN :                                   DOB : 08/03/1975

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

### RECORDS FROM

HELLER PSYCHOLOGICAL SERVICES   CUSTODIAN OF RECORDS (Medical Records & X-Rays)
1 E. SUPERIOR STREET  SUITE: 310  CHICAGO, IL 60611

1 SET OF Medical Records & X-Rays RECORDS OF
AARON GILFAND

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 15.00 |
| **TOTAL DUE >>>>** | **53.00** |

FILE : POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept Division: _____

MAR 12 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296      YOUR REF : Police      (312) 744-7150  Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.:   502487
Date       :   03/06/2008
**TOTAL DUE**  :  $     53.00

Order No.  :  01-362904-003
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:    U.S. Legal Support Inc.
               Mite/IL Records
               PO Box 671083
               Dallas, TX 75267-1083

# U S LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 503398 | 03/13/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-363377-004 | 01/15/2008 | 04 C 8134 |

| CASE CAPTION |
|---|
| ARTHUR BROWN VS. CITY OF CHICAGO, ET AL. |

| RECORDS PERTAINING TO |
|---|
| Author Grenay Brown |
| SSN : 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    DOB : 10/03/1976 |

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

### RECORDS FROM

MAD CALIFORNIA MEDICAL CENTER   MEDICAL RECORDS DEPARTMENT (Medical records & bills anytime)
2839 W. MADISON ST., CHICAGO, IL 60612

1 SET OF Medical records & bills anytime RECORDS OF :
   Author Grenay Brown

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 15.00 |
| TOTAL DUE >>>> | 53.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

OK MAC
Joule

MAR 20 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296                    (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 503398
Date        : 03/13/2008
**TOTAL DUE** : $    53.00

Order No.  : 01-363377-004
Cause No.  : 04 C 8134
ARTHUR BROWN VS. CITY OF CHICAGO, ET

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 506035 | 03/31/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-003 | 01/04/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

AARON GILFAND
SSN : ***-**-****       DOB : **/**/****08/03/1

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

HELLER PSYCHOLOGICAL SERVICES    CUSTODIAN OF RECORDS (Medical Records & X-Rays)
1 E. SUPERIOR STREET  SUITE: 310  CHICAGO, IL 60611

1 SET OF Medical Records & X-Rays RECORDS OF :
    AARON GILFAND
                Report                                                                15.00

                                        TOTAL DUE  >>>>         15.00

THIS IS A RE-BILL FROM INVOCIE # 500612

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 0 9 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296         YOUR REF : Police         (312) 744-7150  Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 506035
Date       : 03/31/2008
**TOTAL DUE** : $    15.00

Order No.  : 01-362904-003
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chic

Remit To:   U.S. Legal Support Inc..
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# US LEGAL SUPPORT

180 West Washington Street
Chicago, IL 60602
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 504121 | 03/19/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-364280-001 | 02/04/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| Adam Mastrucci |
| SSN : 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    DOB : 07/10/1976 |

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

### RECORDS FROM

COUNTRYWIDE SECURITIES   MICHELL DOHERTY (Employment Records - Any & All)
1 N. WACKER DRIVE  43RD FLOOR  CHICAGO, IL 60606

1 SET OF Employment Records - Any & All RECORDS OF :
Adam Mastrucci

Subpoena Fee                                                                20.00
Service                                                                     18.00
Report                                                                      15.00

TOTAL DUE >>>>                                                              53.00

FILE POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 0 3 2008

*Please contact us immediately with questions or corrections regarding billing or payment
No adjustments or refunds will be made after 120 days from date of payment*

TAX ID NO.: 36-2639296         YOUR REF : Police          (312) 744-7150  Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 504121
Date       : 03/19/2008
**TOTAL DUE** : $     53.00

Order No.  : 01-364280-001
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            PO Box 671083
            Dallas, TX 75267-1083

# INVOICE

**US LEGAL SUPPORT**
180 West Washington Street
Chicago, IL 60602
312-236-8352

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 549344 | 12/18/2008 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376304-001 | 12/02/2008 | 07 C 2566 |

**CASE CAPTION**
BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET AL.

**RECORDS PERTAINING TO**
Adam Mastrucci
SSN : ***-**-****  DOB : **/**/****07/10/19'

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

RANDOLPH ATHLETIC CLUB, CUSTODIAN OF RECORDS (Any & all records from anytime)
188 W. RANDOLPH ST., CHICAGO, IL 60601

1 SET OF Any & all records from anytime RECORDS OF :
  Adam Mastrucci
          Subpoena Fee                                        20.00
          Attempted Service                                   40.00
                                                            --------
                              TOTAL DUE >>>>                  60.00

FI# Police

ORDERED BY: MATT HURD
            CORPORATION COUNSEL
            30 N. LA SALLE ST., SUITE 1720
            SPECIAL LITIGATION UNIT
            CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

DEC 2 2 2008

*Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.*

TAX ID NO.: 36-2639296     YOUR REF : Police     (312) 744-7150 Fax

---

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 549344
Date       : 12/18/2008
**TOTAL DUE** : $    60.00

Order No.  : 01-376304-001
Cause No.  : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:  **U.S. Legal Support Inc.**
           **Mite/IL Records**
           **75 Remittance Dr., Ste 6098**
           **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 550101 | 12/29/2008 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-376303-002 | 12/02/2008 | 07 C 2566 |
| CASE CAPTION |||
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET Al |||
| RECORDS PERTAINING TO |||
| Adam Mastrucci |||
| SSN : ***-**-**** | | DOB : **/**/****07/10/1 |

