# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 551056 | 01/06/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376862-001 | 12/16/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Scott Lowrance
SSN : ***-**-****　　　　　DOB : **/**/****01/16/19(

**RECORDS FROM**

JENNER & BLOCK   CUSTODIAN OF RECORDS (Employment Records - Any & All)
ONE IBM PLAZA, 330 N. WABASH AVE. 40TH FL. CHICAGO, IL 60611

1 SET OF Employment Records - Any & All RECORDS OF
Scott Lowrance

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Special Memo | 15.00 |
| **TOTAL DUE >>>** | **53.00** |

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

JAN 15 2009

Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296　　　YOUR REF : Police　　　(312) 744-7150　Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

```
Invoice No.:  551056
Date       :  01/06/2009
TOTAL DUE  :  $     53.00


Order No.  :  01-376862-001
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica
```

Remit To:　U.S. Legal Support Inc.
　　　　　　Mite/IL Records
　　　　　　75 Remittance Dr., Ste 6098
　　　　　　Chicago, IL 60675-6098

# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 551140 | 01/07/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376303-004 | 12/02/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET AL. |

| RECORDS PERTAINING TO |
|---|
| Adam Mastrucci |
| SSN : ***-**-****       DOB : **/**/****07/10/19* |

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

## RECORDS FROM

DR. RAVI BADLANI   CUSTODIAN OF RECORDS (Medical Records from anytime whatsoever)
550 W. WEBSTER 1ST FLOOR CHICAGO, IL 60614

1 SET OF Medical Records from anytime whatsoever RECORDS OF Adam Mastrucci

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 20.00 |
| **TOTAL DUE >>>** | **58.00** |

F1# Police
ORDERED BY: MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
   Law Dept Division:

JAN 15 2009

Please contact us immediately with questions or corrections regarding billing or payments. No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296        YOUR REF : Police        (312) 744-7150  Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 551140
Date       : 01/07/2009
**TOTAL DUE** : $     58.00

Order No.  : 01-376303-004
Cause No.  : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 551153 | 01/07/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376303-003 | 12/02/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET AL. |

| RECORDS PERTAINING TO |
|---|
| Adam Mastrucci |
| SSN : ***-**-****     DOB : **/**/****07/10/19.. |

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

DE PAUL UNIVERSITY, OFFICE OF GENERAL COUNSEL, CUSTODIAN OF RECORDS (STUDENT RECORDS (ALL))
1 E. JACKSON BLVD., CHICAGO, IL 60604

1 SET OF STUDENT RECORDS (ALL) RECORDS OF:
Adam Mastrucci

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 30.00 |
| **TOTAL DUE >>>>** | **68.00** |

FI# Police
ORDERED BY: MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

JAN 15 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296        YOUR REF : Police        (312) 744-7150   Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No. : 551153
Date        : 01/07/2009
**TOTAL DUE : $    68.00**

Order No. : 01-376303-003
Cause No. : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 551213 | 01/07/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376304-003 | 12/02/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET AL. |

| RECORDS PERTAINING TO |
|---|
| Adam Mastrucci |
| SSN : ***-**-****       DOB : **/**/****07/10/19?? |

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

## RECORDS FROM

SPRINT NEXTEL CORP.   SUBPOENA COMPLIANCE (Phone records)
6480 SPRING PARKWAY  MAILSTOP# KSOPHM0206  OVERLAND PARK, KS  66251

1 SET OF phone records RECORDS OF
   Adam Mastrucci

   Subpoena Fee                                        20.00
   Service                                             18.00
   CD                                                  35.00

                                    TOTAL DUE $$$$     73.00

FT# Police
ORDERED BY: MATT HURD
   CORPORATION COUNSEL
   30 N. LA SALLE ST., SUITE 1720
   SPECIAL LITIGATION UNIT
   CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

                                              JAN 15 2009

Please contact us immediately with any questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296        YOUR REF : Police         (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.:  551213
Date       :  01/07/2009
**TOTAL DUE** :  $     73.00

Order No.  :  01-376304-003
Cause No.  :  07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 551332 | 01/08/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376303-007 | 12/02/2008 | 07 C 2566 |

**CASE CAPTION**

BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET AL.

