U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax  (312) 236-3344

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 566054 | 04/06/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-379840-001 | 03/12/2009 | 07 C 2566 |

| CASE CAPTION |
|---|
| GILFAND VS. CITY OF CHICAGO |

| RECORDS PERTAINING TO |
|---|
| SCOTT LOWRANCE |
| SSN : ***-**-****                    DOB : **/**/****01/16/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|

WELLS FARGO & COMPANY   PERSONNEL DEPT. (Employment Records - Any & All)
420 MONTGOMERY ST.   SAN FRANCISCO, CA  94163

1 SET OF Employment Records - Any & All RECORDS OF :
  SCOTT LOWRANCE

|  |  |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| No Record Statement | 15.00 |
| TOTAL   DUE   >>>> | 53.00 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 1 5 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :  36-2639296                                          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  566054
Date     :  04/06/2009
**TOTAL DUE  :  $     53.00**

Order No.  :  01-379840-001
Cause No.  :  07 C 2566
GILFAND VS. CITY OF CHICAGO

Remit To:     **U.S. Legal Support Inc.**
              **Mite/IL Records**
              **75 Remittance Dr., Ste 6098**
              **Chicago, IL 60675-6098**

# I N V O I C E

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352  Fax  (312) 236-3344

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 566143 | 04/06/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362979-011 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |
| **RECORDS PERTAINING TO** |
| Barry Gilfand |
| SSN : ***-**-****                                    DOB : **/**/****02/2|1/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

---

**RECORDS FROM**

U.S. AIRWAYS  C/O CT CORP. SYSTEM, REGISTERED AGENT  CUSTODIAN OF RECORDS (All Records (specific time frame))
208 S. LA SALLE ROOM: 814  CHICAGO, IL  60604

1 SET OF All Records (specific time frame) RECORDS OF :
    Barry Gilfand

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Special Memo | 15.00 |

TOTAL  DUE  >>>>          53.00

file# 07 c 2566

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 1 5 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :  36-2639296            YOUR REF : Police            (312) 744-7150  Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 566143
Date       : 04/06/2009
**TOTAL DUE : $      53.00**

Order No.  : 01-362979-011
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:  **U.S. Legal Support Inc.
Mite/IL Records
75 Remittance Dr., Ste 6098
Chicago, IL 60675-6098**

# U.S. LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 566306 | 04/07/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-006 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION | | |
|---|---|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |

| RECORDS PERTAINING TO | | |
|---|---|---|
| Barry Gilfand | | |
| SSN : ***-**-**** | | DOB : **/**/****02/21/198 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM | | |
|---|---|---|

Pima Community College   Office of the Registrar (STUDENT RECORDS (ALL))
4905 E. Broadway Blvd.   Tucson, AZ  85709-1010

1 SET OF STUDENT RECORDS (ALL) RECORDS OF :
   Barry Gilfand

| | | |
|---|---|---|
| Subpoena Fee | | 20.00 |
| Service | | 21.00 |
| Report | | 15.00 |
| TOTAL DUE  >>>> | | 56.00 |

FI# Police

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 1 5 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  566306
Date      :  04/07/2009
**TOTAL DUE** :  $      56.00

Order No.  :  01-362979-006
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax  (312) 236-3344

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 566388 | 04/07/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362904-015 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION | | |
|---|---|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |

| RECORDS PERTAINING TO | | |
|---|---|---|
| AARON GILFAND | | |
| SSN : ***-**-**** | | DOB : **/**/****08/03/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|
| SMK Securities  C/O Scott Kaplan, Agent  Custodian of Records (Employment Records - Any & All) |
| 3200 N. Lake Shore Dr.  Suite 1806 Chicago, IL  60657 |

1 SET OF Employment Records - Any & All RECORDS OF :
   AARON GILFAND

               Attempted Service                40.00

                      TOTAL DUE  >>>>    40.00

FILE - POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

OK
mail
poup

APR 1 5 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296      YOUR REF : Police      (312) 744-7150  Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No. :  566388
Date    :  04/07/2009
**TOTAL DUE** :  $   40.00

