| | | |
|---|---|---|
| AO 44 (Rev. 11/07) | **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS** | |

INVOICE NO: 00000211

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Jordan Marsh<br>City of Chicago - Corp. Counsel<br>30 North LaSalle<br>Suite 900<br>Chicago, IL 60602<br>Phone:<br><br>jordan.marsh@cityofchicago.org | Gayle A. McGuigan, Inc.<br>Official Court Reporter<br>219 South Dearborn<br>Room 1944<br>Chicago, IL 60604<br>Phone: (312) 435-6047<br><br>Tax ID: 36-4460865<br>Gayle_McGuigan@ilnd.uscourts.gov |

*[Handwritten notation: "OK police 07C 2566"]*

☐ CRIMINAL   ☒ CIVIL    DATE ORDERED: 09-20-2011    DATE DELIVERED: 09-23-2011

**Case Style:** 07 C 2566, GILFAND, ET.AL. v PLANEY, ET.AL.
TRANSCRIPT OF PROCEEDINGS HELD ON 9/20/11 BEFORE JUDGE LEINENWEBER.
(ELECTRONIC TRANSCRIPT ORDER #6725)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 8 | 4.25 | 34.00 | | 0.90 | | | 0.60 | | 34.00 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

Misc. Desc.                                                    MISC. CHARGES:

| | |
|---|---|
| TOTAL: | 34.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $34.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /S/GAYLE A. McGUIGAN | DATE 09-23-2011 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

| | AO44 | |
|---|---|---|
| | (Rev. 11/07) | |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20090622

**MAKE CHECKS PAYABLE TO:**

Georgia Beloso
City of Chicago
Law Department
30 North LaSalle Street
Chicago, IL 60602

Phone: (312) 744-1846

KRISTA FLYNN BURGESON, CSR RMR CRR
Federal Official Court Reporter
219 South Dearborn Street
Room 1944
Chicago, IL 60604

Phone: (312) 435-5567
FAX: (847) 998-9783

*Krista_Burgeson@ilnd.uscourts.gov*

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 06-30-2009
DATE DELIVERED: 06-30-2009

**Case Style:** 07 C 2566, Gilfand v Planey

COPYtranscript of proceedings from 6-3-09 before Judge Leinenweber.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 18 | 0.90 | 16.20 | | | | 16.20 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 16.20

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

Date Paid:    Amt:    TOTAL DUE: $16.20

*(handwritten: P Off police 07C2566)*

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the udicial Conference of the United States.

SIGNATURE                    DATE 06-30-2009

*(All previous editions of this form are cancelled and should be destroyed)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AO44 (Rev. 11/07) | | | | | | | | | |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 00000324

**MAKE CHECKS PAYABLE TO:**

Jordan Marsh
City of Chicago - Corp. Counsel
30 North LaSalle
Suite 900
Chicago, IL 60602

Phone:

jordan.marsh@cityofchicago.org

Gayle A. McGuigan, Inc.
Official Court Reporter
219 South Dearborn
Room 1944
Chicago, IL 60604

Phone: (312) 435-6047

Tax ID: 36-4460865
Gayle_McGuigan@ilnd.uscourts.gov

☐ CRIMINAL  ☒ CIVIL   DATE ORDERED: 05-15-2012   DATE DELIVERED: 05-29-2012

**Case Style:** 07 C 2566, GILFAND, et al. v PLANEY, et al.
Transcript of proceedings - jury trial - instructions conference and motions from 5/15/12, afternoon session

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 59 | 3.65 | 215.35 | | 0.90 | | | 0.60 | | 215.35 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 215.35 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $215.35 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: **/S/GAYLE A. McGUIGAN**   DATE: 05-29-2012

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AO44 (Rev. 11/07) | | **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS** | | | | | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

INVOICE NO: 00000321

**MAKE CHECKS PAYABLE TO:**

Jordan Marsh
City of Chicago - Corp. Counsel
30 North LaSalle
Suite 900
Chicago, IL 60602
Phone:

jordan.marsh@cityofchicago.org

Gayle A. McGuigan, Inc.
Official Court Reporter
219 South Dearborn
Room 1944
Chicago, IL 60604

Phone: (312) 435-6047

Tax ID: 36-4460865
Gayle_McGuigan@ilnd.uscourts.gov

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 05-18-2012   DATE DELIVERED: 05-18-2012

**Case Style:** 07 C 2566, GILFAND, et al. v PLANEY, et al.
Transcript of proceedings - jury trial. (Mastrucci;Lowrance;plf opening;CX of Martin;CX of Smith;Myoski;A. Gilfand;O'Janovic; Vanderford; B. Gilfand)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 633 | 6.05 | 3,829.65 | | 1.20 | | | 0.90 | | 3,829.65 |
| Hourly | 63 | 7.25 | 456.75 | | 1.20 | | | 0.90 | | 456.75 |
| Realtime | | 3.05 | | | 1.20 | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 4,286.40 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $4,286.40 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /S/GAYLE A. McGUIGAN   DATE: 05-21-2012

*(All previous editions of this form are cancelled and should be destroyed)*

● PDF created with pdfFactory trial version www.pdffactory.com