IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Barry Gilfand, Aaron Gilfand, Adam Mastrucci and Scott Lowrance, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No: 07 C 2566 |
| Sgt. Jeffery Planey, et al. | ) ) | Judge Leinenweber |
| Defendants. | ) ) | |

## STIPULATION

Defendants, City of Chicago, Lieutenant Dale Kingsley, Officer Frederick Collins, Officer Nicole Mayoski, Officer Ana Pina, Officer Donald Lupo, (hereafter "City defendants") by their attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, and Plaintiffs Aaron Gilfand, Barry Gilfand, Adam Mastrucci, and Scott Lowrance, by their counsel, Smith Johnson & Antholt, LLC, hereby stipulate and agree that the City defendants' reply in support of their bill of costs shall be due on or before October 5, 2012, and that the current due date of September 21, 2012 is stricken.

| CITY DEFENDANTS | PLAINTIFFS |
|---|---|
| By: /s/ Jordan Marsh<br>JORDAN MARSH | By: /s/ Amanda Antholt<br>AMANDA ANTHOLT |

Attorney No. 6216489
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-5106
jordan.marsh@cityofchicago.org