**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BARRY GILFAND, AARON GILFAND, ADAM MASTRUCCI, and SCOTT LOWRANCE, ) ) ) ) | |
| Plaintiffs, ) | No. 07 C 2566 |
| ) | Judge Harry D. Leinenweber |
| v. ) ) | |
| SGT. JEFFREY PLANEY, et al., ) ) | |
| Defendants. ) | |

MOTION FOR TURN OVER ORDER

This cause comes on for hearing on the application of the Plaintiff for an order requiring the Citation Respondent to turn over the proceeds of the Defendant's wages subjected to garnishment. The Citation Respondent is in possession of funds subject to garnishment herein, Plaintiff states as follows:

1. On November 19, 2012 this Honorable Court entered judgment on behalf of Plaintiffs in the amount of $489,022.40.

2. The Citation Respondent is in possession of funds proceeds of Defendant Jeffrey Planey's wage garnishment.

WHEREFORE, Plaintiffs respectfully requests that this Court enter an order for the Citation respondent to turn over funds of the defendant Jeffery Planey that it is currently holding pursuant to a served Citation in the amount of $489,022.40, to the Plaintiffs through their attorneys, Smith, Johnson & Antholt, LLC, to satisfy in part the judgment entered herein.

        Respectfully Submitted


        /s/ Robert W. Johnson
        One of the Plaintiffs' Attorneys

Christopher Smith
Robert W. Johnson
Amanda Antholt
Smith, Johnson & Antholt, LLC
1 North LaSalle Street, Suite 3040
Chicago, IL 60602
312.432.0400