# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Barry Gilfand, et al.

                        Plaintiff,

v.                                                Case No.: 1:07−cv−02566
                                                      Honorable Harry D. Leinenweber

Jeffery Planey, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2014:

        MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 4/29/2014.Plaintiffs' Motion for Turn Over Order [559] is granted. Plaintiff to submit corrected turnover order. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.