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

### RECORDS FROM

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,   CLAIM DEPT. (Insurance Records)
1 CIGNA DR.  BOURBONNAIS, IL 60914

1 SET OF Insurance Records RECORDS OF :
  Adam Mastrucci

|  |  |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 21.00 |
| Report | 61.00 |
| TOTAL DUE >>>> | 102.00 |

FILE POLICE
CLAIM - POLICE

OK Matt
Police

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JAN 0 7 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296       YOUR REF : Police       (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 550101
Date       : 12/29/2008
**TOTAL DUE** : $    102.00

Order No.  : 01-376303-002
Cause No.  : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 550109 | 12/29/2008 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-376448-001 | 12/04/2008 | 07 C 2566 |

**CASE CAPTION**

BARRY GILFAND, ET AL. VS. CITY OF CHICAGO & ET.

**RECORDS PERTAINING TO**

Adam Mastrucci
SSN : ***-**-****                           DOB : **/**/****07/10/1

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

CHICAGO BOARD OF TRADE   LEGAL DEPT. (Any & all records from anytime)
141 W. JACKSON 6TH FL. CHICAGO, IL 60604

1 SET OF Any & all records from anytime RECORDS OF :
   Adam Mastrucci

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 30.00 |

TOTAL DUE >>>>     68.00

FILE POLICE
CLAIM POLICE

ORDERED BY: MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JAN 0 7 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296        YOUR REF : Police                (312) 744-7150  Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 550109
Date       : 12/29/2008
**TOTAL DUE** : $    68.00

Order No.  : 01-376448-001
Cause No.  : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 550110 | 12/29/2008 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-376303-006 | 12/02/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET Al |
| RECORDS PERTAINING TO |
| Adam Mastrucci |
| SSN : ***-**-****                    DOB : **/**/****07/10/1 |

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

MCLAUGHLIN, PIVEN, VOGEL SECURITIES, INC.,   COMPLIANCE DEPARTMENT (Employment Records - Any & All)
44 WALL ST., 15TH FLOOR, NEW YORK, NY  10005

1 SET OF Employment Records - Any & All RECORDS OF :
   Adam Mastrucci

|   |   |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 25.00 |
| **TOTAL DUE >>>>** | **63.00** |

FILE POLICE
CLAIM POLICE

ORDERED BY: MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JAN 0 7 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296        YOUR REF : Police              (312) 744-7150  Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 550110
Date       : 12/29/2008
**TOTAL DUE** : $     63.00

Order No.  : 01-376303-006
Cause No.  : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 550440 | 12/31/2008 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-376457-001 | 12/05/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Scott Lowrance
SSN : ***-**-****          DOB : **/**/****01/16/19(

**RECORDS FROM**

CME GROUP  CUSTODIAN OF RECORDS (Any & all records from anytime)
20 S. WACKER DRIVE   CHICAGO, IL 60606

1 SET OF Any & all records from anytime RECORDS OF
Scott Lowrance

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 15.00 |
| CD | 55.00 |
| **TOTAL DUE >>>>** | **108.00** |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept Division: _____

FILE#: POLICE

JAN 07 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150  Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 550440
Date        : 12/31/2008
**TOTAL DUE** : $     108.00

Order No.  : 01-376457-001
Cause No.  : 07 C 2566
Barry Gilfand, etal vs. City of Chicag

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 550825 | 01/05/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376862-003 | 12/16/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| Scott Lowrance |
| SSN : ***-**-****          DOB : **/**/****01/16/19( |



RECORDS FROM

MANN FINANCIAL GROUP, LLC   Human Resources (Employment Records - Any & All)
1755 S. NAPERVILLE RD. SUITE: 200 WHEATON, IL 60189

1 SET OF Employment Records - Any & All RECORDS OF
Scott Lowrance
Cancelled                                                                                      40.00

TOTAL DUE >>>>                                 40.00

FI# Police

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 550825
Date       : 01/05/2009
**TOTAL DUE :** $      40.00

Order No.  : 01-376862-003
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 550528 | 01/02/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-376862-002 | 12/16/2008 | 07 C 2566 |
| CASE CAPTION ||| 
| Barry Gilfand, etal. vs. City of Chicago and et. al. |||
| RECORDS PERTAINING TO |||
| Scott Lowrance |||
| SSN : \*\*\*-\*\*-\*\*\*\*     DOB : \*\*/\*\*/\*\*\*\*01/16/1 |||

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

### RECORDS FROM

MANN ENTERPRISES, INC.   Human Resources (Employment Records - Any & All)
800 ROOSEVELT RD.  SUITE: B-120  GLEN ELLYN, IL 60137

1 SET OF Employment Records - Any & All RECORDS OF :
  Scott Lowrance

|  |  |
|---|---|
| Subpoena Fee | 20.00 |
| Attempted Service | 40.00 |
| Returned Mail | 15.00 |
| TOTAL DUE >>>> | 75.00 |

FILE POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JAN 1 5 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296        YOUR REF : Police        (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 550528
Date        : 01/02/2009
**TOTAL DUE** : $   75.00

Order No. : 01-376862-002
Cause No. : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**