**RECORDS PERTAINING TO**

Adam Mastrucci
SSN : ***-**-****                                   DOB : **/**/****07/10/19**

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

UNIVERSITY OF NEW MEXICO, REGISTRARS OFFICE (STUDENT RECORDS (ALL))
MSC 063650, 1 UNIVERSITY NEW MEXICO, ALBUQUERQUE, NM 87131-0001

1 SET OF STUDENT RECORDS (ALL) RECORDS OF
Adam Mastrucci

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 25.00 |
| **TOTAL DUE >>>>** | **63.00** |

FT# Police
ORDERED BY: MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JAN 15 2008

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296        YOUR REF : Police                    (312) 744-7150  Fax

---

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.: 551332
Date       : 01/08/2009
**TOTAL DUE** : $      63.00


Order No.  : 01-376303-007
Cause No.  : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 551617 | 01/09/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376303-001 | 12/02/2008 | 07 C 2566 |

**CASE CAPTION**

BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET AL.

**RECORDS PERTAINING TO**

Adam Mastrucci
SSN : ***-**-****     DOB : **/**/****07/10/19

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602



**RECORDS FROM**

AETNA U.S. HEALTHCARE   LEGAL SUPPORT SERVICES (Insurance Records)
151 FARMINGTON AVE., MAIL STOP W101, HARTFORD,, CT 06156-9988

1 SET OF Insurance Records RECORDS OF
  Adam Mastrucci

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 86.00 |
| **TOTAL DUE >>>** | **124.00** |

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

JAN 16 2009

FI# Police
ORDERED BY: MATT HURD
  CORPORATION COUNSEL
  30 N. LA SALLE ST., SUITE 1720
  SPECIAL LITIGATION UNIT
  CHICAGO, IL 60602

Please contact us immediately with any questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296      YOUR REF : Police      (312) 744-7150 Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.:  551617
Date       :  01/09/2009
**TOTAL DUE** :  $     124.00

Order No.  :  01-376303-001
Cause No.  :  07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 551718 | 01/09/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376304-004 | 12/29/2008 | 07 C 2566 |

**CASE CAPTION**

BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET AL

**RECORDS PERTAINING TO**

Adam Mastrucci
SSN : ***-**-****                    DOB : **/**/****07/10/1

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

BRIAN GILBERT   CUSTODIAN OF RECORDS (See Attached Subpoena/Rider for wording)
222 N. LA SALLE STREET   SUITE: 800   CHICAGO, IL 60601

1 SET OF See Attached Subpoena/Rider for wording RECORDS OF :
  Adam Mastrucci
              Cancelled                                                    40.00

                                                    TOTAL DUE >>>>         40.00

POLICE
ORDERED BY: MATT HURD
            CORPORATION COUNSEL
            30 N. LA SALLE ST., SUITE 1720
            SPECIAL LITIGATION UNIT
            CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JAN 16 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296        YOUR REF : Police              (312) 744-7150   Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No. : 551718
Date        : 01/09/2009
**TOTAL DUE** : $    40.00

Order No.  : 01-376304-004
Cause No.  : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

# USLegal Support

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 551774 | 01/12/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-376305-001 | 12/02/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Adam Mastrucci
SSN : ***-**-****  DOB : **/**/****07/10/19

**RECORDS FROM**

ILLINOIS STATE POLICE, RECORDS DIVISION, CUSTODIAN OF RECORDS (Police records)
801 S. 7TH ST., 400-M, P.O. BOX 19461, SPRINGFIELD, IL 62794-9461

1 SET OF Police records RECORDS OF
Adam Mastrucci

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| No Record Statement | 15.00 |
| **TOTAL DUE >>>** | **53.00** |

FI#Police

1. Case Name:
2. Case Number:
3. Client Dept:
4. Atty Signature:
5. Date Approved:
6. Law Dept. Division:

JAN 16 2009

TAX ID NO.: 36-2639296        YOUR REF : Police        (312) 744-7150 Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

```
Invoice No.: 551774
Date       : 01/12/2009
TOTAL DUE  : $     53.00


Order No.  : 01-376305-001
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica
```

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 551781 | 01/12/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-376303-005 | 12/02/2008 | 07 C 2566 |
| CASE CAPTION | | |
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET AL | | |
| RECORDS PERTAINING TO | | |
| Adam Mastrucci | | |
| SSN : ***-**-**** | | DOB : **/**/****07/10/1 |

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

**RECORDS FROM**

JP MORGAN CHASE BANK N.A. NATIONAL SUBPOENA PROCESSING CUSTODIAN OF RECORDS (Bank Records)
7610 W. WASHINGTON ST. MAILCODE IN1-4054 INDIANAPOLIS, IN 46231

1 SET OF Bank Records RECORDS OF :
   Adam Mastrucci
            Subpoena Fee                            30.00
            Service                                 21.00
            Report                                  95.00