Order No.  :  01-362904-015
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   **U.S. Legal Support Inc.**
           **Mite/IL Records**
           **75 Remittance Dr., Ste 6098**
           **Chicago, IL 60675-6098**

# U.S. LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 566557 | 04/08/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-362904-014 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| AARON GILFAND |
| SSN : ***-**-****        DOB : **/**/****08/03/19 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|

CME GROUP   Human Resources (Employment Records - Any & All)
20 S. WACKER DRIVE   CHICAGO, IL 60606

```
1 SET OF Employment Records - Any & All RECORDS OF :
    AARON GILFAND
                        Subpoena Fee                          20.00
                        Service                               18.00
                        No Record Statement                   15.00
                                                         _____
                              TOTAL   DUE  >>>>               53.00
FI# Police                              1. Case Name:_____
                                        2. Case Number:_____
                                        3. Client Dept:_____
                                        4. Atty Signature:_____
                                        5. Date Approved:_____
                                        6. Law Dept. Division:_____

                                              APR 1 5 2009
```

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296            YOUR REF : Police                (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  566557
Date        :  04/08/2009
**TOTAL  DUE**   : $      53.00


Order No.  :  01-362904-014
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

# U.S. LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 566684 | 04/08/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362904-022 | 03/18/2009 | 07 C 2566 |

| CASE CAPTION | | |
|---|---|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |

| RECORDS PERTAINING TO | | |
|---|---|---|
| AARON GILFAND | | |
| SSN : ***-**-**** | | DOB : **/**/****08/03/19 |

**MATT HURD**
**CORPORATION COUNSEL,**
**30 N. LA SALLE ST., SUITE 1720,**
**SPECIAL LITIGATION UNIT,**
**CHICAGO, IL 60602**

| RECORDS FROM | | |
|---|---|---|

NORTHBROOK POLICE DEPARTMENT   RECORDS DIVISION (Police records)
1401 LANDWEHER RD.,   NORTHBROOK, IL 60062

1 SET OF Police records RECORDS OF :
    AARON GILFAND

|  | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 21.00 |
| Report | 15.00 |

                              **TOTAL   DUE   >>>>**      **56.00**

FI# Police

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 1 5 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296      YOUR REF : Police      (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  566684
Date    :  04/08/2009
**TOTAL DUE**  :  **$**    **56.00**

Order No.  :  01-362904-022
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:    **U.S. Legal Support Inc.**
              **Mite/IL Records**
              **75 Remittance Dr., Ste 6098**
              **Chicago, IL 60675-6098**

# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 566693 | 04/08/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-362904-018 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |
| RECORDS PERTAINING TO |
| AARON GILFAND |
| SSN : ***-**-****     DOB : **/**/****08/03/19 |

**MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602**

| RECORDS FROM |
|---|

Saffron Realty   Human Resources (Employment Records - Any & All)
2538 W. Chicago Ave.   Chicago, IL 60622

1 SET OF Employment Records - Any & All RECORDS OF :
AARON GILFAND

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 21.00 |
| Report | 15.00 |
| **TOTAL DUE >>>>** | **56.00** |

FI# POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 15 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296     YOUR REF : Police     (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:   566693
Date     :   04/08/2009
**TOTAL DUE** :   $     56.00

Order No.   : 01-362904-018
Cause No.   : 07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:     **U.S. Legal Support Inc.
Mite/IL Records
75 Remittance Dr., Ste 6098
Chicago, IL 60675-6098**

# I N V O I C E

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax  (312) 236-3344

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 566714 | 04/08/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362979-017 | 03/17/2009 | 07 C 2566 |
| **CASE CAPTION** | | |
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |
| **RECORDS PERTAINING TO** | | |
| Barry Gilfand | | |
| SSN : ***-**-**** | | DOB : **/**/****02/21/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|
| MoonGlow Products, Inc.  C/O Richard Pellegrino, Agent  Custodian of Records (Employment Records - Any & All) |
| 20 N. Clark St.  30th Fl.  Chicago, IL  60602 |