                              TOTAL  DUE  >>>>     146.00

FILE - POLICE
ORDERED BY: MATT HURD
            CORPORATION COUNSEL
            30 N. LA SALLE ST., SUITE 1720
            SPECIAL LITIGATION UNIT
            CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JAN 1 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296         YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1720
SPECIAL LITIGATION UNIT
CHICAGO, IL 60602

Invoice No.:  551781
Date       :  01/12/2009
**TOTAL DUE :  $    146.00**

Order No.  :  01-376303-005
Cause No.  :  07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

# U.S. LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 552236 | 01/14/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376308-001 | 12/01/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, Aaron Gilfand, etal. vs. City of Chicago |

| RECORDS PERTAINING TO |
|---|
| Scott Lowrance |
| SSN : ***-**-****        DOB : **/**/****01/16/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

## RECORDS FROM

ATT MIDWEST    CUSTODIAN OF RECORDS (Phone records)
C/O ATT SERVICE SUBPOENA CENTER 208 S. AKARD ST., 10TH FLOOR DALLAS, TX 75202

1 SET OF Phone records RECORDS OF :
   Scott Lowrance

|  |  |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 20.00 |
| **TOTAL DUE >>>>** | **58.00** |

FI# Police

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JAN 1 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296          YOUR REF : Police          (312) 744-7150  Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 552236
Date       : 01/14/2009
**TOTAL DUE : $     58.00**

Order No.  : 01-376308-001
Cause No.  : 07 C 2566
Barry Gilfand, Aaron Gilfand, etal. v

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 552552 | 01/15/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-376303-005 | 12/02/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET AL. |
| RECORDS PERTAINING TO |
| Adam Mastrucci |
| SSN : ***-**-****    DOB : **/**/****07/10/1' |

KELLY KAMATOY
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

### RECORDS FROM

JP MORGAN CHASE BANK N.A. NATIONAL SUBPOENA PROCESSING CUSTODIAN OF RECORDS (Bank Records)
7610 W. WASHINGTON ST. MAILCODE IN1-4054 INDIANAPOLIS, IN 46231

1 SET OF Bank Records RECORDS OF :
  Adam Mastrucci
              Report                                                    27.00

                          TOTAL DUE  >>>>                                27.00

FI# Police
ORDERED BY: MATT HURD
            CORPORATION COUNSEL,
            30 N. LA SALLE ST., SUITE 1720,
            SPECIAL LITIGATION UNIT,
            CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JAN 16 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296         YOUR REF : Police             (312) 744-7150  Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  552552
Date       :  01/15/2009
**TOTAL DUE**  :  $    27.00

Order No.  :  01-376303-005
Cause No.  :  07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHI

Remit To:    U.S. Legal Support Inc.
             Mite/IL Records
             75 Remittance Dr., Ste 6098
             Chicago, IL 60675-6098

| | | |
|---|---|---|
| U.S. Legal Support, Inc.<br>200 W. Jackson Blvd.<br>Suite: 600<br>Chicago, IL 60606<br>(312) 236-8352  Fax (312) 236-3344 | | |

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 552894 | 01/19/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-376448-004 | 01/08/2009 | 07 C 2566 |
| CASE CAPTION | | |
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO & ET. | | |
| RECORDS PERTAINING TO | | |
| Adam Mastrucci | | |
| SSN : ***-**-**** | | DOB : **/**/****07/10/1 |

KELLY KAMATOY
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

### RECORDS FROM

PHILLIPS RANDOLPH ENTERPRISES, LLC,   CUSTODIAN OF RECORDS (See Attached Subpoena/Rider for wording)
27 N. WACKER DR.,   CHICAGO, IL 60606

1 SET OF See Attached Subpoena/Rider for wording RECORDS OF :
   Adam Mastrucci
              Attempted Service                                          40.00

                              TOTAL  DUE  >>>>        40.00

POLICE

ORDERED BY: MATT HURD
            CORPORATION COUNSEL,
            30 N. LA SALLE ST., SUITE 1720,
            SPECIAL LITIGATION UNIT,
            CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JAN 2 8 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296        YOUR REF : Police           (312) 744-7150  Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 552894
Date       : 01/19/2009
**TOTAL DUE** : $     40.00

Order No.  : 01-376448-004
Cause No.  : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   U.S. Legal Support Inc.
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

| | | |
|---|---|---|
| U.S. Legal Support, Inc.<br>200 W. Jackson Blvd.<br>Suite: 600<br>Chicago, IL 60606<br>(312) 236-8352  Fax (312) 236-3344 | | **INVOICE** |

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 555578 | 02/05/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-376448-002 | 12/04/2008 | 07 C 2566 |

KELLY KAMATOY
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| CASE CAPTION |
|---|
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO & ET. |
| **RECORDS PERTAINING TO** |
| Adam Mastrucci |
| SSN : ***-**-****          DOB : **/**/****07/10/1 |