1 SET OF Employment Records - Any & All RECORDS OF :
   Barry Gilfand

|  |  |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| No Record Statement | 15.00 |
| **TOTAL   DUE   >>>>** | **53.00** |

FILE - POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 1 5 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  566714
Date       :  04/08/2009
**TOTAL DUE :  $      53.00**

Order No.  :  01-362979-017
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:     **U.S. Legal Support Inc.**
              **Mite/IL Records**
              **75 Remittance Dr., Ste 6098**
              **Chicago, IL 60675-6098**

# U.S. LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 567888 | 04/16/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362904-019 | 03/17/2009 | 07 C 2566 |
| **CASE CAPTION** | | |
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |
| **RECORDS PERTAINING TO** | | |
| AARON GILFAND | | |
| SSN : ***-**-**** | | DOB : **/**/****08/03/19* |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|

Buckingham Athletic Club    Custodian of Records (Any & all records from anytime)
440 S. La Salle St.  3rd Fl.  Chicago, IL  60605

1 SET OF Any & all records from anytime RECORDS OF :
    AARON GILFAND

| | |
|---|---:|
| Subpoena Fee | 20.00 |
| Service | 21.00 |
| Report | 55.00 |
| **TOTAL DUE  >>>>** | **96.00** |

FI# Police

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 2 0 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :  36-2639296          YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  567888
Date       :  04/16/2009
**TOTAL DUE :  $      96.00**

Order No.  :  01-362904-019
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:    **U.S. Legal Support Inc.**
             **Mite/IL Records**
             **75 Remittance Dr., Ste 6098**
             **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax  (312) 236-3344

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 567925 | 04/16/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362904-023 | 03/18/2009 | 07 C 2566 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |
| **RECORDS PERTAINING TO** |
| AARON GILFAND |
| SSN : ***-**-****                    DOB : **/**/****08/03/1 |

| RECORDS FROM |
|---|
| COOK COUNTY CIRCUIT COURT,  MUNICIPAL DISTRICT# 2  CRIMINAL DIVISION (All Records (specific time frame))
5600 OLD ORCHARD RD.   SKOKIE, IL  60077 |

```
1 SET OF All Records (specific time frame) RECORDS OF :
      AARON GILFAND
                  Subpoena Fee                            20.00
                  Service                                 18.00
                  Report                                  30.00
                                                        _____
                            TOTAL  DUE   >>>>             68.00
```

POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 2 0 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :  36-2639296              YOUR REF : Police                    (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  567925
Date        :  04/16/2009
**TOTAL  DUE**  :  $    68.00


Order No.   :  01-362904-023
Cause No.   :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:    **U.S. Legal Support Inc.**
             **Mite/IL Records**
             **75 Remittance Dr., Ste 6098**
             **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax  (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 565096 | 03/30/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-362979-010 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| Barry Gilfand |

SSN : ***-**-****                    DOB : **/**/****02/21

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|

BANK OF AMERICA  C/O CT CORPORATION SYSTEM  CUSTODIAN OF RECORDS (Bank Records)
208 S. LA SALLE STREET  SUITE: 814  CHICAGO, IL  60604

1 SET OF Bank Records RECORDS OF :
    Barry Gilfand

|  |  |
|---|---|
| Subpoena Fee | 20.00 |
| Special Memo | 15.00 |
| Service | 18.00 |

Title: 07 C 2566

TOTAL  DUE  >>>>          53.00

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 0 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :  36-2639296              YOUR REF : Police              (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

*OK police*

Invoice No.: 565096
Date      : 03/30/2009
**TOTAL DUE** : $      53.00

Order No. : 01-362979-010
Cause No. : 07 C 2566
Barry Gilfand, etal. vs. City of Chic