**RECORDS FROM**

CHICAGO SPORT & SOCIAL CLUB,   CUSTODIAN OF RECORDS (Any & all records from anytime)
770 N. HALSTED ST., SUITE: 101, CHICAGO, IL 60642

1 SET OF Any & all records from anytime RECORDS OF :
    Adam Mastrucci
        Subpoena Fee                                      20.00
        Service                                           18.00
        No Record Statement                               15.00

                                TOTAL   DUE   >>>>        53.00

FILE POLICE                         OK MH           1. Case Name: _____
                                                    2. Case Number: _____
ORDERED BY: MATT HURD                               3. Client Dept: _____
            CORPORATION COUNSEL,                    4. Atty Signature: _____
            30 N. LA SALLE ST., SUITE 1720,
            SPECIAL LITIGATION UNIT,                5. Date Approved: _____
            CHICAGO, IL 60602          Rock         6. Law Dept. Division: _____

                                                     FEB 0 9 2009

        Please contact us immediately with questions or corrections regarding billing or payment.
            No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296        YOUR REF : Police              (312) 744-7150  Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 555578
Date       : 02/05/2009
**TOTAL DUE** : $     53.00

Order No.  : 01-376448-002
Cause No.  : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

# U S Legal SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

KELLY KAMATOY
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 553915 | 01/26/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-376448-003 | 12/04/2008 | 07 C 2566 |
| CASE CAPTION ||| 
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO & ET A |||
| RECORDS PERTAINING TO |||
| Adam Mastrucci |||
| SSN : ***-**-**** | | DOB : **/**/****07/10/1 |

### RECORDS FROM

PLAYER SPORT SOCIAL CLUB, CUSTODIAN OF RECORDS (Any & all records from anytime)
3617 N. ASHLAND AVE., CHICAGO, IL 60613

```
1 SET OF Any & all records from anytime RECORDS OF :
    Adam Mastrucci
                Service                                         18.00
                Special Memo                                    15.00
                Subpoena Fee                                    20.00

                            TOTAL  DUE  >>>>                    53.00
```

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

FILE# POLICE

ORDERED BY: MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

FEB 0 4 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296     YOUR REF : Police     (312) 744-7150  Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No. : 553915
Date        : 01/26/2009
**TOTAL DUE** : $     53.00

Order No. : 01-376448-003
Cause No. : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHI

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

| | | |
|---|---|---|
| U.S. Legal Support, Inc.<br>200 W. Jackson Blvd.<br>Suite: 600<br>Chicago, IL 60606<br>(312) 236-8352   Fax (312) 236-3344 | | # INVOICE |

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 554338 | 01/28/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-376457-002 | 12/05/2008 | 07 C 2566 |
| **CASE CAPTION** | | |
| Barry Gilfand, etal vs. City of Chicago and et. al. | | |
| **RECORDS PERTAINING TO** | | |
| Scott Lowrance | | |
| SSN : ***-**-**** | | DOB : **/**/**** 01/16/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

### RECORDS FROM

PRUDENTIAL SECURTIES   Human Resources (Employment Records - Any & All)
141 W. JACKSON BLVD.   CHICAGO, IL 60604

1 SET OF Employment Records - Any & All RECORDS OF :
   Scott Lowrance
              Attempted Service                                          40.00
              Returned Mail                                              15.00

                                      TOTAL   DUE   >>>>                 55.00

FILE- POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

FEB 0 4 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police                 (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No. : 554338
Date        : 01/28/2009
**TOTAL DUE**  : $     55.00

Order No.  : 01-376457-002
Cause No.  : 07 C 2566
Barry Gilfand, etal vs. City of Chicag

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

| | | |
|---|---|---|
| U.S. Legal Support, Inc. | | |
| 200 W. Jackson Blvd. | | |
| Suite: 600 | | |
| Chicago, IL 60606 | | |
| (312) 236-8352  Fax (312) 236-3344 | | |

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 571470 | 05/06/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-018 | 03/17/2009 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Barry Gilfand
SSN : ***-**-****                           DOB : **/**/****02/21/1

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

**RECORDS FROM**

ATT MIDWEST   CUSTODIAN OF RECORDS (Phone records)
C/O ATT SERVICE SUBPOENA CENTER 208 S. AKARD ST., 10TH FLOOR DALLAS, TX 75202

1 SET OF Phone records RECORDS OF :
  Barry Gilfand
  
  CD                                                                                         25.00
  Report                                                                                     20.00
  Service                                                                                    18.00
  Subpoena Fee                                                                               20.00

                                                       TOTAL  DUE  >>>>                      83.00

FILE POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAY 0 8 2009

*Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.*

TAX ID NO.: 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 571470
Date        : 05/06/2009
**TOTAL DUE** : $     83.00


Order No.   : 01-362979-018
Cause No.   : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

# INVOICE

**US LEGAL SUPPORT**
200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 572060 | 05/09/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-009 | 03/17/2009 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, etal. vs. City of Chicago and et. al.