Remit To:    **U.S. Legal Support Inc.**
             **Mite/IL Records**
             **75 Remittance Dr., Ste 6098**
             **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax  (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 565227 | 03/31/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362979-008 | 03/17/2009 | 07 C 2566 |
| **CASE CAPTION** | | |
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |
| **RECORDS PERTAINING TO** | | |
| Barry Gilfand | | |
| SSN : ***-**-**** | | DOB : **/**/****02/2|1/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|

GLENBROOK HIGH SCHOOL DISTRICT 225    CUSTODIAN OF RECORDS (STUDENT RECORDS (ALL))
1835 LANDWEHR ROAD    GLENVIEW, LA  60026

1 SET OF STUDENT RECORDS (ALL) RECORDS OF :
  Barry Gilfand

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Special Memo | 15.00 |
| TOTAL DUE  >>>> | 53.00 |

FILE - POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: APR 0 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :  36-2639296          YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  565227
Date      :  03/31/2009
**TOTAL DUE  :  $      53.00**

Order No.  :  01-362979-008
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:  **U.S. Legal Support Inc.**
           **Mite/IL Records**
           **75 Remittance Dr., Ste 6098**
           **Chicago, IL 60675-6098**

# U.S. LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 565229 | 03/31/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-362904-012 | 03/17/2009 | 07 C 2566 |
| CASE CAPTION | | |
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |
| RECORDS PERTAINING TO | | |
| AARON GILFAND | | |
| SSN : ***-**-**** | | DOB : **/**/****08/03/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|
| GLENBROOK HIGH SCHOOL DISTRICT 225    CUSTODIAN OF RECORDS (STUDENT RECORDS (ALL)) |
| 1835 LANDWEHR ROAD    GLENVIEW, LA  60026 |

1 SET OF STUDENT RECORDS (ALL) RECORDS OF :
    AARON GILFAND

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Special Memo | 15.00 |
| TOTAL DUE  >>>> | 53.00 |

FILE POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 0 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296              YOUR REF : Police              (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

*OK police*

Invoice No.:  565229
Date      :  03/31/2009
**TOTAL DUE**  :  $      53.00

Order No.  : 01-362904-012
Cause No.  : 07 C 2566
Barry Gilfand, etal. vs. City of Chic

Remit To:    **U.S. Legal Support Inc.**
             **Mite/IL Records**
             **75 Remittance Dr., Ste 6098**
             **Chicago, IL 60675-6098**

# U.S. LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 565558 | 04/02/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-362904-020 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION | | |
|---|---|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |

| RECORDS PERTAINING TO | | |
|---|---|---|
| AARON GILFAND | | |
| SSN : ***-**-**** | | DOB : **/**/****08/03/19 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|
| Capital Fitness   Legal Dept. (Any & all records from anytime) |
| 47W210 Route 30   Big Rock, IL  60511 |

1 SET OF Any & all records from anytime RECORDS OF :
    AARON GILFAND

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 15.00 |
| TOTAL  DUE  >>>> | 53.00 |

fi# Police

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 0 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150  Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

OK
police

Invoice No.:  565558
Date       :  04/02/2009
**TOTAL DUE :  $      53.00**

Order No.  :  01-362904-020
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:    **U.S. Legal Support Inc.**
             **Mite/IL Records**
             **75 Remittance Dr., Ste 6098**
             **Chicago, IL 60675-6098**

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 565621 | 04/02/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362904-011 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| AARON GILFAND |
| SSN : ***-**-****                    DOB : **/**/****08/0 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|

University of Arizona    Registration & Transcripts Office (STUDENT RECORDS (ALL))
1401 E. Univerity Blvd.  Suite 210  Tucson, AZ  85721

```
1 SET OF STUDENT RECORDS (ALL) RECORDS OF :
    AARON GILFAND
                    Subpoena Fee                          20.00
                    Service                               18.00
                    Special Memo                          15.00
                                                        _____
                            TOTAL   DUE  >>>>             53.00

FILE - POLICE
                        1. Case Name: _____
                        2. Case Number: _____
                        3. Client Dept: _____
                        4. Atty Signature: _____
                        5. Date Approved: _____
                        6. Law Dept. Division: _____
```