**RECORDS PERTAINING TO**

Barry Gilfand
SSN : ***-**-****     DOB : **/**/****02/21/1·

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

**RECORDS FROM**

JP MORGAN CHASE BANK N.A. NATIONAL SUBPOENA PROCESSING CUSTODIAN OF RECORDS (Bank Records)
7610 W. WASHINGTON ST. MAILCODE IN1-4054 INDIANAPOLIS, IN 46231

1 SET OF Bank Records RECORDS OF :
   Barry Gilfand
                  Subpoena Fee                                    20.00
                  Service                                         18.00
                  Report                                          40.00

                                    TOTAL DUE >>>>                78.00

FI# Police

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAY 1 9 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296     YOUR REF : Police     (312) 744-7150  Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 572060
Date       : 05/09/2009
**TOTAL DUE** : $     78.00

Order No.  : 01-362979-009
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chic

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 568608 | 04/21/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-015 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| Barry Gilfand |
| SSN : ***-**-****            DOB : **/**/****02/21/ |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

### RECORDS FROM

Moneytree   Legal Dept. (Bank Records)
6720 Fort Dent Way  Suite 230  Seattle, WA  98188

1 SET OF Bank Records RECORDS OF :
   Barry Gilfand

                  Subpoena Fee                                      30.00
                  Service                                           21.00
                  Report                                            15.00

                                  TOTAL   DUE   >>>>                66.00

FILE# 07 C 2566

OK
Matt
Rocic

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 2 8 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296        YOUR REF : Police                (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 568608
Date       : 04/21/2009
**TOTAL DUE** : $    66.00

Order No.  : 01-362979-015
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

# US LEGAL SUPPORT
200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 568654 | 04/21/2009 | Due upon receipt |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-379172-001 | 02/23/2009 | 06 C 3173 |

| CASE CAPTION |
|---|
| KATHLEEN PAINE, ET AL VS. CITY OF CHICAGO, ET AL |

| RECORDS PERTAINING TO |
|---|
| ANTHONY REYES |

SSN : ***-**-****  DOB : **/**/****

MATTHEW HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 800,
APPEALS AND TORTS DIVISIONS,
CHICAGO, IL 60602

### RECORDS FROM

AT & T MIDWEST, SUBPOENA CENTER CUSTODIAN OF RECORDS (Phone records)
208 S. AKARD 10TH FLOOR DALLAS, TX 75202

1 SET OF Phone records RECORDS OF :
    ANTHONY REYES

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| No Record Statement | 15.00 |
| TOTAL DUE >>>> | 53.00 |

CLAIM - 03735

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 28 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296                               (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATTHEW HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 800,
APPEALS AND TORTS DIVISIONS,
CHICAGO, IL 60602

Invoice No.: 568654
Date        : 04/21/2009
**TOTAL DUE** : $    53.00

Order No. : 01-379172-001
Cause No. : 06 C 3173
KATHLEEN PAINE, ET AL VS. CITY OF CHI

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 568838 | 04/21/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376308-002 | 12/01/2008 | 07 C 2566 |

**CASE CAPTION**

Barry Gilfand, Aaron Gilfand, etal. vs. City of Chicago

**RECORDS PERTAINING TO**

Scott Lowrance
SSN : ***-**-****       DOB : **/**/****01/16/1

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

**RECORDS FROM**

SPRINT NEXTEL CORP.   SUBPOENA COMPLIANCE (Phone records)
6480 SPRING PARKWAY  MAILSTOP# KSOPHM0206  OVERLAND PARK, KS  66251

1 SET OF Phone records RECORDS OF :
     Scott Lowrance
          Subpoena Fee                                           20.00
          Service                                                18.00
          No Record Statement                                    15.00

                              TOTAL  DUE  >>>>                   53.00

FILE# 07 C 2566

OK Ad
M
Review

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 2 8 2009

*Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.*

TAX ID NO. : 36-2639296          YOUR REF : Police           (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 568838
Date       : 04/21/2009
**TOTAL DUE** : $     53.00

Order No.  : 01-376308-002
Cause No.  : 07 C 2566
Barry Gilfand, Aaron Gilfand, etal. v

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**