APR 0 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296              YOUR REF : Police              (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

*OK*
*police*

```
Invoice No.: 565621
Date      : 04/02/2009
TOTAL DUE : $      53.00


Order No. : 01-362904-011
Cause No. : 07 C 2566
Barry Gilfand, etal. vs. City of Chica
```

Remit To:   **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax  (312) 236-3344

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 564626 | 03/27/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362904-016 | 03/17/2009 | 07 C 2566 |
| **CASE CAPTION** | | |
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |
| **RECORDS PERTAINING TO** | | |
| AARON GILFAND | | |
| SSN : ***-**-**** | | DOB : **/**/****08/03/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|
| Blue Capital Group   Human Resources (Employment Records - Any & All) 440 S. La Salle St.  Suite 1850  Chicago, IL  60605 |

1 SET OF Employment Records - Any & All RECORDS OF :
    AARON GILFAND

|  |  |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 20.00 |
| **TOTAL   DUE   >>>>** | **58.00** |

FILE - POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: APR 0 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :  36-2639296              YOUR REF : Police                    (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

OK
police

Invoice No.:  564626
Date        :  03/27/2009
**TOTAL DUE** :  $      58.00

Order No.   :  01-362904-016
Cause No.   :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352  Fax  (312) 236-3344

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 564634 | 03/27/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362904-017 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION | | |
|---|---|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |
| **RECORDS PERTAINING TO** | | |
| AARON GILFAND | | |
| SSN : ***-**-**** | | DOB : **/**/****08/03/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|
| Tradelink   Human Resources (Employment Records - Any & All) |
| 71 S. Wacker Dr. Suite 1900  Chicago, IL 60606 |

1 SET OF Employment Records - Any & All RECORDS OF :
    AARON GILFAND

|  |  |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| Report | 33.00 |
| TOTAL   DUE   >>>> | 71.00 |

FILE- POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 0 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :  36-2639296         YOUR REF : Police              (312) 744-7150  Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

*OK police*

Invoice No. :  564634
Date        :  03/27/2009
**TOTAL  DUE**   :  $    71.00

Order No.   :  01-362904-017
Cause No.   :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:     **U.S. Legal Support Inc.**
              **Mite/IL Records**
              **75 Remittance Dr., Ste 6098**
              **Chicago, IL 60675-6098**

# U.S. LEGAL SUPPORT
200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 564859 | 03/30/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-362991-005 | 12/16/2008 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| SCOTT LOWRANCE |
| SSN : ***-**-****          DOB : **/**/****01/16/19( |

**MATT HURD**
**CORPORATION COUNSEL,**
**30 N. LA SALLE ST., SUITE 1720,**
**SPECIAL LITIGATION UNIT,**
**CHICAGO, IL 60602**

---

| RECORDS FROM |
|---|

FORCE TRADING & ASSOCIATES,   CUSTODIAN OF RECORDS (Any & all records from anytime)
1736 N. BISSELL,   CHICAGO, IL 60614

```
1 SET OF Any & all records from anytime RECORDS OF :
    SCOTT LOWRANCE
                        Subpoena Fee                        20.00
                        Service                             18.00
                        Report                              15.00
                                                          --------
                        TOTAL   DUE  >>>>                   53.00

FILE# 07C 2566
SERVICE REPORT
```

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 0 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:   564859
Date      :   03/30/2009
**TOTAL DUE** :  $      53.00

Order No.  :  01-362991-005
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352    Fax  (312) 236-3344

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 564905 | 03/30/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362904-013 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION | | |
|---|---|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. | | |

| RECORDS PERTAINING TO | | |
|---|---|---|
| AARON GILFAND | | |
| SSN : ***-**-**** | | DOB : **/**/****08/03 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|
| Hammer Trading Co.   Human Resources (Employment Records - Any & All) |
| 30 S. Wacker Dr.  Suite 1310  Chicago, IL 60606 |

1 SET OF Employment Records - Any & All RECORDS OF :
    AARON GILFAND
                        Attempted Service                                40.00
                        Returned Mail                                    15.00

                                    TOTAL   DUE   >>>>         55.00

                        1. Case Name:
ATTEMPED                2. Case Number:
FILE# 07 C 2566         3. Client Dept:
                        4. Atty Signature:
                        5. Date Approved:
                        6. Law Dept. Division:
                                        APR 0 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  564905
Date      :  03/30/2009
**TOTAL  DUE**  :  $      55.00

Order No.  :  01-362904-013
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chic

Remit To:      **U.S. Legal Support Inc.**
               **Mite/IL Records**
               **75 Remittance Dr., Ste 6098**
               **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax  (312) 236-3344

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 565008 | 03/30/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362979-007 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| Barry Gilfand |
| SSN : ***-**-****                                   DOB : **/**/****02/21/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|

UNIVERSITY OF IOWA   REGISTRARS OFFICE (STUDENT RECORDS (ALL))
1 JESSUP HALL   IOWA CITY, IA  52242

```
1 SET OF STUDENT RECORDS (ALL) RECORDS OF :
   Barry Gilfand
               Subpoena Fee                        20.00
               Service                             18.00
               Special Memo                        15.00
                                                _____
                          TOTAL  DUE  >>>>          53.00
```

FILE- POLICE

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 0 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

OK
police

```
Invoice No.:  565008
Date      :  03/30/2009
TOTAL DUE  :  $      53.00


Order No.  :  01-362979-007
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica
```

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352    Fax  (312) 236-3344

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 565010 | 03/30/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-362979-016 | 03/17/2009 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| Barry Gilfand |
| SSN : ***-**-****          DOB : **/**/****02/2 1/1 |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|

MoonGlow Productions, Inc.  C/O Michelle Banks, Agent  Custodian of Records (Employment Records - Any & All)
1880 W. Fullerton Ave.   Chicago, IL 60614

```
1 SET OF Employment Records - Any & All RECORDS OF :
    Barry Gilfand
                    Subpoena Fee                              20.00
                    Attempted Service                        40.00

                                TOTAL    DUE  >>>>            60.00

FILE - POLICE
```

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

APR 0 6 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :  36-2639296          YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

*OK
police*

Invoice No.:  565010
Date       :  03/30/2009
**TOTAL DUE**  :  $      60.00

Order No.  :  01-362979-016
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:    **U.S. Legal Support Inc.**
             **Mite/IL Records**
             **75 Remittance Dr., Ste 6098**
             **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax  (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 561316 | 03/10/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-379210-001 | 02/24/2009 | 07 C 2566 |

| CASE CAPTION |
|---|
| Barry Gilfand, etal. vs. City of Chicago and et. al. |

| RECORDS PERTAINING TO |
|---|
| Barry Gilfand |

SSN : \*\*\*-\*\*-\*\*\*\*                    DOB : \*\*/\*\*/\*\*\*\*02/2 1/1

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|

Pizano's   Personnel Dept. (Employment Records - Any & All)
964 N. State St.   Chicago, IL  60610

1 SET OF Employment Records   Any & All RECORDS OF
      Barry Gilfand

| | |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 21.00 |
| Report | 15.00 |
| TOTAL  DUE >>> | 56.00 |

FILE 07 KC 2566

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAR 1 8 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : 07 C 2566          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  561316
Date       :  03/10/2009
**TOTAL DUE** : $      56.00


Order No.  :  01-379210-001
Cause No.  :  07 C 2566
Barry Gilfand, etal. vs. City of Chica

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352    Fax  (312) 236-3344

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 559006 | 02/25/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376788-001 | 12/16/2008 | 07 C 2566 |

| CASE CAPTION | | |
|---|---|---|
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET Al | | |

| RECORDS PERTAINING TO | | |
|---|---|---|
| Adam Mastrucci | | |
| SSN : ***-**-**** | | DOB : **/**/**** |

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM | | |
|---|---|---|

FORCE TRADING & ASSOCIATES,   CUSTODIAN OF RECORDS (Any & all records from anytime)
1736 N. BISSELL,   CHICAGO, IL 60614

1 SET OF Any & all records from anytime RECORDS OF :
  Adam Mastrucci

          Subpoena Fee                                        20.00
          Service                                             21.00
          Report                                              15.00

                              TOTAL DUE  >>>>                 56.00

FILE -POLICE

ORDERED BY: KELLY KAMATOY
            CORPORATION COUNSEL,
            30 N. LA SALLE ST., SUITE 1720,
            SPECIAL LITIGATION UNIT,
            CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAR 0 3 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. :  36-2639296          YOUR REF : Police          (312) 744-7150   Fax

*Please detach and return this portion with your payment*

MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  559006
Date      :  02/25/2009
**TOTAL DUE  :  $    56.00**

Order No.  :  01-376788-001
Cause No.  :  07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:    **U.S. Legal Support Inc.**
             **Mite/IL Records**
             **75 Remittance Dr., Ste 6098**
             **Chicago, IL 60675-6098**

# US LEGAL SUPPORT

200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 558642 | 02/24/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-376448-005 | 01/22/2009 | 07 C 2566 |

| CASE CAPTION |
|---|
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO & ET AL |

| RECORDS PERTAINING TO |
|---|
| Adam Mastrucci |
| SSN : ***-**-**** DOB : **/**/****07/10/1' |

**KELLY KAMATOY**
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

---

## RECORDS FROM

PHILLIPS RANDOLPH ENTERPRISES, LLC,   CUSTODIAN OF RECORDS (See Attached Subpoena/Rider for wording)
12500 PARK WEST DR.,   PALOS PARK, IL 60464

1 SET OF See Attached Subpoena/Rider for wording RECORDS OF :
Adam Mastrucci

| | | |
|---|---|---|
| Subpoena Fee | | 20.00 |
| Service | | 18.00 |
| Report | | 15.00 |
| **TOTAL DUE >>>>** | | **53.00** |

FI# Police

ORDERED BY: MATT HURD
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAR 0 3 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296          YOUR REF : Police          (312) 744-7150  Fax

---

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 558642
Date       : 02/24/2009
**TOTAL DUE : $      53.00**

Order No.  : 01-376448-005
Cause No.  : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHI

Remit To:   **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax  (312) 236-3344

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 558689 | 02/24/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-376304-002 | 12/02/2008 | 07 C 2566 |

| CASE CAPTION | | |
|---|---|---|
| BARRY GILFAND, ET AL. VS. CITY OF CHICAGO, ET Al | | |

| RECORDS PERTAINING TO | | |
|---|---|---|
| Adam Mastrucci | | |
| SSN : ***-**-**** | | DOB : **/**/****07/10/1 |

KELLY KAMATOY
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| RECORDS FROM |
|---|
| SPRINT NEXTEL CORP.   SUBPOENA COMPLIANCE (Phone records)<br>6480 SPRING PARKWAY MAILSTOP# KSOPHM0206 OVERLAND PARK, KS 66251 |

1 SET OF Phone records RECORDS OF :
   Adam Mastrucci

|  |  |
|---|---|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| CD | 45.00 |
| TOTAL  DUE  >>>> | 83.00 |

FILE POLICE
ORDERED BY: MATT HURD
         CORPORATION COUNSEL,
         30 N. LA SALLE ST., SUITE 1720,
         SPECIAL LITIGATION UNIT,
         CHICAGO, IL 60602

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAR 0 3 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296          YOUR REF : Police                    (312) 744-7150   Fax

*Please detach and return this portion with your payment*

KELLY KAMATOY
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 558689
Date     : 02/24/2009
**TOTAL DUE** : $      83.00

Order No.  : 01-376304-002
Cause No.  : 07 C 2566
BARRY GILFAND, ET AL. VS. CITY OF CHIC

Remit To:   **U.S. Legal Support Inc.**
           **Mite/IL Records**
           **75 Remittance Dr., Ste 6098**
           **Chicago, IL 60675-6098**